| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of __Maryland__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Rob's Tower Motors Sales & Service of Taneytown, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   Rob's Tower Motors

3. **Debtor's federal Employer Identification Number (EIN)**    46-2167210

4. **Debtor's address**

   Principal place of business
   
   529 E. Baltimore St.
   Number   Street
   
   Taneytown, MD 21787
   City              State    ZIP Code
   
   Carroll
   County
   
   Mailing address, if different from principal place of business
   
   _____
   Number   Street
   
   P.O. Box
   
   _____
   City              State    ZIP Code
   
   Location of principal assets, if different from principal place of business
   
   _____
   Number   Street
   
   _____
   City              State    ZIP Code

5. **Debtor's website (URL)**    Rob's Tower Motors

Debtor    Rob's Tower Motors Sales & Service of Taneytown, LLC _____
                Name                                                                         Case number (if known)

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   4 4 1 1 __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor   Rob's Tower Motors Sales & Service of Taneytown, LLC
_____
Name                                                           Case number (if known)

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY
           District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When ___/___/_____
                                                        MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       Why does the property need immediate attention? (Check all that apply.)

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       Where is the property? _____
                              Number     Street
                              _____
                              City                              State ZIP Code

       Is the property insured?
       ☐ No
       ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

**Statistical and administrative information**

Debtor **Rob's Tower Motors Sales & Service of Taneytown, LLC** Case number (if known) _____
　　　　Name

13. Debtor's estimation of available funds

    Check one:
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. Estimated number of creditors

    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. Estimated assets

    - [x] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. Estimated liabilities

    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [x] $100,001-$500,000
    - [x] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/17/2021
    　　　　　　　MM / DD /YYYY

    X /s/ Robert J. Freels, Jr.　　　　　Robert J. Freels, Jr.
    Signature of authorized representative of debtor　　Printed name

    Title  Member

Debtor  Rob's Tower Motors Sales & Service of Taneytown, LLC
_____Name_____

18. **Signature of attorney**

✗ /s/ Edward M. Miller
Signature of attorney for debtor

Date 03/17/2021
    MM / DD / YYYY

Edward M. Miller
Printed name

Miller & Miller, LLP
Firm name

39 N. Court St.
Number    Street

Westminster
City

MD
State

21157
ZIP Code

410-751-5444
Contact phone

mmllplawyers@verizon.net
Email address

024281
Bar number

State

**Fill in this information to identify the case:**

Debtor name: Rob's Tower Motor Sales & Service of Taneytown, LLC

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 17, 2021         X /s/ Robert J. Freels, Jr.
                                     Signature of individual signing on behalf of debtor

                                     Robert J. Freels, Jr.
                                     Printed name

                                     Member
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Rob's Tower Motor Sales & Service of Taneytown, LLC

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Auction Credit Enterpriises LLC**<br>Creditor's Name<br>Bankruptcy Notification<br>14951 Dallas Parkway #200<br>Dallas, TX 75254<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>8/2020<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Floor Plan; Business Assets**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,000.00 | Unknown |
| **2.2** **Bizfund.com**<br>Creditor's Name<br>Bankruptcy Notification<br>2371 McDonald Ave., 2nd Fl.<br>Brooklyn, NY 11223<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>9/24/2019<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Sale of Debtor's future receipts**<br><br>Describe the lien<br>**No UCC liens; NY State judgment**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $50,000.00 | Unknown |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Rob's Tower Motor Sales & Service of Taneytown, LLC
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Complete Business Solutions Group, Inc. |
|---|---|

Creditor's Name

d/b/a Par Funding
Bankruptcy Notification
2000 PGA Blvd. #4440
North Palm Beach, FL 33408
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**No UCC liens**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.4 | Dallas Growth Capital and Funding LLC |
|---|---|

Creditor's Name

dba Sprout Funding
Bankruptcy Notification
4890 Alpha Rd. #200
Dallas, TX 75244
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
9/26/2019
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**No UCC liens; MD State Court Judgment**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$169,859.04    Unknown

---

| 2.5 | Itrivia Ventures LLC | Describe debtor's property that is subject to a lien | $30,000.00 | Unknown |

---

| Debtor | Rob's Tower Motor Sales & Service of Taneytown, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

Purchase of Debtor's future receivables

**Bankruptcy Notification**
Creditor's mailing address

Describe the lien
**No UCC liens**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/6/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Slate Advance LLC** | Describe debtor's property that is subject to a lien | $27,500.00 | Unknown |
|---|---|---|---|---|

Creditor's Name
**Bankruptcy Notification**
**15 America Ave.**
**Lakewood, NJ 08701**
Creditor's mailing address

**Merchant card cash advances**

Describe the lien
**No UCC liens**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name
**Bankruptcy Notification**
**2 North St. #320**
**Birmingham, AL 35203**
Creditor's mailing address

**All Debtor Assets**

Describe the lien
**UCC; EIDL Loan**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/2020**
Last 4 digits of account number
**3218**

---

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 3 of 5

| Debtor | Rob's Tower Motor Sales & Service of Taneytown, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| 2.8 | **Vehicle Acceptance Corporation**<br>Creditor's Name<br>**Bankruptcy Notification**<br>**901 Main St. #3450**<br>**Dallas, TX 75202**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**11/2019**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Floor Plan; Business Assets**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $40,000.00 | Unknown |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| 2.9 | **Westlake Flooring Company, LLC**<br>Creditor's Name<br>**Bankruptcy Notification**<br>**4751 Wilshire Blvd.**<br>**Los Angeles, CA 90010**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Floor Plan; Business Assets**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $50,000.00 | Unknown |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $577,359.04

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | Rob's Tower Motor Sales & Service of Taneytown, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: Rob's Tower Motor Sales & Service of Taneytown, LLC

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br>**9/2019**<br><br>Last 4 digits of account number **7210**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**941-taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,497.78 | $2,497.78 |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Ascentium Capital,LLC**<br>**Bankruptcy Notification**<br>**c/o Hunter Warfield, Inc.**<br>**4620 Woodland Corporate Blvd.**<br>**Tampa, FL 33614**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4531** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unpaid balance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,281.86 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Dave Barnett**<br>**289 Carnes Lane**<br>**Sykesville, MD 21784**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Debtor  Rob's Tower Motor Sales & Service of Taneytown, LLC  
_____Name_____  

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

David Stair  
1727 Hughes Shop Rd.  
Westminster, MD 21158  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __  

Basis for the claim: **Notice Only**  

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

Lloyd Griffith  
821 Deer Ridge Dr.  
Westminster, MD 21158  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __  

Basis for the claim: **Creditor was going to join Debtor's business, invested $80,000, he became ill and could not proceed.**  

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,500.00 |
|---|---|---|---|

LoanMe, Inc. Small Business Loan  
Bankruptcy Notification  
P.O. Box 5645  
Orange, CA 92863  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number **1085**  

Basis for the claim: **Unpaid balance**  

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

On Deck  
Bankruptcy Notification  
901 N. Stuart St. #700  
Arlington, VA 22203  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __  

Basis for the claim: **Notice Only**  

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,497.78 |
| 5b. Total claims from Part 2 | 5b. + $ | 116,781.86 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 5c. $ | 119,279.64 |

# United States Bankruptcy Court
## District of Maryland

In re  **Rob's Tower Motor Sales & Service of Taneytown, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 17, 2021**

/s/ Robert J. Freels, Jr.  
Robert J. Freels, Jr./Member  
Signer/Title

Ascentium Capital, LLC
Bankruptcy Notification
c/o Hunter Warfield, Inc.
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Auction Credit Enterpriises LLC
Bankruptcy Notification
14951 Dallas Parkway #200
Dallas, TX 75254


Bizfund.com
Bankruptcy Notification
2371 McDonald Ave., 2nd Fl.
Brooklyn, NY 11223


Complete Business Solutions Group, Inc.
d/b/a Par Funding
Bankruptcy Notification
2000 PGA Blvd. #4440
North Palm Beach, FL 33408


Dallas Growth Capital and Funding LLC
dba Sprout Funding
Bankruptcy Notification
4890 Alpha Rd. #200
Dallas, TX 75244


Dave Barnett
289 Carnes Lane
Sykesville, MD 21784


David Stair
1727 Hughes Shop Rd.
Westminster, MD 21158


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Itrivia Ventures LLC
Bankruptcy Notification


Lloyd Griffith
821 Deer Ridge Dr.
Westminster, MD 21158


LoanMe, Inc. Small Business Loan
Bankruptcy Notification
P.O. Box 5645
Orange, CA 92863


On Deck
Bankruptcy Notification
901 N. Stuart St. #700
Arlington, VA 22203


Slate Advance LLC
Bankruptcy Notification
15 America Ave.
Lakewood, NJ 08701


U.S. Small Business Administration
Bankruptcy Notification
2 North St. #320
Birmingham, AL 35203


Vehicle Acceptance Corporation
Bankruptcy Notification
901 Main St. #3450
Dallas, TX 75202


Westlake Flooring Company, LLC
Bankruptcy Notification
4751 Wilshire Blvd.
Los Angeles, CA 90010