# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **21–11670 – NVA**    Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:               **Voluntary Petition**

PROBLEM:                **The following pleadings are missing.**

CURE:                   **All of these pleadings must be filed by the date shown below.**

**Schedule G due 03/31/2021**
**Schedule A/B due 03/31/2021**
**Schedule H due 03/31/2021**
**Summary of Assets and Liab. due 03/31/2021**
**Stmt. of Fin. Affairs due 03/31/2021**

CONSEQUENCE:            **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.**

This notice is issued pursuant to:    **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**

**All deficiencies must be cured by 3/31/21.**

**Additional information for non–attorney filers is available at http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 3/18/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410–962–4104

cc:   Debtor
      Attorney for Debtor – Edward M. Miller

Form ntcddl (03/05)