| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rob's Tower Motor Sales & Service of Taneytown, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ascentium Capital,LLC<br>Bankruptcy Notification<br>c/o Hunter Warfield, Inc.<br>4620 Woodland Corporate Blvd.<br>Tampa, FL 33614 | | Unpaid balance | | | | $9,281.86 |
| Auction Credit Enterpriises LLC<br>Bankruptcy Notification<br>14951 Dallas Parkway #200<br>Dallas, TX 75254 | | Floor Plan; Business Assets | | $60,000.00 | Unknown | Unknown |
| Bizfund.com<br>Bankruptcy Notification<br>2371 McDonald Ave., 2nd Fl.<br>Brooklyn, NY 11223 | | Sale of Debtor's future receipts | | $50,000.00 | Unknown | Unknown |
| Complete Business Solutions Group, Inc.<br>d/b/a Par Funding<br>Bankruptcy Notification<br>2000 PGA Blvd. #4440<br>North Palm Beach, FL 33408 | | Accounts Receivable | | Unknown | Unknown | Unknown |

Debtor **Rob's Tower Motor Sales & Service of Taneytown, LLC** Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Dallas Growth Capital and Funding LLC dba Sprout Funding Bankruptcy Notification 4890 Alpha Rd. #200 Dallas, TX 75244 | | Accounts Receivable | | $169,859.04 | Unknown | Unknown |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | 941-taxes | | | | $2,497.78 |
| Itrivia Ventures LLC Bankruptcy Notification | | Purchase of Debtor's future receivables | | $30,000.00 | Unknown | Unknown |
| Lloyd Griffith 821 Deer Ridge Dr. Westminster, MD 21158 | | Creditor was going to join Debtor's business, invested $80,000, he became ill and could not proceed. | | | | $40,000.00 |
| LoanMe, Inc. Small Business Loan Bankruptcy Notification P.O. Box 5645 Orange, CA 92863 | | Unpaid balance | | | | $67,500.00 |
| Slate Advance LLC Bankruptcy Notification 15 America Ave. Lakewood, NJ 08701 | | Merchant card cash advances | | $27,500.00 | Unknown | Unknown |
| U.S. Small Business Administration Bankruptcy Notification 2 North St. #320 Birmingham, AL 35203 | | All Debtor Assets | | $150,000.00 | Unknown | Unknown |
| Vehicle Acceptance Corporation Bankruptcy Notification 901 Main St. #3450 Dallas, TX 75202 | | Floor Plan; Business Assets | | $40,000.00 | Unknown | Unknown |

Debtor    Rob's Tower Motor Sales & Service of Taneytown, LLC                                   Case number *(if known)*
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Westlake Flooring Company, LLC Bankruptcy Notification 4751 Wilshire Blvd. Los Angeles, CA 90010 | | Floor Plan; Business Assets | | $50,000.00 | Unknown | Unknown |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rob's Tower Motor Sales & Service of Taneytown, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 17, 2021          X /s/ Robert J. Freels, Jr.
                                      Signature of individual signing on behalf of debtor

                                      Robert J. Freels, Jr.
                                      Printed name

                                      Member
                                      Position or relationship to debtor