# INFORMAL ACTION OF MEMBERS OF
## ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC

The undersigned, being the members of Rob's Tower Motors Sales & Service of Taneytown, LLC**,** a Maryland limited (the "Company"), hereby adopts the following resolutions:

**RESOLVED**:  That the Company, having certain major financial problems and seeking to reorganize its affairs under the Bankruptcy Court's protection, shall file a petition in the United States Bankruptcy Court for the District of Maryland for protection and reorganization under Chapter 11, Subchapter V of Title 11 (Bankruptcy) of the United States Code.

**FURTHER RESOLVED**:  That in order to file its petition, the Company shall retain Edward M. Miller and Miller & Miller, LLP ("Attorney"), to represent the Company in legal matters related to its Bankruptcy petition.

**FURTHER RESOLVED**:  That the Company shall pay an initial retainer (deposit) of $2,000.00 to said Attorney (at an agreed upon rate of $250.00 per hour) for the legal services to be rendered in this matter and from which deposit the Bankruptcy filing fee of $1,738.00 shall be paid to the Clerk of the Bankruptcy Court.

**FURTHER RESOLVED**:  That the Company, its members, agents, employees, contract workers, and accountants shall cooperate with the Attorney and the United States Trustee in all ways and be prepared to testify or otherwise cooperate.

**FURTHER RESOLVED**:  That the Company authorizes Robert J. Freels, Jr., Member, to sign all legal papers related to the filing and prosecution of the Company's Bankruptcy case and further authorizes Robert J. Freels, Jr. , Member, to testify before the U.S. Trustee and/or Bankruptcy Court in any hearings related to the Company's Bankruptcy case.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal this 17th day of March, 2021.

/s/ Robert J. Freels, Jr.                              (SEAL)
Robert J. Freels, Jr., Member

/s/ Catherine G. Freels                               (SEAL)
Catherine G. Freels, Member