**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Baltimore

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**

Upon the consideration of the Debtor's Motion for Interim Use of Cash Collateral, and any hearing thereon, it is hereby

ORDERED, by the United States Bankruptcy Court for the District of Maryland, that the Debtor is authorized to use Cash Collateral in the ordinary course of business and to pay reasonable and necessary professional fees and expenses approved by the Court; and it is

FURTHER ORDERED, that the Debtor is authorized to make payments in the ordinary course of business to its floor-plan creditors, *i.e.*, Vehicle Acceptance Corporation, Westlake Flooring Company, LLC, and Auction Credit Enterprises, LLC, and to grant the aforesaid creditors, along with the U.S. Small Business Administration, replacement liens as set forth in the Motion; and it is

FURTHER ORDERED, that this Order shall expire on May 17, 2021.

cc:

Debtor
Debtor's Counsel
U.S. Trustee
Creditors

**END OF ORDER**