## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–11670 – NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 7 – Motion to Use Cash Collateral Filed by Rob's Tower Motors Sales & Service of Taneytown, LLC. (Attachments: # 1 Exhibits A – D # 2 Proposed Order) (Miller, Edward)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/1/21.**

**The Certificate of Service states a matrix is attached, but there is no matrix.**

CURE: Please file the list of the names and addresses of the parties served with a copy of the Motion to Use Cash Collateral.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/18/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410–962–4104

cc:   Debtor
Attorney for Debtor – Edward M. Miller

defntc (rev. 12/12/2016)