**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 18th day of March, 2021, a copy of the foregoing Amended Disclosure of Compensation for Debtor will be mailed electronically through the Court's CM/ECF system to:

    Office of the U.S. Trustee, USTPRegion04.BA.ECF@USDOJ.GOV.

    /s/ Edward M. Miller
    Edward M. Miller