**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Baltimore

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE SUBMITTING MISSING MAILING MATRIX**

Rob's Tower Motors Sales & Service of Taneytown, LLC, Debtor, by and through its attorneys, Edward M. Miller, and Miller & Miller, LLP, files this Line Submitting Missing Mailing Matrix (*see*, Deficiency Notice, Doc. 8; Matrix should have been attached to Motion (Cash Collateral) filed at Doc. 7).

/s/ Edward M. Miller
Edward M. Miller
Federal Bar No.: 024281
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
410-751-5444
E-mail: mmllplawyers @verizon.net
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of March, 2021, a copy of the foregoing Line will be mailed electronically through the Court's CM/ECF system to:

Office of the U.S. Trustee, USTPRegion04.BA.ECF@USDOJ.GOV.

/s/ Edward M. Miller
Edward M. Miller

1