Ascentium Capital, LLC
Bankruptcy Notification
c/o Hunter Warfield, Inc.
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Auction Credit Enterpriises LLC
Bankruptcy Notification
14951 Dallas Parkway #200
Dallas, TX 75254


Bizfund.com
Bankruptcy Notification
2371 McDonald Ave., 2nd Fl.
Brooklyn, NY 11223


Complete Business Solutions Group, Inc.
d/b/a Par Funding
Bankruptcy Notification
2000 PGA Blvd. #4440
North Palm Beach, FL 33408


Dallas Growth Capital and Funding LLC
dba Sprout Funding
Bankruptcy Notification
4890 Alpha Rd. #200
Dallas, TX 75244


Dave Barnett
289 Carnes Lane
Sykesville, MD 21784


David Stair
1727 Hughes Shop Rd.
Westminster, MD 21158


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Itrivia Ventures LLC
Bankruptcy Notification
One Penn Plaza #4530
New York, NY 10119


Lloyd Griffith
821 Deer Ridge Dr.
Westminster, MD 21158


LoanMe, Inc. Small Business Loan
Bankruptcy Notification
P.O. Box 5645
Orange, CA 92863


On Deck
Bankruptcy Notification
901 N. Stuart St. #700
Arlington, VA 22203


Slate Advance LLC
Bankruptcy Notification
15 America Ave.
Lakewood, NJ 08701


U.S. Small Business Administration
Bankruptcy Notification
2 North St. #320
Birmingham, AL 35203


Vehicle Acceptance Corporation
Bankruptcy Notification
901 Main St. #3450
Dallas, TX 75202


Westlake Flooring Company, LLC
Bankruptcy Notification
4751 Wilshire Blvd.
Los Angeles, CA 90010