# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>**Rob's Tower Motors Sales & Service of Taneytown, LLC**<br><br>                    Debtor. | Case No. 21-11670-NVA<br><br>(Chapter 11 – Subchapter V) |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Jolene Wee**
447 Broadway 2nd Fl #502
**New York**, NY 10013
E-mail: jwee@jw-infinity.com;jwee.jw-infinity@ecf.pacermonitor.com
Phone: (646) 204-0033

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Respectfully submitted,

Date: March 18, 2021

JOHN P. FITZGERALD, III
Acting United States Trustee for Region 4

By: */s/ Gerard R. Vetter*
Gerard R. Vetter (Fed. Bar No. 08521)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
E-mail: gerard.r.vetter@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY certify that on this 18th day of March, 2021, a copy of the Notice of Appointment of Subchapter V Trustee was served via ECF notification to:

- **Edward M. Miller**  mmllplawyers@verizon.net

                                                */s/     Gerard R. Vetter*
                                                Gerard R. Vetter