United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 21-11670-NVA |
| Rob's Tower Motors Sales & Service | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: akaniowsk | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 309F2 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| tr | + | Jolene E. Wee, 447 Broadway, 2nd Fl #502, New York, ny 10013-2562 |
| 31775223 | + | Auction Credit Enterpriises LLC, Bankruptcy Notification, 14951 Dallas Parkway #200, Dallas, TX 75254-6883 |
| 31775224 | + | Bizfund.com, Bankruptcy Notification, 2371 McDonald Ave., 2nd Fl., Brooklyn, NY 11223-4738 |
| 31775242 | + | Carroll County, County Attorney's Office, 225 N. Center Street, Westminster, MD 21157-5194 |
| 31775225 | + | Complete Business Solutions Group, Inc., d/b/a Par Funding, Bankruptcy Notification, 2000 PGA Blvd. #4440, North Palm Beach, FL 33408-2738 |
| 31775226 | + | Dallas Growth Capital and Funding LLC, dba Sprout Funding, Bankruptcy Notification, 4890 Alpha Rd. #200, Dallas, TX 75244-4639 |
| 31775227 | + | Dave Barnett, 289 Carnes Lane, Sykesville, MD 21784-7136 |
| 31775228 | + | David Stair, 1727 Hughes Shop Rd., Westminster, MD 21158-2917 |
| 31775231 | + | Lloyd Griffith, 821 Deer Ridge Dr., Westminster, MD 21158-2935 |
| 31775232 | + | LoanMe, Inc. Small Business Loan, Bankruptcy Notification, P.O. Box 5645, Orange, CA 92863-5645 |
| 31775239 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31775234 | + | Slate Advance LLC, Bankruptcy Notification, 15 America Ave., Lakewood, NJ 08701-4584 |
| 31775241 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |
| 31775235 | | U.S. Small Business Administration, Bankruptcy Notification, 2 North St. #320, Birmingham, AL 35203 |
| 31775236 | + | Vehicle Acceptance Corporation, Bankruptcy Notification, 901 Main St. #3450, Dallas, TX 75202-3752 |
| 31775237 | + | Westlake Flooring Company, LLC, Bankruptcy Notification, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mmllplawyers@verizon.net | Mar 18 2021 19:30:00 | Edward M. Miller, Miller and Miller, LLP, 39 N. Court St., Westminster, MD 21157 |
| 31775222 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Mar 18 2021 19:33:00 | Ascentium Capital,LLC, Bankruptcy Notification, c/o Hunter Warfield, Inc., 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 31775244 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 18 2021 19:31:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31775229 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2021 19:32:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31775233 | + | Email/Text: bankruptcy@ondeck.com | Mar 18 2021 19:33:00 | On Deck, Bankruptcy Notification, 901 N. Stuart St. #700, Arlington, VA 22203-4129 |
| 31775243 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Mar 18 2021 19:34:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31775238 | | Email/Text: atlreorg@sec.gov | Mar 18 2021 19:32:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |

TOTAL: 7

| District/off: 0416-1 | User: akaniowsk | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 309F2 | Total Noticed: 24 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31775230 | | Itrivia Ventures LLC, Bankruptcy Notification |
| 31775240 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward M. Miller | mmllplawyers@verizon.net |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 2

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | Rob's Tower Motors Sales & Service of Taneytown, LLC<br>Name | EIN  46–2167210 |
| United States Bankruptcy Court  **District of Maryland**<br>Case number:  21–11670 NVA   Chapter:  11 | | Date case filed for chapter  11   3/17/21 |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Rob's Tower Motors Sales & Service of Taneytown, LLC | |
| 2. | **All other names used in the last 8 years** | dba Rob's Tower Motors | |
| 3. | **Address** | 529 E. Baltimore St.<br>Taneytown, MD 21787 | |
| 4. | **Debtor's attorney**<br>Name and address | Edward M. Miller<br>Miller and Miller, LLP<br>39 N. Court St.<br>Westminster, MD 21157 | Contact phone (410) 751–5444<br>Email:  mmllplawyers@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Jolene E. Wee<br>447 Broadway<br>2nd Fl #502<br>New York, ny 10013 | Contact phone 646–204–0033<br>Email:  jwee@jw–infinity.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone  (410) 962–2688<br><br>Date: 3/18/21 |

**For more information, see page 2 >**

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)     **Notice of Chapter 11 Bankruptcy Case**     page 1

Debtor   **Rob's Tower Motors Sales & Service of Taneytown, LLC**                                  Case number **21–11670**

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **April 14, 2021 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**BY TELEPHONIC CONFERENCE:**<br>**PLEASE CALL 866–626–4103**<br>**ENTER PASSCODE 2560365** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:**<br>For all creditors (except a governmental unit): **5/26/21**<br>For a governmental unit: **9/13/21**<br><br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 13. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |