# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | |
|---|---|
| In re:<br>**ROB'S TOWER MOTORS SALES &**<br>**SERVICE OF TANEYTOWN, LLC**<br><br> Debtor | Bankruptcy Case No.:<br><br>21-11670 NVA<br><br>Chapter 11<br>(Subchapter V) |

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

The meeting of creditors for the above-referenced case that was initially scheduled by the United States Trustee pursuant to 11 U.S.C. § 341(a) for April 14, 2021 is hereby rescheduled to April 12, 2021 at 2:00 p.m. by telephonic conference call.  Please call 866-626-4103 and enter passcode 2560365.

        Respectfully submitted,
        John P. Fitzgerald, III
        Acting United States Trustee, Region Four

By: */s/ Gerard R. Vetter, AUST*
     Gerard R. Vetter (Fed. Bar No. 08521)
     United States Department of Justice
     101 W. Lombard Street, Suite 2625
     Baltimore, MD 21201
     (410) 962-4300
     Gerard.R.Vetter@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY, that on this 22nd day of March, 2021, a copy of the foregoing Notice of Rescheduled Meeting of Creditors was mailed, first class, postage prepaid to all parties in interest listed on the attached mailing matrix.

    And that on the same date a copy was served via ECF notification on:

- Edward M. Miller <u>mmllplawyers@verizon.net</u>
- Jolene E. Wee <u>jwee@jw-infinity.com</u>

                          */s/ Gerard R. Vetter*
                          Gerard R. Vetter