| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 21-11670<br>District of Maryland<br>Baltimore<br>Mon Mar 22 08:42:27 EDT 2021 | Ascentium Capital,LLC<br>Bankruptcy Notification<br>c/o Hunter Warfield, Inc.<br>4620 Woodland Corporate Blvd.<br>Tampa, FL 33614-2415 | Auction Credit Enterpriises LLC<br>Bankruptcy Notification<br>14951 Dallas Parkway #200<br>Dallas, TX 75254-6883 |
| Bizfund.com<br>Bankruptcy Notification<br>2371 McDonald Ave., 2nd Fl.<br>Brooklyn, NY 11223-4738 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | Carroll County<br>County Attorney's Office<br>225 N. Center Street<br>Westminster, MD 21157-5194 |
| Complete Business Solutions Group, Inc.<br>d/b/a Par Funding<br>Bankruptcy Notification<br>2000 PGA Blvd. #4440<br>North Palm Beach, FL 33408-2738 | (p)COMPTROLLER OF MAYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2396 | Dallas Growth Capital and Funding LLC<br>dba Sprout Funding<br>Bankruptcy Notification<br>4890 Alpha Rd. #200<br>Dallas, TX 75244-4639 |
| Dave Barnett<br>289 Carnes Lane<br>Sykesville, MD 21784-7136 | David Stair<br>1727 Hughes Shop Rd.<br>Westminster, MD 21158-2917 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lloyd Griffith<br>821 Deer Ridge Dr.<br>Westminster, MD 21158-2935 | LoanMe, Inc. Small Business Loan<br>Bankruptcy Notification<br>P.O. Box 5645<br>Orange, CA 92863-5645 |
| Edward M. Miller<br>Miller and Miller, LLP<br>39 N. Court St.<br>Westminster, MD 21157-5135 | On Deck<br>Bankruptcy Notification<br>901 N. Stuart St. #700<br>Arlington, VA 22203-4129 | Rob's Tower Motors Sales & Service of T<br>529 E. Baltimore St.<br>Taneytown, MD 21787-2423 |
| Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 | Slate Advance LLC<br>Bankruptcy Notification<br>15 America Ave.<br>Lakewood, NJ 08701-4584 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3020 | U.S. Small Business Administration<br>Bankruptcy Notification<br>2 North St. #320<br>Birmingham, AL 35203 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 |
| Vehicle Acceptance Corporation<br>Bankruptcy Notification<br>901 Main St. #3450<br>Dallas, TX 75202-3752 | Gerard R. Vetter<br>Office of the US Trustee<br>101 W. Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | Jolene E. Wee<br>447 Broadway<br>2nd Fl #502<br>New York, ny 10013-2562 |
| Westlake Flooring Company, LLC<br>Bankruptcy Notification<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3827 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Itrivia Ventures LLC<br>Bankruptcy Notification | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     1<br>Total                  28 |