# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MARYLAND

In re:                                          *

    Rob's Tower Motors Sales                *
    & Service of Taneytown, LLC                  Case No: 21-11670
                                                *

    Debtor                                  *   Chapter 11

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the firm of Christopher S. Young, Esq., Business & Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046, will represent the interests of Dallas Growth Capital and Funding, LLC d/b/a Sprout Funding in this matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for Dallas Growth Capital and Funding, LLC d/b/a Sprout Funding as follows:

    Christopher S. Young, Esq.
    Business & Technology Law Group
    6310 Hillside Court
    Suite 160
    Columbia, MD 21046

    /s/ Christopher S. Young, Esq.
    Christopher S. Young, Esq.
    Bar No.: 24701
    Business & Technology Law Group
    6310 Hillside Court, Suite 160
    Columbia, MD 21046
    410-290-0707 (Telephone)
    410-290-0477 (Facsimile)
    cyoung@btlg.us (Email)
    *Attorneys for Dallas Growth Capital and Funding, LLC d/b/a Sprout Funding*

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2021, a copy of the Notice of Appearance and Request for Notices was sent via electronic mail to Edward M. Miller (mmllplawyers@verizon.net), attorney for Debtor, and to Jolene E. Wee, Chapter 11 Trustee.

/s/ Christopher S. Young, Esq.
Christopher S. Young, Esq.