**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | |
|---|---|
| IN RE: | * Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * Chapter 11 |
| Debtor | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of March 2021, a copy of the Debtor's Motion for Interim Use of Cash Collateral and Providing for Adequate Protection Therefore was mailed electronically to Daudi Sanghe, U.S. Small Business Administration, Daudi.Sanghe@sba.gov and to Auction Credit Enterprises LLC, c/o Allen Padfield, Esq., abp@padfieldstout.com; on the 24th day of March 2021 to Sara Upton, Vehicle Acceptance Corporation, supton@vacorp.com; on the 25th day of March, 2021 to Joyce Patterfield, Team East, Westlake Flooring Company, LLC, east@wfs-flooring.com; and on the 26th day of March, 2021, a copy of this Amended Certificate of Service was mailed electronically to Gerard R. Vetter, Office of the U.S. Trustee, gerard.r.vetter@usdoj.gov, and Jolene Wee, Chapter 11, Sub V Trustee, jwee@jw-infinity.com.

/s/ Edward M. Miller
Edward M. Miller
Federal Bar No.: 024281
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
410-751-5444
E-mail: mmllplawyers @verizon.net
Attorneys for Debtor

1