**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

IN RE: * Case No.: 21-11670-NVA

ROB'S TOWER MOTORS SALES & SERVICE * Chapter 11
OF TANEYTOWN, LLC
    Debtor *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BUDGET FOR 14-DAY PERIOD FROM 3/30/2021 TO 4/13/2021 (CASH BASIS)**

INCOME:

| | |
|---|---|
| Proceeds from used vehicle sales | $ 4,250.00 |
| Service contracts | 2,000.00 |
| Auto auction sales | 6,500.00 |
| TOTAL | $12,750.00 |

EXPENSES:

| | |
|---|---|
| Rent - building | $    998.00 |
| Wages | 1,800.00 |
| Supplies | 25.00 |
| Utilities | 224.00 |
| Advertising | 1,282.00 |
| Bookkeeper | 207.00 |
| Property Insurance | 170.00 |
| Worker's Comp. | 96.00 |
| TOTAL | $ 4,802.00 |

PROFIT $ 7,948.00

Explanatory Notes:

1. Proceeds from used vehicle sales are net amount to Debtor after deduction of floor plan payment on sold vehicle; average $850.00 per vehicle.
2. Service contracts are sold by Debtor to vehicle buyers.
3. Auto auction sales are net amount to Debtor from sale of trade-in vehicles at auto auctions. For the 14-day period, Debtor expects to sell two vehicles.

1

4.  Debtor leases premises from Tevis Oil (unrelated) and pays its share monthly rent of $3,990.00.
5.  Debtor employs 1 sales person.  Members do not presently draw a salary from Debtor.
6.  Debtor uses bookkeeping service (Otterdale).
7.  Advertising includes Carfax, Cargurus, CarsforSale.

Debtor does not provide MD State Inspection or repairs for vehicles it sells. KandC Service, LLC, a Maryland limited liability compny owned by Catherine Freels, a member of Debtor, provides these services and pays its own rent (balance of $3,990.00 total rent), wages and operating expenses.

Presently 2 vehicles have been sold which require pay-offs to the Auction Credit floor plan and Debtor intends to pay balance owed (approx. $24,000.00) from net income (may need assistance from KandC Services, LLC to fully pay balances owed on vehicles).

/s/ Robert J. Freels, Jr.
Robert J. Freels, Jr., Member