**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SECOND AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of March 2021, a copy of the Debtor's Motion for Interim Use of Cash Collateral and Providing for Adequate Protection Therefore (the "Motion") was mailed electronically to Daudi Sanghe, U.S. Small Business Administration, Daudi.Sanghe@sba.gov and to Auction Credit Enterprises LLC, c/o Alan Padfield, Esq., authorized by creditor to accept service for LLC, abp@padfieldstout.com ; on the 24th day of March 2021 to Sara Upton, Chief Operating Officer, Vehicle Acceptance Corporation, supton@vacorp.com; on the 25th day of March, 2021 to Joyce Patterfield, Agent/Area Manager, Team East, Westlake Flooring Company, LLC, east@wfs-flooring.com.  A copy of the Motion was mailed by first class, postage prepaid, U.S. Mail, to U.S. Attorney, District of Maryland, 36 S. Charles St., 4th Fl., Baltimore, MD 21201 on the 26th day of March, 2021; and a copy of this Second Amended Certificate of Service was mailed electronically to Gerard R. Vetter, Office of the U.S. Trustee, gerard.r.vetter@usdoj.gov, and Jolene Wee, Chapter 11, Sub V Trustee, jwee@jw-infinity.com.

    /s/ Edward M. Miller
    Edward M. Miller
    Federal Bar No.: 024281
    Miller & Miller, LLP
    39 N. Court St.
    Westminster, MD 21157
    410-751-5444
    E-mail: mmllplawyers @verizon.net
    Attorneys for Debtor