United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 21-11670-NVA

Rob's Tower Motors Sales & Service                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: akaniowsk | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID         Recipient Name and Address**
db          + Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 24 2021 19:47:00 | US Trustee, 101 W Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher S. Young | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Edward M. Miller | mmllplawyers@verizon.net |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jolene E. Wee | |

District/off: 0416-1                     User: akaniowsk                        Page 2 of 2
Date Rcvd: Mar 24, 2021                  Form ID: pdfparty                      Total Noticed: 2

jwee@jw-infinity.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 5

Entered: March 24th, 2021
Signed: March 23rd, 2021

**SO ORDERED**



N̶a̶n̶c̶y̶ ̶V̶.̶ ̶A̶l̶q̶u̶i̶s̶t̶
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### AT BALTIMORE

| | |
|---|---|
| In re: | Case No. 21-11670-NVA |
| Rob's Tower Motors Sales & Service of Taneytown, LLC, | Chapter 11 |
| Debtor. | |

### ORDER SETTING HEARING ON
### DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL AND
### PROVIDING FOR ADEQUATE PROTECTION THEREFOR [ECF NO. 7]

Before the Court is the Debtor's Motion for Interim Use of Cash Collateral and Providing

for Adequate Protection therefor (the "Cash Collateral Motion"). [ECF No. 7]. The Court is aware

of debtor's urgent need for the interim use of cash collateral and would have preferred to set a

hearing on the Cash Collateral Motion more immediately. The Debtor's failure to comply with

rules prerequisite for the Court's consideration of the Cash Collateral Motion and the granting of

relief requested therein have made it so the Court could not hold an immediate hearing on the Cash

Collateral Motion.

1

In an effort to expedite consideration of the Cash Collateral Motion, the Court will hold a remote hearing on the Cash Collateral Motion on **MONDAY, MARCH 29, 2021 AT 2:00 P.M.**, provided that the Debtor files a budget supporting its requested use of cash collateral, and properly serves the Cash Collateral Motion, budget, and this order as required by the applicable bankruptcy rules and as set forth herein.  Accordingly, based upon the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland in Baltimore, hereby

**ORDERED**, that the Debtor shall prepare a budget that includes the "cash flow projection for the period for which authorization [to use cash collateral] is sough that includes both projected revenue and a line-item proposed budget for the use of funds" (the "Budget") as required by Local Rule of Bankruptcy Procedure 4001-5(a)(1)(C); and it is further,

**ORDERED**, that the Debtor shall **properly** serve a copy of the Cash Collateral Motion, this Order, and the Budget upon the parties required by Bankruptcy Rule 4001(b)(1)(C), and in accordance with the service requirements of Bankruptcy Rule 4001, which requires service in accordance with Bankruptcy Rule 9014(b), which requires service in accordance with Bankruptcy Rule 7004, which, among other things:

(a) Pursuant to Bankruptcy Rule 7004(b)(2), with respect to **Vehicle Acceptance Corporation**, **Westlake Flooring Company, LLC**, and **Auction Credit Enterprises** (and any other applicable parties described in this Bankruptcy Rule 7004(b)(2)), requires service by first class mail upon a "domestic or foreign corporation . . . by mailing a copy . . . **to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process** and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the" domestic or foreign corporation; and

2

(b) Pursuant to Bankruptcy Rule 7004(b)(5), with respect to the **U.S. Small Business Administration** (and any other applicable officer or agency of the United States), which requires service by first class mail by:

(i)     mailing a copy as prescribed in 7004(b)(4), which requires that a copy be mailed addressed to the civil process clerk at the office of the United States attorney for the district in which the action is brought, and by mailing a copy to the Attorney General of the United States at Washington, D.C.; and

(ii)    by mailing a copy to the officer or agency; and it is further,

**ORDERED**, that the Debtor shall file a line certifying that such service was made and attaching a copy of the materials served, which must include the Cash Collateral Motion, this Order, and the Budget, by **NOON, FRIDAY, MARCH 26, 2021**; and it is further,

**ORDERED**, that if the Debtor timely complies with the foregoing requirements, the Court shall hold a hearing on the Cash Collateral Motion on **MONDAY, MARCH 29, 2021 AT 2:00 P.M.**

**cc:** Debtor
Debtor's counsel
Subchapter V Trustee
U.S Trustee

**### SO ORDERED ###**

3