**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VERIFIED STATEMENT**

I, Edward M. Miller, declare as follows:

1. I am an attorney admitted before the Court of Appeals of Maryland and the United States District Court for the District of Maryland.

2. I have no connection with Rob's Tower Motors Sales & Service of Taneytown, LLC (the "Debtor") other than also acting as counsel for Robert J. Freels, Jr. and Catherine G. Freels, the Debtor's members, in their Chapter 13 Bankruptcy case no.: 21-11633-NVA, creditors, any other party in interest, or their respective attorneys, any United States District Judge, any United States Bankruptcy Judge for the District of Maryland, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee.  The law firm of Miller & Miller, LLP ("MMLLP") and I are disinterested persons as defined in 11 U.S.C. § 101(14).

3. MMLLP and I represent no interest adverse to the Debtor or the Bankruptcy Estate in the matters upon which MMLLP and I are to be engaged.

4. I have agreed to a Retainer in the amount of $2,000.00, which shall not be used to pay my compensation without an Order of this Court and I shall not receive additional payment from the Debtor or under the Debtor's Plan of Reorganization without prior approval of this

1

Court. I have agreed that the maximum amount to be billed in this case is $10,000.00 plus documented out-of-pocket expenses.

    I SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

| | |
|---|---|
| Dated: March 28, 2021 | /s/ Edward M. Miller<br>Edward M. Miller |