IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| In re: | * | |
| **ROB'S TOWER MOTORS SALES &** | * | Case No: 21-11670-NVA |
| **SERVICE OF TANEYTOWN, INC.,** | | Chapter 11 |
| Debtor, | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Whiteford, Taylor & Preston, L.L.P. ("WT&P"), hereby appears in this matter on behalf of Vehicle Acceptance Corporation ("VAC" or "Creditor") and requests, in accordance with the notice requirements of 11 U.S.C. §§ 102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001 and 9007, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following addresses:

> Christopher A. Jones, Esquire
> WHITEFORD, TAYLOR & PRESTON, LLP
> 3190 Fairview Park Drive, Suite 300
> Falls Church, Virginia 22042
>
> Dennis J. Shaffer, Esquire
> WHITEFORD, TAYLOR & PRESTON, LLP
> 7 St. Paul Street, Suite 1500
> Baltimore, Maryland 21202

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone,

telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest.

This notice and demand is a "special appearance" and is not a consent to or waiver of the Creditor's:

1. right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed <u>de novo</u> by a United States District Judge;

2. right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3. right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4. right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5. all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Creditor is entitled to by law, equity or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by Creditor by this filing or by any other participation in the case by the Creditor.  Unless otherwise expressly authorized, the filing of this pleading does not authorize counsel to accept service of process on behalf of the Creditor.

Dated:  March 29, 2021	Respectfully submitted,

	/s/ *Dennis J. Shaffer*
	Dennis J. Shaffer, Esq. (Bar No. 25680)
	WHITEFORD, TAYLOR & PRESTON, LLP
	7 Saint Paul Street, Suite 1500
	Baltimore, Maryland 21202
	(410) 347-8700
	(410) 223-4302 (facsimile)

	-and-

	Christopher A. Jones (VSB # 40064)
	WHITEFORD, TAYLOR & PRESTON, LLP
	3190 Fairview Park Drive, Suite 300
	Falls Church, Virginia 22042
	(703) 280-9263
	(703) 280-8942 (facsimile)

	*Counsel for Vehicle Acceptance Corporation*

*11710007*