_____          ✓ RETAIN ____

Nancy V. Alquist , U. S. BANKRUPTCY JUDGE          Evidentiary Hrg: (Y) N
                                                   Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 03/29/2021  Time: 02:00

CASE: 21-11670 Rob's Tower Motors Sales & Service of Taneytown

(Edward M. Miller) representing Rob's Tower Motors Sales & Service of Taneytown, LLC (Debtor)  Robert J. Freels, Jr. - Debtor Member
                                      Auction Credit Enterprise - Alan Padfield
                                      Westlake Flooring ~~Jesse~~ Pierce + Murphy
representing (Jolene E. Wee) (Trustee) Vehicle Acceptance - Justin Brandt
(Gerard R. Vetter) representing US Trustee - Baltimore (U.S. Trustee)
                                                → Dennis Shaffer

[7] Motion to Use Cash Collateral Filed by Rob's Tower Motors Sales & Service of Taneytown, LLC.
(Attachments: #s2 Proposed Order)

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller

[22] Support Document to Motion for Interim Use of Cash Collateral (14-Day Budget) Filed by Edward M. Miller (related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC).

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller

[23] Amended Certificate of Service (Second Amended Certificate of Service) Filed by Edward M. Miller (related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC).

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:                    ( The 14-day interim use
                                   of cash collateral will
                                   be approved on the
    Granted____ Denied____ Withdrawn____ Consent [7] Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)____

    Continued to: April 12, 2021 ~~2~~ at 4:00 pm

                       21-11670: 1 of 2        terms set forth on
                                               the record. Mr. Miller to upload

DECISION:

    [ ] Signed by Court           [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel     [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES: A hearing on cash collateral will be held on April 12, 2021 at 4 PM