IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

|  |  |
|---|---|
| IN RE: | CASE NO.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | |
| Debtor. | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ENTRY OF APPEARANCE OF COUNSEL
TO CREDITOR AUCTION CREDIT ENTERPRISES, LLC
AND REQUEST FOR ALL NOTICES

Please enter the appearances of Steven N. Leitess, Jodie E. Buchman, and Pierce C. Murphy of the law firm of Silverman Thompson Slutkin White, LLC, as counsel to creditor Auction Credit Enterprises, LLC ("ACE"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorneys' names, office addresses, telephone numbers, fax numbers and email addresses are:

> Steven N. Leitess, Esq.
> Jodie E. Buchman, Esq.
> Pierce C. Murphy, Esq.
> Silverman Thompson Slutkin White, LLC
> 201 N. Charles Street, 25th Floor
> Baltimore, Maryland 21201
> (410) 385-2225 (main)
> (410) 547-2432 (facsimile)
> Email: sleitess@silvermanthompson.com
>      jbuchman@silvermanthompson.com
>      pmurphy@silvermanthompson.com

ACE requests that all copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above.

The foregoing request includes all of the notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and also includes, without limitation, notices of any hearings, orders, pleadings, motions, applications, complaints, demands, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which should be sent to ACE's attorneys at the address shown above.

This *Entry of Appearance of Counsel to Auction Credit Enterprises, LLC and Request for All Notices*, nor any later appearance, pleading, claim or suit (i) shall not be, and shall not be deemed or construed to be, a consent to jurisdiction of, or venue in the United States Bankruptcy Court for the District of Maryland and (ii) shall not be, and shall not be deemed or construed to be, a waiver of ACE's rights: (1) to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupment to which ACE is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments ACE expressly reserves.

Dated: March 30, 2021 Respectfully submitted,

/s/ Steven N. Leitess
Steven N. Leitess (Bar No. 05856)
Pierce C. Murphy (Bar No. 30030)
Jodie E. Buchman (Bar No. 26004)
Silverman|Thompson|Slutkin|White|LLC
201 N. Charles Street, 25th Floor
Baltimore, Maryland 21201
(410) 385-2225
(410) 547-2432 (facsimile)
sleitess@silvermanthompson.com
pmurphy@silvermanthompson.com

*Attorneys for Auction Credit Enterprises, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of March, 2021, that a true and correct copy of the foregoing Entry of Appearance of Counsel to Auction Credit Enterprises, LLC and Request for All Notices has been served to all parties listed as receiving notice via the Court's CM/ECF noticing system.

/s/ Pierce C. Murphy
Pierce C. Murphy