**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO EXTEND TIME TO FILE STATEMENT OF FINANCIAL**
**AFFAIRS,  SUMMARY OF ASSETS & LIABILITIES, SCHEDULES**
**A/B,G,H, BALANCE SHEET, STATEMENT OF OPERATIONS,**
**AND CASH FLOW STATEMENT**

Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Rob's Tower Motors Sales & Service of Taneytown, LLC ("Debtor"), by its undersigned attorneys, files this Motion to Extend Time to File Statement of Financial Affairs, Summary of Assets & Liabilities, Schedules A/B,G,H, Balance Sheet, Statement of Operations, and Cash Flow Statement (the "Required Documents"), and as reasons therefore states as follows:

1. On March 17, 2021, the Debtor filed with this Court a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code (the "Bankruptcy Code").

2. The Debtor has continued in possession of its assets and in control of its property and will function as debtor-in-possession.  Jolene Wee has been appointed as Subchapter V Trustee.

**Jurisdiction and Venue**

3. The Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).  Venue is proper before

1

this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory predicate for the relief requested herein is Rule 9006(b)(1) of the Bankruptcy Rules.

## Background

5. The Debtor is a Maryland limited liability company organized March 15, 2013. The Debtor sells used motor vehicles and vehicle service contracts. Per the Debtor's federal tax return, it had annual gross revenue of $781,895.00 in calendar year 2019. The Debtor floor plans its used vehicle inventory through third-party financing companies.

6. Members of the Debtor are Robert J. Freels, Jr. and Catherine G. Freels, who are debtors in a Chapter 13 case (case no.: 21-11633-NVA).

7. The Debtor operates from a facility at 529 East Baltimore Street, Taneytown, Maryland 21787, which is leased from Tevis Oil, an unrelated party.

## Relief Requested

8. The Debtor provided counsel with sufficient information so that the Petition could be filed in "good faith".

9. The Debtor did not have full financial records and information available at the time the Petition was filed. The Debtor has now provided counsel with most of the records and information necessary to complete the Required Documents. However, Debtor requires additional time to gather the remaining documents and  Debtor's counsel will require additional time to review the information provided by the Debtor in order to prepare and file the Required Documents.

10. Pursuant to Rule 1007 of the Bankruptcy Rules, the Debtor is required to file the

2

Required Documents on or before March 31, 2021.

11. The Section 341 Meeting of Creditors is scheduled for April 12, 2021.

12. A one week extension of time until April 7, 2021 to file the Required Documents will not adversely affect the administration of the Debtor's case or delay any proceeding in the case.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order extending until April 7, 2021 the deadline for filing the Required Documents and/or granting the Debtor such other and further relief as is just and proper.

/s/ Edward M. Miller
Edward M. Miller
Federal Bar No.: 024281
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
410-751-5444
E-mail: mmllplawyers @verizon.net
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of March, 2021, a copy of the foregoing Motion was mailed by postage prepaid, first class, U.S. Mail, to each creditor and/or party-in-interest on the attached mailing matrix and will be mailed electronically via the Court's CM/ECF system to:

Pierce C. Murphy, Esq., pmurphy@mdattorney.com;
Dennis J. Shaffer, Esq., dshaffer@wtplaw.com;
Christopher S. Young, Esq., cyoung@btlg.us;
Jolene E. Wee, Subchapter V Trustee, jwee@jw-infinity.com;
Gerard R. Vetter, Office of U.S. Trustee, gerard.r.vetter@usdoj.com; and
U.S. Trustee-Baltimore, USTPRegion04.BA.ECF@USDOJ.GOV.

/s/ Edward M. Miller
Edward M. Miller