```
Label Matrix for local noticing          Auction Credit Enterprises, LLC         Dallas Growth Capital and Funding, LLC d/b/a
0416-1                                   14951 Dallas Parkway                    C/o Christopher S. Young, Esq.
Case 21-11670                            #200                                    Business and Technology Law Group
District of Maryland                     Dallas, TX 75254-6883                   6310 Hillside Court
Baltimore                                                                        Suite 160
Tue Mar 30 16:43:01 EDT 2021                                                     Columbia, MD 21046-1081

Rob's Tower Motors Sales & Service of T  Baltimore                               Ascentium Capital,LLC
529 E. Baltimore St.                     Baltimore Division                      Bankruptcy Notification
Taneytown, MD 21787-2423                 101 West Lombard Street, Ste. 8530      c/o Hunter Warfield, Inc.
                                         Baltimore, MD 21201-2605                4620 Woodland Corporate Blvd.
                                                                                 Tampa, FL 33614-2415

Auction Credit Enterpriises LLC          Bizfund.com                             (p)U S SECURITIES AND EXCHANGE COMMISSION
Bankruptcy Notification                  Bankruptcy Notification                 ATLANTA REG OFFICE AND REORG
14951 Dallas Parkway #200                2371 McDonald Ave., 2nd Fl.             950 E PACES FERRY RD NE STE 900
Dallas, TX 75254-6883                    Brooklyn, NY 11223-4738                 ATLANTA GA 30326-1382

Carroll County                           Complete Business Solutions Group, Inc. (p)COMPTROLLER OF MAYLAND
County Attorney's Office                 d/b/a Par Funding                       BANKRUPTCY UNIT
225 N. Center Street                     Bankruptcy Notification                 301 W PRESTON ST ROOM 409
Westminster, MD 21157-5194               2000 PGA Blvd. #4440                    BALTIMORE MD 21201-2396
                                         North Palm Beach, FL 33408-2738

Dallas Growth Capital and Funding LLC    Dave Barnett                            David Stair
dba Sprout Funding                       289 Carnes Lane                         1727 Hughes Shop Rd.
Bankruptcy Notification                  Sykesville, MD 21784-7136               Westminster, MD 21158-2917
4890 Alpha Rd. #200
Dallas, TX 75244-4639

Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE             Lloyd Griffith
Centralized Insolvency Operation         CENTRALIZED INSOLVENCY OPERATIONS       821 Deer Ridge Dr.
P.O. Box 7346                            PO BOX 7346                             Westminster, MD 21158-2935
Philadelphia, PA 19101-7346              PHILADELPHIA PA 19101-7346

LoanMe, Inc. Small Business Loan         On Deck                                 Secretary of the Treasury
Bankruptcy Notification                  Bankruptcy Notification                 15 & Pennsylvania Avenue
P.O. Box 5645                            901 N. Stuart St. #700                  Washington, DC 20220-0001
Orange, CA 92863-5645                    Arlington, VA 22203-4129

Slate Advance LLC                        State of Maryland DLLR                  U.S. Attorney-District of MD
Bankruptcy Notification                  Division of Unemployment Insurance      4th floor
15 America Ave.                          1100 N. Eutaw Street, Room 401          36 S. Charles St.
Lakewood, NJ 08701-4584                  Baltimore, MD 21201-2225                Baltimore, MD 21201-3020

U.S. Small Business Administration       US Trustee - Baltimore                  Vehicle Acceptance Corporation
Bankruptcy Notification                  Garmatz Federal Courthouse              Bankruptcy Notification
2 North St. #320                         101 West Lombard Street                 901 Main St. #3450
Birmingham, AL 35203                     Suite 2625                              Dallas, TX 75202-3752
                                         Baltimore, MD 21201-2668

Westlake Flooring Company, LLC           Edward M. Miller                        Jolene E. Wee
Bankruptcy Notification                  Miller and Miller, LLP                  447 Broadway
4751 Wilshire Blvd.                      39 N. Court St.                         2nd Fl #502
Los Angeles, CA 90010-3827               Westminster, MD 21157-5135              New York, ny 10013-2562
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Vehicle Acceptance Corporation | (u)Itrivia Ventures LLC<br>Bankruptcy Notification | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     2<br>Total                  31 |