**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| | | |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL
AFFAIRS, SUMMARY OF ASSETS & LIABILITIES, SCHEDULES
A/B,G,H, BALANCE SHEET, STATEMENT OF OPERATIONS,
AND CASH FLOW STATEMENT**

The Debtor's motion to extend the filing date having been read and considered, it is, as of the date this Order is signed;

ORDERED, by the United States Bankruptcy Court for the District of Maryland, that the time within which the Debtor shall file its Statement of Financial Affairs, Summary of Assets & Liabilities, Schedules A/B,G,H, Balance Sheet, Statement of Operations, and Cash Flow Statement is extended to and including April 7, 2021; failing such, this case may be

dismissed.

cc:

Debtor
Debtor's Counsel
Subchapter V Trustee
Office of U.S. Trustee
Creditors
Parties-in-Interest

**END OF ORDER**