Entered: March 31st, 2021
Signed: March 31st, 2021

PARAGRAPH 4 OF THE MOTION DOES NOT STATE THE NUMBER OF TIMES THE APPLICANT HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT, IN THE PAST 12 MONTHS. MOVANT AND APPLICANT MUST FILE AN AMENDED MOTION THAT CONTAINS THIS INFORMATION WITHIN 14 DAYS OF THIS ENTRY OR THE MOTION MAY BE DENIED WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **21-11670 – NVA**    Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Alan B. Padfield as counsel for Auction Credit Enterprises, LLC, and his/her statements in support thereof, and upon the recommendation of Pierce C. Murphy, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010-3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Alan B. Padfield must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training–and–registration.

cc:   Debtor
      Attorney for Debtor – Edward M. Miller
      Movant –
      Local Counsel – Pierce C. Murphy
      Case Trustee – Jolene E. Wee
      U.S. Trustee

**End of Order**

01x01 (rev. 06/16/2015) – akaniowski