Entered: March 31st, 2021
Signed: March 31st, 2021

**SO ORDERED**

APRIL 7, 2021.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21−11670 − NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SUMMARY OF ASSETS AND LIABILITIES, SCHEDULES, BALANCE SHEET, STATEMENT OF OPERATIONS, AND CASH FLOW STATEMENT
(for non−individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Summary of Assets and Liabilities, Schedules, Balance Sheet, Statement of Operations, and Cash Flow Statement** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the United States Trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor
      Attorney for Debtor – Edward M. Miller
      Case Trustee – Jolene E. Wee
      U.S. Trustee

**End of Order**

22x03 (rev. 03/28/2016) – akaniowski