Entered: April 1st, 2021
Signed: April 1st, 2021
**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21−11670 − NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Alan B. Padfield as counsel for Auction Credit Enterprises, LLC, and his/her statements in support thereof, and upon the recommendation of Pierce C. Murphy, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Alan B. Padfield must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training−and−registration.

cc:   Debtor
     Attorney for Debtor − Edward M. Miller
     Movant − Alan B. Padfield
     Local Counsel − Pierce C. Murphy
     Case Trustee − Jolene E. Wee
     U.S. Trustee

**End of Order**

01x01 (rev. 06/16/2015) − akaniowski