IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & | § | |
| SERVICE OF TANEYTOWN, LLC, | § | |
| | § | CHAPTER 11 |
| Debtor | § | (Subchapter V) |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that AUCTION CREDIT ENTERPRISES, LLC, (hereinafter "Movant"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

> Alan B. Padfield
> PADFIELD & STOUT, L.L.P.
> 421 West Third Street, Suite 910
> Fort Worth, Texas 76102
> (817) 338-1616   telephone
> (817) 338-1610   fax
> abp@padfieldstout.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex,

or otherwise:  (1) which affect or seek to affect in any way the rights or interests with respect to:  (a) the Debtor; (b) property which the Debtors may claim in interest; (c) the Debtor's property; and (d) property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

**PADFIELD & STOUT, LLP**
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610


/s/ Alan B. Padfield_____
Alan B. Padfield
State Bar I.D. #00784712
abp@padfieldstout.com
Christopher V. Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, a copy of the foregoing was sent via ECF and/or first class mail to counsel for the debtor, Edward M. Miller, the Chapter 11 Trustee, Jolene E. Wee, and all those receiving ECF notification in this case.


/s/ Alan B. Padfield_____
Alan B. Padfield