United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 21-11670-NVA

Rob's Tower Motors Sales & Service                                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                    User: akaniowsk                                          Page 1 of 2
Date Rcvd: Mar 31, 2021                 Form ID: pdfparty                                        Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
|    | + | Alan B. Padfield, Esq., Padfield & Stout LLP, 420 Throckmorton St., Ste. 1260, Fort Worth, TX 76102-3700 |
| cr | + | Auction Credit Enterprises, LLC, 14951 Dallas Parkway, #200, Dallas, TX 75254-6883 |
|    | + | Dennis J. Shaffer, Esq., Whiteford, Taylor & Preston LLP, 7 St. Paul St., Ste.15, Baltimore, MD 21202-1636 |
|    | + | Justin M. Brandt, Corporate Counsel, Westlake Financial, 4751 Wilshire Blvd., Ste. 100, Los Angeles, CA 90010-3847 |
|    |   | U.S. Small Business Administration, 2 North St. #320, Birmingham, AL 35203 |
|    | + | Vehicle Acceptance Corporation, 901 Main St. #3450, Dallas, TX 75202-3752 |
|    | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher S. Young | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Dennis J. Shaffer | dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com |
| Edward M. Miller | mmllplawyers@verizon.net |

| | | |
|---|---|---|
| District/off: 0416-1 | User: akaniowsk | Page 2 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdfparty | Total Noticed: 8 |

Gerard R. Vetter
    gerard.r.vetter@usdoj.gov

Jolene E. Wee
    jwee@jw-infinity.com

Pierce C Murphy
    pmurphy@mdattorney.com  efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: March 31st, 2021
Signed: March 31st, 2021
**SO ORDERED**
AS AMENDED.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

IN RE:                                         *        Case No.: 21-11670-NVA

ROB'S TOWER MOTORS SALES & SERVICE    *        Chapter 11
OF TANEYTOWN, LLC
    Debtor                                     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND
<u>PROVIDING ADEQUATE PROTECTION THEREFOR</u>**

Upon the Motion for Interim Use of Cash Collateral (the "Motion") brought by Rob's Tower Motors Sales & Service of Taneytown, LLC, the Debtor herein (the "Debtor"), pursuant to Sections 361, 363, and 552 of the United States Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, after review, and consideration of any testimony presented at the evidentiary hearing held on March 29, 2021, and determining that a prohibition of the use of "Cash Collateral" (as defined in the Motion) would cause immediate and

1

irreparable harm to the Debtor and its business, it is, as of the date this Order is signed;

**ORDERED**, by the United States Bankruptcy Court for the District of Maryland, that the Debtor is authorized to use Cash Collateral for an interim period of fourteen (14) days to meet the following ordinary and necessary overhead expenses as set forth in the Budget attached as an "Exhibit" hereto:

| | |
|---|---:|
| Rent | $ 998.00 |
| Wages | 1,800.00 |
| Supplies | 25.00 |
| Utilities | 224.00 |
| Advertising | 1,282.00 |
| Bookkeeper | 207.00 |
| Property Insurance | 170.00 |
| Worker's Comp. Insurance | 98.00 |
| 14-Day Total | $4,802.00, and |

On or before April 2, 2021 a payment of $12,501.00, and on or before April 9, 2021 a payment of $13,626.00, related to the sale of used vehicle inventory sold by Debtor before filing of case shall be made by wire transfer to Auction Credit Enterprises LCC's counsel's IOLTA account; and

Counsel for Auction Credit Enterprises LLC shall hold the above-referenced payments in its IOLTA account until resolution of a lien priority dispute between Auction Credit Enterprises LLC and Vehicle Acceptance Corporation, or pending further Order of this Court; and

Any future payoff of Auction Credit Enterprises LLC vehicles is also sent by wire transfer to Auction Credit's counsel's IOLTA account for post-petition sale of vehicle inventory comprising Auction Credit's priority senior PMSI vehicles; and

Any money not available from Debtor's earnings would be via a non-repayable capital contribution from Debtor's members; and

From sale of used vehicles, the amount necessary to payoff any floor-plan financing lien on each vehicle shall be paid immediately upon sale to each such secured creditor, prior to payment of any other expenses authorized by this Order; and

All secured creditors shall reserve all rights with regard to the respective priority as to each lender's floor-planned vehicles, notwithstanding any provision of this Interim Cash Collateral Order; and it is further,

**ORDERED**, that Vehicle Acceptance Corporation, U.S. Small Business Administration, Westlake Flooring Company, LLC, and Auction Credit Enterprises, LLC are provided adequate protection by a grant of a replacement lien on the Debtor's postpetition cash, accounts, contract rights, inventory, and equipment in the same order of priority which each creditor held before the filing of the Debtor's case, including confirming purchase money security interest liens held by each creditor on floor-planned motor vehicle inventory; with another Hearing on the Debtor's Motion (as it will be amended) to be held on April 12, 2021 at 4:00 p.m.; and it is further

**ORDERED**, that this Order is immediately valid and fully effective upon its entry.

##SO ORDERED##

# EXHIBIT TO
# INTERIM CASH COLLATERAL ORDER

4

**BUDGET FOR 14-DAY PERIOD FROM 3/30/2021 TO 4/13/2021 (CASH BASIS)**

INCOME:

| | |
|---|---:|
| Proceeds from used vehicle sales | $ 4,250.00 |
| Service contracts | 2,000.00 |
| Auto auction sales | 6,500.00 |
| TOTAL | $12,750.00 |

EXPENSES:

| | |
|---|---:|
| Rent - building | $    998.00 |
| Wages | 1,800.00 |
| Supplies | 25.00 |
| Utilities | 224.00 |
| Advertising | 1,282.00 |
| Bookkeeper | 207.00 |
| Property Insurance | 170.00 |
| Worker's Comp. | 96.00 |
| TOTAL | $ 4,802.00 |
| | |
| PROFIT | $ 7,948.00 |

Explanatory Notes:

1. Proceeds from used vehicle sales are net amount to Debtor after deduction of floor plan payment on sold vehicle; average $850.00 per vehicle.
2. Service contracts are sold by Debtor to vehicle buyers.
3. Auto auction sales are net amount to Debtor from sale of trade-in vehicles at auto auctions. For the 14-day period, Debtor expects to sell two vehicles.
4. Debtor leases premises from Tevis Oil (unrelated) and pays its share monthly rent of $3,990.00.
5. Debtor employs 1 sales person. Members do not presently draw a salary from Debtor.
6. Debtor uses bookkeeping service (Otterdale).
7. Advertising includes Carfax, Cargurus, CarsforSale.

Debtor does not provide MD State Inspection or repairs for vehicles it sells. KandC Service, LLC, a Maryland limited liability company owned by Catherine Freels, a member of Debtor, provides these services and pays its own rent (balance of $3,990.00 total rent), wages and operating expenses.

Presently 2 vehicles have been sold which require pay-offs to the Auction Credit floor plan and Debtor intends to pay balance owed ($26,127.00) from net income (may need capital contribution from members to fully pay balances owed on vehicles).

cc:

Rob's Tower Motors Sales & Service
of Taneytown, LLC
529 E. Baltimore St.
Taneytown, MD 21787
Debtor

Edward M. Miller
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
Attorneys for Debtor

Vehicle Acceptance Corporation
901 Main St. #3450
Dallas, TX 75202

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston LLP
7 St. Paul St., Ste.15
Baltimore, MD 21202

U.S. Small Business Administration
2 North St. #320
Birmingham, AL 35203

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010

Justin M. Brandt
Corporate Counsel
Westlake Financial
4751 Wilshire Blvd., Ste. 100
Los Angeles, CA 90010

Auction Credit Enterprises LLC
14951 Dallas Parkway #200
Dallas, TX 75254

Alan B. Padfield, Esq.
Padfield & Stout LLP
420 Throckmorton St., Ste. 1260
Fort Worth, TX 76102

**END OF ORDER**