United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 21-11670-NVA |
| Rob's Tower Motors Sales & Service | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: akaniowsk | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 31 2021 19:48:00 | US Trustee, 101 W Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher S. Young | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Dennis J. Shaffer | dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com |
| Edward M. Miller | mmllplawyers@verizon.net |
| Gerard R. Vetter | |

District/off: 0416-1 | User: akaniowsk | Page 2 of 2
Date Rcvd: Mar 31, 2021 | Form ID: pdfparty | Total Noticed: 2

    gerard.r.vetter@usdoj.gov

Jolene E. Wee

    jwee@jw-infinity.com

Pierce C Murphy

    pmurphy@mdattorney.com efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

US Trustee - Baltimore

    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: March 31st, 2021
Signed: March 31st, 2021

**SO ORDERED**

APRIL 7, 2021.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **21−11670 − NVA**    Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE
## STATEMENT OF FINANCIAL AFFAIRS, SUMMARY OF ASSETS
## AND LIABILITIES, SCHEDULES, BALANCE SHEET, STATEMENT
## OF OPERATIONS, AND CASH FLOW STATEMENT
### (for non−individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Summary of Assets and Liabilities, Schedules, Balance Sheet, Statement of Operations, and Cash Flow Statement** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the United States Trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor
      Attorney for Debtor − Edward M. Miller
      Case Trustee − Jolene E. Wee
      U.S. Trustee

### End of Order

22x03 (rev. 03/28/2016) − akaniowski