United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 21-11670-NVA

Rob's Tower Motors Sales & Service                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: akaniowsk | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| aty | + | Alan B. Padfield, Padfielld & Stout LLP, 420 Throckmorton St., Ste 1210, Fort Worth, TX 76102-3792 |
| cr | + | Auction Credit Enterprises, LLC, 14951 Dallas Parkway, #200, Dallas, TX 75254-6883 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 01 2021 19:28:00 | US Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher S. Young | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Dennis J. Shaffer | dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com |
| Edward M. Miller | mmllplawyers@verizon.net |

District/off: 0416-1          User: akaniowsk          Page 2 of 2
Date Rcvd: Apr 01, 2021          Form ID: pdfparty          Total Noticed: 4

Gerard R. Vetter

gerard.r.vetter@usdoj.gov

Jolene E. Wee

jwee@jw-infinity.com

Pierce C Murphy

pmurphy@mdattorney.com  efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: April 1st, 2021
Signed: April 1st, 2021

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **21−11670 − NVA**    Chapter: **11**

**Rob's Tower Motors Sales & Service of**
**Taneytown, LLC**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Alan B. Padfield as counsel for Auction Credit Enterprises, LLC, and his/her statements in support thereof, and upon the recommendation of Pierce C. Murphy, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Alan B. Padfield must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training−and−registration.

cc:    Debtor
       Attorney for Debtor − Edward M. Miller
       Movant − Alan B. Padfield
       Local Counsel − Pierce C. Murphy
       Case Trustee − Jolene E. Wee
       U.S. Trustee

### End of Order

01x01 (rev. 06/16/2015) − akaniowski