IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

IN RE: * Case No.: 21-11670-NVA

ROB'S TOWER MOTORS SALES & SERVICE * Chapter 11
OF TANEYTOWN, LLC
    Debtor *

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the United States of America, through its Agency, U.S. SMALL BUSINESS ADMINISTRATION ("SBA"), hereby appears in this matter by its undersigned counsel, in accordance with 11 U.S.C. Section 1109(b) and Bankruptcy Rule 9010, and requests as provided in 11 U.S.C. Sections 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorney be placed on the mailing matrix filed by the Debtor in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorney at the addressed set forth below:

Ashley H. Hou
Special Assistant U.S. Attorney
Federal Bar No. 26928
U.S. Small Business Administration
100 S. Charles Street,
Suite 1201
Baltimore, MD 21201
(410) 244-3343
Ashley.Hou@sba.gov

PLEASE TAKE FURTHER NOTICE that in accordance with 11 U.S.C. Section 1109(b) the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitations, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by

mail, delivery, telephone, telegraph, telex, telecopy, electronic mail or otherwise which affect or seek to affect in any way any rights or interests of SBA.

PLEASE TAKE FURTHER NOTICE that as provided in Bankruptcy Rule 3017(a), SBA requests that the undersigned be provided with copies of any and all disclosure statements and plans or reorganization.

Respectfully Submitted,

ROBERT K. HUR
United States Attorney

By:  /s/ Ashley H. Hou
ASHLEY H. HOU
Special Assistant U.S. Attorney
Federal Bar No. 26928
U.S. Small Business Administration
Baltimore District Office
100 S. Charles Street,
Suite 1201
Baltimore, MD 21201
Ashley.Hou@sba.gov
410-244-3343

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 5th of April, 2021, a copy foregoing Notice of Appearance and Request for Notices and Service of Papers was served electronically in accordance with Local Rule 9013-4 through the CM/ECF system on all parties on the Electronic Mail Notice List for this case.

/s/ Ashley H. Hou
Ashley H. Hou