**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT CONCERNING MISSING DOCUMENTS**

Robert J. Freels, Jr., member, states and affirms, under penalty of perjury, that the most recent balance sheet, statement of operations, and cash flow statement for Rob's Tower Motors Sales & Service of Taneytown, LLC, debtor and debtor-in possession in the above-captioned matter, had not been prepared by the debtor or its accountant, as of the Petition Date (March 17, 2021).

                                        ROB's TOWER MOTORS SALES & SERVICE
                                        OF TANEYTOWN, LLC

                                        By: <u>Robert J. Freels, Jr.</u>
                                              Robert J. Freels, Jr., Member

Dated: April 6, 2021

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 6th day of April, 2021, a copy of the foregoing Affidavit Concerning Missing Documents will be mailed electronically via the Court's CM/ECF system to:

      Jolene E. Wee, Subchapter V Trustee, jwee@jw-infinity.com;
      Gerard R. Vetter, Office of U.S. Trustee, gerard.r.vetter@usdoj.com; and
      U.S. Trustee-Baltimore, USTPRegion04.BA.ECF@USDOJ.GOV.

                                      /s/ Edward M. Miller
                                      Edward M. Miller
                                      Federal Bar No.: 024281
                                      Miller & Miller, LLP
                                      39 N. Court St.
                                      Westminster, MD 21157
                                      410-751-5444
                                      E-mail: mmllplawyers @verizon.net
                                      Attorneys for Debtor