**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BALANCE SHEET

Rob's Tower Motors Sales & Service of Taneytown, LLC, debtor and debtor-in possession in the above-captioned matter, by Robert J. Freels, Jr., member, submits the following Balance Sheet for the period from January 1, 2021 through March 17, 2021:

| | |
|---|---:|
| **Cash** | $     4,828.63 |
| **Notes Receivable** | 13, 203.27 |
| **Security Deposit** | 4,000.00 |
| **Furnishings & Equipment** | <u>2,000.00</u> |
| **Total Assets** | $   24,031.90 |
| | |
| **Secured Creditors** | $577,359.04 |
| **Priority Creditors** | 2,497.78 |
| **Unsecured Creditors** | <u>116,781.86</u> |
| **Total Liabilities** | $696,638.68 |
| | |
| **Net Worth** | $(672,606.78) |

ROB's TOWER MOTORS SALES & SERVICE
OF TANEYTOWN, LLC

By: <u>Robert J. Freels, Jr.</u>
      Robert J. Freels, Jr., Member