**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Baltimore

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF OPERATIONS

Rob's Tower Motors Sales & Service of Taneytown, LLC, debtor and debtor-in possession in the above-captioned matter, by Robert J. Freels, Jr., member, submits the following Statement of Operations (Profit and Loss) for the period from January 1, 2021 through March 17, 2021:

**Not presently available; being prepared by bookkeeper.**

ROB's TOWER MOTORS SALES & SERVICE
OF TANEYTOWN, LLC

By: <u>Robert J. Freels, Jr.</u>
     Robert J. Freels, Jr., Member