**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CASH FLOW STATEMENT**

Rob's Tower Motors Sales & Service of Taneytown, LLC, debtor and debtor-in possession in the above-captioned matter, by Robert J. Freels, Jr., member, states that no Cash Flow Statement is available for the period from January 1, 2021 through March 17, 2021.

ROB's TOWER MOTORS SALES & SERVICE
OF TANEYTOWN, LLC

By: <u>Robert J. Freels, Jr.</u>
      Robert J. Freels, Jr., Member