IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEBTOR'S PLAN REPORT

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to file this case under Subchapter V of Chapter 11 of the United States Code (the "Bankruptcy Code"). The Debtor files this report pursuant to Section 1188(c) of the Bankruptcy Code and the Initial Scheduling Order entered by this Court.

1. <u>Type of Plan of Reorganization</u>: The Debtor intends to pursue the following plan of reorganization in this case:

   ___ Consensual        ___ Nonconsensual        <u>X</u>  Undetermined

2. <u>Reasons for this Type of Plan of Reorganization</u>:  The case was filed on March 17, 2021.  Since the filing, the Debtor has been dealing with issues with secured floor plan lenders and its pre-petition "poor" accounting system.  As a result the Debtor has been unable to move into discussion concerning the actual plan.  The Debtor has successfully moved forward with a 14-day interim budget and an Order of Court approving the budget.  Debtor's counsel has actively worked with the floor plan lenders with regards to pre-petition floor plan defaults.  Debtor's counsel has also been in discussions with the Subchapter V Trustee with regards to the interim budget and the planning for the next budget stage(s),

3. <u>Communications with Parties in Interest</u>:  Debtor has not had substantive discussions the creditors and parties-in-interest as to a plan of reorganization but has communicated with the secured floor plan lenders and the Subchapter V Trustee as stated in paragraph 2 above.

4. <u>Nature of Communications with Parties-in-Interest</u>:  Debtor's counsel has communicated by phone and e-mail with the secured floor plan creditors who are located in several states in attempting to resolve pre-petition default issues and gathering support for the approved 14-day budget.  When a longer budget, probably 60-days, is completed, counsel intends to continue discussions with the secured floor plan lenders in an effort to gather support

for said budget.

     5. <u>Efforts to Formulate Plan of Reorganization</u>:  Debtor's counsel has had preliminary discussions with the Subchapter V Trustee as to the Debtor's goals in formulating a plan and, very preliminarily, as to distributions to creditors and parties-in-interest.  After completion of the next interim budget, counsel will concentrate on more substantive discussions with the parties-in-interest.

     6. <u>Timing for Filing Plan of Reorganization</u>: Does the Debtor intend to file a plan of reorganization within the 90-day deadline imposed by Section 1189(b) of the Bankruptcy Code?

                  <u>X</u>  Yes     ___ No

     7.  <u>Additional Information</u>. Debtor is exploring its options as to floor plan financing and other sources of inventory for its used car sales.

Dated: April 7, 2021

                                        ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC, Debtor

                                          By:  /s/ Robert J. Freels, Jr.
                                          Robert J. Freels, Jr., Member

                                          /s/ Edward M. Miller
                                          Edward M. Miller
                                          Federal Bar No.: 024281
                                          Miller & Miller, LLP
                                          39 N. Court St.
                                          Westminster, MD 21157
                                          410-751-5444
                                          E-mail: mmllplawyers @verizon.net
                                          Attorneys for Debtor

                                    **END OF REPORT**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 7th day of April, 2021, a copy of the foregoing Report will be served electronically through the Court's CM/ECF system to all creditors and parties-in-interest registered for electronic service and to the Office of the U.S. Trustee and to the Subchapter V Trustee.

                                            /s/ Edward M. Miller
                                            Edward M. Miller