Auction Credit Enterprises, LLC

Monday, March 22, 2021
11:05:30 AM

Receivable Detail Report

| Dealer Name: | Robs Tower Motors Sales & Service of Taneytown LLC / 011-20-08-038 / Lancaster | | **LOCKED - COLLECTIONS** | T1: (___) ___-____ | Attn: Robert J Freels Jr. / 529 East Baltimore Street, Taneytown, MD - 21787 |
|---|---|---|---|---|---|

Last Lot Audit Date:  03/15/2021

| | | Vehicle Information | | | | | | | Dates | | | # Days | | | Amounts Due | | | | | | | Title | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auction Prefix | Deal Nbr | Vehicle 6 VIN | Year | Make | Model | Color | Orig Pri Amount | Curtail/ Extns Used | Curtail Amount | Sale Date | Due Date | PTP / CWOT / Sold | o/s from Sale Date | o/s | Int | Principal | Reserve | Admin Fee | Interest | NSF Check | Dealer Charges | Total | TA | TP | TC | TR |
| | A6800.5 | Lot Audit | | | | | | | | 02/15/2021 | 02/15/2021 | | 35 | 35 | 35 | $0 | $0 | $0 | $0 | $0 | $80 | $80 | | | | |
| | | Title Shipment | | | | | | | | 02/23/2021 | 02/23/2021 | | 27 | 27 | 27 | $0 | $0 | $0 | $0 | $0 | $15 | $15 | | | | |
| DC - Tracking:772972564496 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Title Shipment | | | | | | | | 02/25/2021 | 02/25/2021 | | 25 | 25 | 25 | $0 | $0 | $0 | $0 | $0 | $15 | $15 | | | | |
| DC - Tracking-773005501062 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A6800.6 | Lot Audit | | | | | | | | 03/15/2021 | 03/16/2021 | | 7 | 7 | 7 | $0 | $0 | $0 | $0 | $0 | $80 | $80 | | | | |
| BELAA | 6800.13 | 447201 | 2014 | Jeep | Grand Cherokee | Gold | $13,875 | | $1,067 | 01/28/2021 | 03/29/2021 | | 53 | 53 | 53 | $13,875 | $75 | $98 | $200 | | | $14,248 | Y | Y | Y | N |
| BELAA | 6800.11 | 545077 | 2016 | Jeep | Patriot | Black | $13,065 | | $1,215 | 01/28/2021 | 03/29/2021 | S: 02/12/2021 | 53 | 53 | 53 | $13,065 | $75 | $298 | $188 | | | $13,626 | Y | Y | Y | N |
| BELAA | 6800.12 | A25577 | 2011 | Ford | Explorer | Black | $11,950 | | $1,149 | 01/28/2021 | 03/29/2021 | S: 02/13/2021 | 53 | 53 | 53 | $11,950 | $75 | $304 | $172 | | | $12,501 | Y | Y | Y | N |
| BELAA | 6800.14 | 190466 | 2014 | Jeep | Cherokee | Black | $11,145 | | $887 | 01/28/2021 | 03/29/2021 | | 53 | 53 | 53 | $11,145 | $75 | $94 | $160 | | | $11,474 | Y | Y | Y | N |
| **Total of 4 Vehicles NOT Paid By Dealer** | | | | | | | **$50,035** | | **$4,318** | | | | | | | **$50,035** | **$300** | **$794** | **$720** | **$0** | **$190** | **$52,039** | | | | |

**CREDIT LIMIT:** $100,000  **RECEIVABLE BALANCE:** $52,039

**PAYMENTS IN PROCESS:** $15,915  **AVAILABLE LIMIT:** $0

**AVERAGE DAYS OS:** 53



EXHIBIT B

**Auction Credit Enterprises, LLC**                                                                                      Monday, March 22, 2021
                                                                                                                              11:05:30 AM
Receivable Detail Report

| Vehicle Information | | | | | | Orig Pri Amount | Curtail/ Extns Used | Curtail Amount | Dates | | PTP / CWOT / Sold | # Days | | | Amounts Due | | | | | | | Title | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auction Prefix | Deal Nbr | Vehicle 6 VIN | Year | Make | Model | Color | | | | Sale Date | Due Date | | o/s from Sale Date | o/s | Int | Principal | Reserve | Admin Fee | Interest | NSF Check | Dealer Charges | Total | TA | TP | TC | TR |
| | | **Report Total:** | | | (There is a total of 4 Vehicles NOT Paid By Dealers) | | | | | | | | | | | $50,035 | $300 | $794 | $720 | $0 | $190 | $52,039 | | | | |