# EXHIBIT D

## NOTICE OF PURCHASE MONEY SECURITY INTEREST

VEHICLE ACCEPTANCE CORPORATION
901 Main St., Suite 3450
Dallas , TX 75202

This is to notify you under the provisions of the Uniform Commercial Code that the undersigned holds and acquired, or expects to hold or acquire purchase money security interest in inventory collateral including proceeds thereof, which inventory collateral will from time to time hereafter be delivered to Debtor's address(es) listed below.

This purchase money security interest was created by and is pursuant to a security agreement entered into between:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

and their Debtor,

ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN LLC

59 East Baltimore Street

Taneytown, MD 21787

This Security Interest is to be binding upon the above-named debtor and any and all of their DBAs at any and all present and future addresses.

The inventory collateral consists, or will consist of the following items or types of inventory described in a financing statement.
Said types of items are as follows:

SEE ATTACHED EXTENSION SHEET FOR
APPROPRIATE STATEMENT OF COLLATERAL

By:
AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

10/2/2020                                           USPSCERT: 70192280000075245912

Order No. 76544444                                  Page 9 of 16

## STATEMENT OF COLLATERAL FOR PURCHASE MONEY SECURITY INTEREST

SECURED PARTY:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

DEBTOR:

ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN

59 East Baltimore Street

Taneytown, MD 21787

## STATEMENT OF COLLATERAL

Collateral Description: All assets and properties of the Debtor, wherever located, whether now owned or hereafter acquired, together with all products and proceeds thereof, including, without limitation all equipment of any kind or nature, all inventory, all motor vehicles, vehicle parts, and purchase money inventory financed or floorplanned by Secured Party for Debtor, of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtor's documents, books and records relating to the forgoing.

## NOTICE OF PURCHASE MONEY SECURITY INTEREST

WESTLAKE FLOORING COMPANY, LLC
4751 Wilshire Blvd
Los Angeles , CA 90010

This is to notify you under the provisions of the Uniform Commercial Code that the undersigned holds and acquired, or expects to hold or acquire purchase money security interest in inventory collateral including proceeds thereof, which inventory collateral will from time to time hereafter be delivered to Debtor's address(es) listed below.

This purchase money security interest was created by and is pursuant to a security agreement entered into between:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

and their Debtor,

ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN LLC

59 East Baltimore Street

Taneytown, MD 21787

This Security Interest is to be binding upon the above-named debtor and any and all of their DBAs at any and all present and future addresses.

The inventory collateral consists, or will consist of the following items or types of inventory described in a financing statement.
Said types of items are as follows:

SEE ATTACHED EXTENSION SHEET FOR
APPROPRIATE STATEMENT OF COLLATERAL

By:
AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

10/2/2020                                                          USPSCERT: 70192280000075245882

Order No.  76544444                                               Page 15of  16

## STATEMENT OF COLLATERAL FOR PURCHASE MONEY SECURITY INTEREST

SECURED PARTY:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

DEBTOR:

ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN

59 East Baltimore Street

Taneytown, MD 21787

## STATEMENT OF COLLATERAL

Collateral Description: All assets and properties of the Debtor, wherever located, whether now owned or hereafter acquired, together with all products and proceeds thereof, including, without limitation all equipment of any kind or nature, all inventory, all motor vehicles, vehicle parts, and purchase money inventory financed or floorplanned by Secured Party for Debtor, of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtor's documents, books and records relating to the forgoing.

## NOTICE OF PURCHASE MONEY SECURITY INTEREST

U.S. SMALL BUSINESS ADMINISTRATION
2 North Street, Suite 320
Birmingham , AL 35203

This is to notify you under the provisions of the Uniform Commercial Code that the undersigned holds and acquired, or expects to hold or acquire purchase money security interest in inventory collateral including proceeds thereof, which inventory collateral will from time to time hereafter be delivered to Debtor's address(es) listed below.

This purchase money security interest was created by and is pursuant to a security agreement entered into between:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

and their Debtor,

ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN LLC

59 East Baltimore Street

Taneytown, MD 21787

This Security Interest is to be binding upon the above-named debtor and any and all of their DBAs at any and all present and future addresses.

The inventory collateral consists, or will consist of the following items or types of inventory described in a financing statement.
Said types of items are as follows:

SEE ATTACHED EXTENSION SHEET FOR
APPROPRIATE STATEMENT OF COLLATERAL

By:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254

10/2/2020                                      USPSCERT: 70192280000075245899

Order No.  76544444                                      Page 13of  16

## STATEMENT OF COLLATERAL FOR PURCHASE MONEY SECURITY INTEREST

SECURED PARTY:

AUCTION CREDIT ENTERPRISES LLC

14951 DALLAS PARKWAY
SUITE 200
DALLAS, TX 75254
DEBTOR:

ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN

59 East Baltimore Street

Taneytown, MD 21787

## STATEMENT OF COLLATERAL

Collateral Description: All assets and properties of the Debtor, wherever located, whether now owned or hereafter acquired, together with all products and proceeds thereof, including, without limitation all equipment of any kind or nature, all inventory, all motor vehicles, vehicle parts, and purchase money inventory financed or floorplanned by Secured Party for Debtor, of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtor's documents, books and records relating to the forgoing.

Order No.  76544444                                                          Page 14 of  16