


# MARYLAND CERTIFICATE OF TITLE
### DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.

515359



**EXHIBIT E**

N745009

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1C4NJRFB3GD545077 | 16 | JEEP | TK | M | 18 | A | 47650678 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | -3700 | 00N/A | $50.50 | N/A | 12/26/18 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.    CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**

BRADLEY ALLEN TRATTNER
1215 BERANS RD
OWINGS MILLS MD 21117

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage



DUPLICATE OR CORRECTED
COPY *01*

CONTROL NO.
(This is not a Title No.)

N745009

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

**NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER**

CHRYSLER CAPITAL
P O BOX 961272
FT WORTH TX 76161

LIEN RELEASE

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

*Christine Nizer*
ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)

N745009

VR-002 (11-17)

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): **Hi Lo Auto Sales**
Address of Buyer(s): **10026 York Road, Cockeysville, MD 21030**

STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage.

ODOMETER READING: **33118** (no tenths)
WARNING - ODOMETER DISCREPANCY
SELLING PRICE: Resale
DATE OF SALE: _____

SIGNATURE OF SELLER(S): [signature]
PRINTED NAME OF SELLER(S): Whaley Trotter (?)
SIGNATURE OF BUYER(S): [signature]
PRINTED NAME OF BUYER(S): Mark A. DiSimone
SIGNATURE OF CO-SELLER(S): _____
PRINTED NAME OF CO-SELLER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

## APPLICATION FOR TITLE AND REGISTRATION

Name(s) of Buyer(s): _____
Address of Buyer(s): _____
STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

Give Maryland Driver's License Number and Date of Birth. If you do not have a Driver's License, give Date of Birth.

BUYER'S DRIVER'S LICENSE NO. — DATE OF BIRTH — CO-BUYER'S DRIVER'S LICENSE NO. — FEIN# — DATE OF BIRTH

IF NOT SUBJECT TO A LIEN, INDICATE "NONE" — AMOUNT OF LIEN — DATE OF LIEN — KIND OF LIEN (DESCRIBE)

NAME OF SECURED PARTY — ADDRESS OF SECURED PARTY

I/we hereby make application for (Check applicable block):
☐ New Title and Tags
☐ New Title and Transfer of Tags
☐ New Title Only No Tags

IF MOTORCYCLE, LIST ENGINE NUMBER — IF TRUCK/TRACTOR/TRAILER LIST WEIGHT G.V.W. / G.C.W.

If you are transferring tags from a vehicle that you sold, to this vehicle, give the following (if applicable):
CLASS OF VEHICLE — TAG NUMBER — VALIDATION STICKER NUMBER
NAME OF PERSON TO WHOM YOU SOLD THE OLD VEHICLE — ADDRESS

### CERTIFICATION OF INSURANCE
NAME OF INSURANCE COMPANY (COPY FROM YOUR POLICY)
POLICY OR BINDER NUMBER — NAME OF AGENT

IS THIS VEHICLE TO BE TITLED AS JOINT TENANTS OR TENANTS BY ENTIRETIES?
☐ JOINT TENANTS   ☐ TENANTS BY ENTIRETIES

NOTARY NOT REQUIRED
I/we certify, under penalty of perjury that the statements made herein are true and correct to the best of my/our knowledge, information and belief and hereby state that the manufacturer's identification number shown on the face hereof agrees with the number plate on the vehicle.
Witness My/Our Hand(s) And Seal

This _____ Day of _____ 20 _____

I AM AWARE OF ODOMETER CERTIFICATION MADE BY SELLER
SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

CO-SIGNATURE OF PARENT, GUARDIAN OR RESPONSIBLE ADULT REQUIRED WHEN APPLICANT IS UNDER 18 YEARS OF AGE. MUST BE SIGNED BY OWNER(S), OFFICER(S) OF CORPORATION OR PARTNER IN PARTNERSHIP

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): _____
Address of Buyer(s): _____
STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.

ODOMETER READING _____ (no tenths)
WARNING - ODOMETER DISCREPANCY
DATE OF DELIVERY _____
CERTIFIED SELLING PRICE _____
TRADE IN ALLOWANCE _____
TAXABLE PRICE _____
GROSS TAX COLLECTED _____

SIGNATURE OF AUTHORIZED AGENT _____ DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT _____
PRINTED NAME OF DEALERSHIP _____
VIN OF TRADE-IN _____ STATE _____
COLL FEE 5% OF GROSS OR $12 MAX. FEE ALLOW.
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" — AMOUNT OF LIEN — DATE OF LIEN — NET TAX REMITTED
NAME OF SECURED PARTY — ADDRESS OF SECURED PARTY

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): _____
Address of Buyer(s): _____
STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.

ODOMETER READING _____ (no tenths)
WARNING - ODOMETER DISCREPANCY
DATE OF DELIVERY _____
CERTIFIED SELLING PRICE _____
TRADE IN ALLOWANCE _____
TAXABLE PRICE _____
GROSS TAX COLLECTED _____

SIGNATURE OF AUTHORIZED AGENT _____ DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT _____
PRINTED NAME OF DEALERSHIP _____
VIN OF TRADE-IN _____ STATE _____
COLL FEE 5% OF GROSS OR $12 MAX. FEE ALLOW.
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" — AMOUNT OF LIEN — DATE OF LIEN — NET TAX REMITTED
NAME OF SECURED PARTY — ADDRESS OF SECURED PARTY

**ANY ALTERATION OR ERASURE VOIDS THIS TITLE.**

IMPORTANT NOTICE: This certificate is transferable only when recorded and filed with the Motor Vehicle Administration and is valid only while the vehicle described on the face is owned by the individual, firm or corporation named thereon. TITLE AND SECURITY INTEREST FILING FEES ARE REQUIRED. Maryland excise tax is assessed on the greater of the total purchase price if verified by the Administration's notarized Bill of Sale (VR-181) signed by buyer(s) and seller(s) or minimum allowed by law. When Bill of Sale (VR-181) does not accompany the title, tax is based on the valuation shown in a national publication of used car values used by this Administration. If the vehicle is over seven (7) model years of age the tax is based on the greater of purchase price or minimum allowed by law. No Maryland Certificate of Title will be issued until all security interest or liens filed with the Motor Vehicle Administration have been officially released on the face. However, this vehicle may be subject to liens or encumbrances not filed with the Motor Vehicle Administration. If this is a Duplicate Title it may be subject to the rights of a person under the Original Certificate. MARYLAND MOTOR VEHICLE ADMINISTRATION - 6601 RITCHIE HIGHWAY, N.E. - GLEN BURNIE, MARYLAND 21062.

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

| THIS DOCUMENT IS VOID IF ANY INFORMATION ENTERED HEREON HAS BEEN ERASED OR ALTERED BY ANY MEANS. UNAUTHORIZED PRINTING OR REPRODUCTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. | DEALER'S BILL OF SALE AND/OR RE-ASSIGNMENT FOR NEW AND USED VEHICLES | THIS FORM IS TO BE USED BY LICENSED DEALER FOR THE PURPOSE OF RE-ASSIGNMENT OF A VEHICLE. THE PROPERLY ASSIGNED OWNERSHIP DOCUMENTS MUST ACCOMPANY THIS FORM. |

CONTROL NO. 12769579

SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS
DESCRIPTION OF VEHICLE (Certificate of ownership, properly assigned, must accompany this form)

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | MODEL | ATTACHED TITLE NO. | STATE |
|---|---|---|---|---|---|---|
| 1C4NJRFB3GD545077 | 16 | Jeep | TK | | 47650678 | MD |

**ASSIGNMENT**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s): Boyle Buick GMC
Address of Buyer(s): 315 Emmorton Rd.  Abingdon  HA  MD  21009
 (STREET ADDRESS) (CITY OR TOWN) (COUNTY) (STATE) (ZIP CODE)

SIGNATURE OF BUYER(S): Laurie Higgins T/C
PRINTED NAME OF BUYER(S): Laurie Higgins T/C
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 55100 (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

SIGNATURE OF AUTHORIZED AGENT: Mark A. O'Simone   DEALER'S NO. U5470
PRINTED NAME OF AUTHORIZED AGENT: Mark A. O'Simone
PRINTED NAME OF DEALERSHIP: Hi Lo Auto Sales
NAME OF SECURED PARTY: _____
ADDRESS OF SECURED PARTY: _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

CERTIFIED SELLING PRICE: resale
TRADE IN ALLOWANCE:
TAXABLE PRICE:
GROSS TAX COLLECTED:
0.6% FEE COLLECTED   NET TAX REMITTED

☐ Sold for dismantling or rebuilding. VIN of Trade-in _____ State _____

**ASSIGNMENT**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale 1-28-21

Name(s) of Buyer(s): Rolls Tower Motor Sales
Address of Buyer(s): 529 E. Baltimore St.  Taneytown MD 21787
 (STREET ADDRESS) (CITY OR TOWN) (COUNTY) (STATE) (ZIP CODE)

SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 55100 (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

SIGNATURE OF AUTHORIZED AGENT: Laurie Higgins T/C   DEALER'S NO. 110625
PRINTED NAME OF AUTHORIZED AGENT: Laurie Higgins T/C
PRINTED NAME OF DEALERSHIP: Boyle Buick GMC
NAME OF SECURED PARTY: _____
ADDRESS OF SECURED PARTY: _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

CERTIFIED SELLING PRICE: Resale
TRADE IN ALLOWANCE:
TAXABLE PRICE:
GROSS TAX COLLECTED:
0.6% FEE COLLECTED   NET TAX REMITTED

☐ Sold for dismantling or rebuilding. VIN of Trade-in _____ State _____

**ASSIGNMENT**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s): _____
Address of Buyer(s): _____
 (STREET ADDRESS) (CITY OR TOWN) (COUNTY) (STATE) (ZIP CODE)

SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: _____ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

SIGNATURE OF AUTHORIZED AGENT: _____   DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT: _____
PRINTED NAME OF DEALERSHIP: _____
NAME OF SECURED PARTY: _____
ADDRESS OF SECURED PARTY: _____   AMOUNT OF LIEN _____   DATE OF LIEN _____

CERTIFIED SELLING PRICE:
TRADE IN ALLOWANCE:
TAXABLE PRICE:
GROSS TAX COLLECTED:
0.6% FEE COLLECTED   NET TAX REMITTED

☐ Sold for dismantling or rebuilding. VIN of Trade-in _____ State _____

STATE OF MARYLAND FORM VR-182 (07/11)

2-79



# MARYLAND NOTICE OF SECURITY INTEREST FILING
DO NOT ACCEPT THIS DOCUMENT SHOWING ANY ERASURES, ALTERATIONS OR VOIDS

## THIS IS NOT A TITLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY-STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1C4NJRFB3GD545077 | 16 | JEEP | TK | M | 18 | A | 47650678 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | -3700 | 00N/A | $50.50 | N/A | 01/16/16 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.       CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

BRADLEY ALLEN TRATTNER
1215 BERANS RD
OWINGS MILLS  MD 21117-1641

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

CAL LEV

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME OF THE SECURED PARTY BELOW ON THE VEHICLE DESCRIBED.

**TERMINATION STATEMENT**
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED ABOVE.

SIGNATURE OF SECURED PARTY     OFFICIAL CAPACITY: AGENT     DATE OF RELEASE: APR 08 2016

NAME AND ADDRESS OF SECURED PARTIES

CHRYSLER CAPITAL
P O BOX 961272
FT WORTH  TX 76161

OFFICIALLY ISSUED ON THE DATE SET FORTH

ADMINISTRATOR OF MOTOR VEHICLES

VR-002 (10/12)

MARYLAND NOTICE OF SECURITY INTEREST FILING
THIS DOCUMENT CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

ODOMETER COPY
BEL AIR AUTO AUCTION INC (EIN 99-9999999)
P.O. BOX 200
BELCAMP, MD  21017

(410) 879-7950 FAX(410) 692-1515

| | | | | | KEY | SALE DATE | ENTRY NO. |
|---|---|---|---|---|---|---|---|
| BID# | 210 | 2021-012-020079 GENEMILLER | | | md-47620678 | 10:48:24 1/28/2021 | 02-0079 |
| VIN | 1C4NJRFB3GD545077 | | | | TITLE NO. / STATE 1/27/2021 | INVOICE NO. 1013692 | CTA |

| YEAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS | SI | RD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | JEEP | PATRIOT 4X4 4C HIGH ALTIT 4X4 | SUV | BLACK | 4G | | | | | | | | | | | | | X | | | | |

Payment Due In Full on Day of Sale - Late Fees Assessed Thereafter.

ANN COND:                                          NOTES:         GATEPASS  11916682

MISC: GREEN GUARANTEE

IF  CLERK  SOLD BY
    me    ELX

I, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREED TO PAY THE INDICATED SALE PRICE AND FEE FOR THE VEHICLE DESCRIBED IN THE ATTACHED VOUCHER UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUTO AUCTION AND AGENCY DISCLOSURE AGREEMENT.

LICENSE NO.    TAB

SELLER:
5051306 4592100
BOYLE BUICK GMC TRUCK INC
3015 EMMORTON ROAD
ABINGDON, MD  21009
NW10002177

DEALER PLEASE CHECK ONE
☐ CLEAN (1)   ☐ ROUGH (2)   ☐ AVERAGE (3)

NOTICE:
• No retail sales.
• All vehicles sold to dealers for resale only without warranty.
• Auction assumes no responsibility nor guarantees the accuracy of the odometer reading.
• Auction accepts no responsibility for theft, liability or property damage.

PURCHASER:
***(***
5438482    3    210
ROBS TOWER MOTORS SALES & SERVICE OF TANEYTOWN
329 EAST BALTIMORE ST
TANEYTOWN, MD  21787
(410) 756-6933
ROBERT J FREELS

X
PRINTED PURCHASER'S NAME (BUYER)
X
PURCHASER'S SIGNATURE (BUYER)
RECEIPT OF ODOMETER STATEMENT ACKNOWLEDGED
PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
-WARNING - ODOMETER DISCREPANCY

I, BOYLE BUICK GMC TRUCK INC
STATE THAT THE ODOMETER NOW READS _____ MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED ABOVE, UNLESS ONE OF THE ABOVE STATEMENTS IS CHECKED.

X
TRANSFEROR'S SIGNATURE (SELLER)
X
PRINTED NAME OF (SIGNOR)

***CASH***

**DOCUMENT NOT VALID FOR EXPORT**

**BSCAmerica**

**NOT A RECEIPT OF PAYMENT**

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERSE SIDE.



# MARYLAND CERTIFICATE OF TITLE
## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS, OR VOIDS

515-557

G762803

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1FMHK8P84BGA25577 | 11 | FORD | TK | M | 27884 | A | 45939861 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | 3700 | 00N/A | $76.50 | 07/23/14 | 08/04/14 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.        CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

ODOMETER CODES
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

DANIEL THOMAS SHIVELY
907 N CALVERT ST
BALTIMORE MD 21202-3701

CAL LEV



CONTROL NO.
(This is not a Title No.)
G762803

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

FORD MOTOR CREDIT COMPANY
P O BOX 105704
ATLANTA GA 30348

LIEN RELEASE

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)
G762803

VR-002 (10/12)

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) __Hi Lo Auto Sales__

Address of Buyer(s) __10026 York Road__
STREET ADDRESS __Cockeysville, MD 21030__ CITY OR TOWN COUNTY STATE ZIP CODE

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING __82478__ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

SELLING PRICE __R/S__
DATE OF SALE _____

SIGNATURE OF SELLER(S) _[signature]_
PRINTED NAME OF SELLER(S) _Ben Shivers_
SIGNATURE OF BUYER(S) _[signature]_
PRINTED NAME OF BUYER(S) _Mark N Davis_

SIGNATURE OF CO-SELLER(S) _____
PRINTED NAME OF CO-SELLER(S) _____
SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF CO-BUYER(S) _____

## APPLICATION FOR TITLE AND REGISTRATION

Name(s) of Buyer(s) _____

Address of Buyer(s) _____
STREET ADDRESS / CITY OR TOWN / COUNTY / STATE / ZIP CODE

Give Maryland Driver's License Number and Date of Birth. If you do not have a Driver's License, give Date of Birth.

BUYER'S DRIVER'S LICENSE NO. / DATE OF BIRTH / CO-BUYER'S DRIVER'S LICENSE NO. / FEIN# / DATE OF BIRTH

IF NOT SUBJECT TO A LIEN, INDICATE "NONE" / AMOUNT OF LIEN / DATE OF LIEN / KIND OF LIEN (DESCRIBE)

NAME OF SECURED PARTY / ADDRESS OF SECURED PARTY

I/we hereby make application for (Check applicable block):
☐ New Title and Tags
☐ New Title and Transfer of Tags
☐ New Title Only No Tags

IF MOTORCYCLE, LIST ENGINE NUMBER / IF TRUCK/TRACTOR/TRAILER LIST WEIGHT G.V.W / G.C.W

If you are transferring tags from a vehicle that you sold, to this vehicle, give the following (if applicable):

CLASS OF VEHICLE / TAG NUMBER / VALIDATION STICKER NUMBER

NAME OF PERSON TO WHOM YOU SOLD THE OLD VEHICLE / ADDRESS

CERTIFICATION OF INSURANCE
NAME OF INSURANCE COMPANY (COPY FROM YOUR POLICY)
POLICY OR BINDER NUMBER / NAME OF AGENT

IS THIS VEHICLE TO BE TITLED AS JOINT TENANTS OR TENANTS BY ENTIRETIES?
☐ JOINT TENANTS ☐ TENANTS BY ENTIRETIES

NOTARY NOT REQUIRED
I/we certify, under penalty of perjury that the statements made herein are true and correct to the best of my/our knowledge, information and belief and hereby state that the manufacturer's identification number shown on the face hereof agrees with the number plate on the vehicle.
Witness My/Our Hand(s) And Seal
This _____ Day of _____ 20___

"I AM AWARE OF ODOMETER CERTIFICATION MADE BY SELLER"
SIGNATURE OF BUYER(S) _____
PRINTED NAME OF BUYER(S) _____
SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF CO-BUYER(S) _____

CO SIGNATURE OF PARENT, GUARDIAN OR RESPONSIBLE ADULT REQUIRED WHEN APPLICANT IS UNDER 18 YEARS OF AGE. MUST BE SIGNED BY OWNER(S), OFFICER(S) OF CORPORATION, OR PARTNER IN PARTNERSHIP.

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) _____
Address of Buyer(s) _____
STREET ADDRESS / CITY OR TOWN / COUNTY / STATE / ZIP CODE

SIGNATURE OF BUYER(S) _____ SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF BUYER(S) _____ PRINTED NAME OF CO-BUYER(S) _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.

ODOMETER READING _____ (no tenths)
WARNING - ODOMETER DISCREPANCY
DATE OF DELIVERY _____
SIGNATURE OF AUTHORIZED AGENT _____ DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT _____
PRINTED NAME OF DEALERSHIP _____
VIN OF TRADE-IN _____

CERTIFIED SELLING PRICE _____
TRADE IN ALLOWANCE _____
TAXABLE PRICE _____
GROSS TAX COLLECTED _____

STATE _____
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" / AMOUNT OF LIEN / DATE OF LIEN
NAME OF SECURED PARTY / ADDRESS OF SECURED PARTY

COLL. FEE 0.6% OF GROSS OR $12 MAX. FEE ALLOW.
NET TAX REMITTED _____

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) _____
Address of Buyer(s) _____
STREET ADDRESS / CITY OR TOWN / COUNTY / STATE / ZIP CODE

SIGNATURE OF BUYER(S) _____ SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF BUYER(S) _____ PRINTED NAME OF CO-BUYER(S) _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.

ODOMETER READING _____ (no tenths)
WARNING - ODOMETER DISCREPANCY
DATE OF DELIVERY _____
SIGNATURE OF AUTHORIZED AGENT _____ DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT _____
PRINTED NAME OF DEALERSHIP _____
VIN OF TRADE-IN _____

CERTIFIED SELLING PRICE _____
TRADE IN ALLOWANCE _____
TAXABLE PRICE _____
GROSS TAX COLLECTED _____

STATE _____
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" / AMOUNT OF LIEN / DATE OF LIEN
NAME OF SECURED PARTY / ADDRESS OF SECURED PARTY

COLL. FEE 0.6% OF GROSS OR $12 MAX. FEE ALLOW.
NET TAX REMITTED _____

**ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

IMPORTANT NOTICE: This certificate is transferable only when recorded and filed with the Motor Vehicle Administration and is valid only while the vehicle described on the face is owned by the individual, firm or corporation named thereon. TITLE AND SECURITY INTEREST FILING FEES ARE REQUIRED. Maryland excise tax is assessed on the greater of the total purchase price if verified by the Administration's notarized Bill of Sale (VR-181) signed by buyer(s) and seller(s) or minimum allowed by law. When Bill of Sale (VR-181) does not accompany the title, tax is based on the valuation shown in a national publication of used car value used by this Administration. If the vehicle is over seven (7) model years of age the tax is based on the greater of purchase price or minimum allowed by law. No Maryland Certificate of Title will be issued until all security interest or liens filed with the Motor Vehicle Administration have been officially released on the face. However, this vehicle may be subject to liens or encumbrances not filed with the Motor Vehicle Administration. If this is a Duplicate Title it may be subject to the rights of a person under the Original Certificate. MARYLAND MOTOR VEHICLE ADMINISTRATION - 6601 RITCHIE HIGHWAY, N.E. GLEN BURNIE, MARYLAND 21062.

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

| THIS DOCUMENT IS VOID IF ANY INFORMATION ENTERED HEREON HAS BEEN ERASED OR ALTERED BY ANY MEANS. UNAUTHORIZED PRINTING OR REPRODUCTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. | DEALER'S BILL OF SALE AND/OR RE-ASSIGNMENT FOR NEW AND USED VEHICLES | THIS FORM IS TO BE USED BY LICENSED DEALER FOR THE PURPOSE OF RE-ASSIGNMENT OF A VEHICLE. THE PROPERLY ASSIGNED OWNERSHIP DOCUMENTS MUST ACCOMPANY THIS FORM. |

CONTROL NO. 12769574

SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS
DESCRIPTION OF VEHICLE (Certificate of ownership, properly assigned, must accompany this form)

**ASSIGNMENT 1**

- VEHICLE IDENTIFICATION NO.: 1FMHK8F84BGA25577
- YEAR: 11
- MAKE: Ford
- BODY STYLE: TK
- MODEL: 
- ATTACHED TITLE NO.: 45939861
- STATE: MD

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.
Date Of Sale: 1-14-21
- Name(s) of Buyer(s): Boyle Buick GMC
- Address of Buyer(s): 3015 Emmorton Rd., Abingdon, HA, MD, 21009
- SIGNATURE OF BUYER(S): Laurie Higgins T/C
- PRINTED NAME OF BUYER(S): Laurie Higgins T/C
- ODOMETER READING: 82418 (no tenths)
- SIGNATURE OF AUTHORIZED AGENT: Mal A.D.
- DEALER'S NO.: U5470
- PRINTED NAME OF AUTHORIZED AGENT: Mark A. DiSimone
- PRINTED NAME OF DEALERSHIP: Hi Lo Auto Sales
- CERTIFIED SELLING PRICE: resale

**ASSIGNMENT 2**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.
Date Of Sale: 1-28-21
- Name(s) of Buyer(s): Rosu Tower Motors Sales + Service of Taneytown
- Address of Buyer(s): 529 E. Baltimore St., Taneytown, MD, 21787
- ODOMETER READING: 82429 (no tenths)
- SIGNATURE OF AUTHORIZED AGENT: Laurie Higgins T/C
- DEALER'S NO.: N0635
- PRINTED NAME OF AUTHORIZED AGENT: Laurie Higgins T/C
- PRINTED NAME OF DEALERSHIP: Boyle Buick GMC
- CERTIFIED SELLING PRICE: Resale

**ASSIGNMENT 3** (blank)

STATE OF MARYLAND FORM VR-182 (07/11)
2-86



1654082023 FORD - JT

4806300000000000000 5060 1588

## THIS IS NOT A TITLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1FMHKBF848GA25577 | 11 | FORD | TK | M | 27884 | A | 45939861 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | 43700 | 00N/A | $76.50 | 07/23/14 | 08/04/14 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.     CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

DANIEL THOMAS SHIVELY
907 N CALVERT ST
BALTIMORE    MD 21202-3701

ODOMETER CODES
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

CAL LEV

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME OF THE SECURED PARTY BELOW ON THE VEHICLE DESCRIBED.

TERMINATION STATEMENT
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED ABOVE.

_[signature]_     Ford Motor Credit Co     JUL 06 2016
SIGNATURE OF SECURED PARTY     OFFICIAL CAPACITY     DATE OF RELEASE

NAME AND ADDRESS OF SECURED PARTIES

FORD MOTOR CREDIT COMPANY
P O BOX 105704
ATLANTA   GA 30348

OFFICIALLY ISSUED ON THE DATE SET FORTH     _[signature]_ ADMINISTRATOR OF MOTOR VEHICLES

VR-002 (10/12)

ODOMETER COPY

BEL ROE AUTO AUCTION INC (EIN 99-9999999)
P.O. BOX 200
BELCAMP, MD   21017

(410) 879-7950 FAX(410) 893-1515

| VIN | TITLE NO./STATE | | INVOICE NO. | |
|---|---|---|---|---|
| 1FMHKSF04BGA25577 | 45939861 MD 1/27/2021 | | 1013405 | CTA |

BID# 210   2021-012-02008e   GENEMILLER   10:56:54 1/28/2021   02-008e

| YEAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS | SI | RD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | FORD | EXPLORER 4X4 V-SUV LIMITED 4X4 | | BLKCHRRY | 6G | | | | | | | | | | | | | X | | | | |

Payment Due In Full on Day of Sale - Late Fees Assessed Thereafter.

ANN COND:    NOTES:    GATEPASS  11916781

GREEN GUAR TEE

I, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREED TO PAY THE INDICATED SALE PRICE AND FEE FOR THE VEHICLE DESCRIBED IN THE ATTACHED VOUCHER UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUTO AUCTION AND AGENCY DISCLOSURE AGREEMENT.

***( ***
5433482  3   210
ROSS TOWER MOTORS SALES & SERVICE OF TANEYTOWN
529 EAST BALTIMORE ST
TANEYTOWN, MD  21787
(410) 756-6683
ROBERT J FREELS

X _____
PRINTED PURCHASER'S NAME (BUYER)

X _____
PURCHASER'S SIGNATURE (BUYER)

RECEIPT OF ODOMETER STATEMENT ACKNOWLEDGED
PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

**DOCUMENT NOT VALID FOR EXPORT**

BSC America
**NOT A RECEIPT OF PAYMENT**

SELLER:
9051806  1592336
BOYLE BUICK GMC TRUCK INC
3015 EMMORTON ROAD
ABINGDON, MD  21009
NW10002177

ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
-WARNING - ODOMETER DISCREPANCY

I, BOYLE BUICK GMC TRUCK INC
STATE THAT THE ODOMETER NOW READS
82429 MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED ABOVE, UNLESS ONE OF THE ABOVE STATEMENTS IS CHECKED.

X _____
TRANSFEROR'S SIGNATURE (SELLER)

X _____
PRINTED NAME OF (SIGNOR)

LICENSE NO.    TAB

DEALER PLEASE CHECK ONE
☐ CLEAN  ☐ ROUGH  ☐ AVERAGE
 (1)        (2)        (3)

NOTICE:
• No retail sales.
• All vehicles sold to dealers for resale only without warranty.
• Auction assumes no responsibility nor guarantees the accuracy of the odometer reading.
• Auction accepts no responsibility for theft, liability or property damage.

***CASH***

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES, NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERSE SIDE



# MARYLAND CERTIFICATE OF TITLE
## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.

1613994

K845589

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1C4RJFBG8EC447201 | 14 | JEEP | TK | M | 24307 | A | 48593703 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | +3700 | 00N/A | $76.50 | 07/22/16 | 10/25/16 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.    CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**

KAREN LOIS WESTERMAN
4309 JOSHUA CT
STREET   MD  21154-1037

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage





CAL LEV

CONTROL NO.
(This is not a Title No.)

K845589

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

LIEN RELEASE

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

*Christine Nizer*
ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)

K845589

VR 002 (10/12)

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): JONES JUNCTION, INC.
Address of Buyer(s): 1510 BEL AIR ROAD
STREET ADDRESS — BEL AIR, MD 21014 — CITY OR TOWN — COUNTY — STATE — ZIP CODE

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 88817 (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

SELLING PRICE: Resale
DATE OF SALE: 1/25/2021

SIGNATURE OF SELLER(S): Karen Iris Westerman
PRINTED NAME OF SELLER(S):
SIGNATURE OF BUYER(S): [signature]
PRINTED NAME OF BUYER(S): Joann Roberts

SIGNATURE OF CO-SELLER(S):
PRINTED NAME OF CO-SELLER(S):
SIGNATURE OF CO-BUYER(S):
PRINTED NAME OF CO-BUYER(S):

## APPLICATION FOR TITLE AND REGISTRATION

Name(s) of Buyer(s):
Address of Buyer(s):
STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

Give Maryland Driver's License Number and Date of Birth. If you do not have a Driver's License, give Date of Birth.

| BUYER'S DRIVER'S LICENSE NO. | DATE OF BIRTH | CO-BUYER'S DRIVER'S LICENSE NO. | FEIN# | DATE OF BIRTH |

IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | KIND OF LIEN (DESCRIBE)

NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

I/We hereby make application for (Check applicable block):
☐ New Title
☐ New Title and Tags
☐ New Title Only No Tags
Transfer of Tags

IF MOTORCYCLE, LIST ENGINE NUMBER
IF TRUCK/TRACTOR/TRAILER LIST WEIGHT G.V.W / G.C.W

If you are transferring tags from a vehicle that you sold, to this vehicle, give the following (if applicable):
CLASS OF VEHICLE | TAG NUMBER | VALIDATION STICKER NUMBER

NAME OF PERSON TO WHOM YOU SOLD THE OLD VEHICLE | ADDRESS

CERTIFICATION OF INSURANCE:
NAME OF INSURANCE COMPANY (COPY FROM YOUR POLICY)
POLICY OR BINDER NUMBER | NAME OF AGENT

IS THIS VEHICLE TO BE TITLED AS JOINT TENANTS OR TENANTS BY ENTIRETIES?
☐ JOINT TENANTS    ☐ TENANTS BY ENTIRETIES

NOTARY NOT REQUIRED
I/we certify, under penalty of perjury that the statements made herein are true and correct to the best of my/our knowledge, information and belief and hereby state that the manufacturer's identification number shown on the face hereof agrees with the number plate on the vehicle.
Witness My/Our Hand(s) And Seal
This _____ Day of _____ 20____

"I AM AWARE OF ODOMETER CERTIFICATION MADE BY SELLER"
SIGNATURE OF BUYER(S):
PRINTED NAME OF BUYER(S):
SIGNATURE OF CO-BUYER(S):
PRINTED NAME OF CO-BUYER(S):

CO-SIGNATURE OF PARENT, GUARDIAN OR RESPONSIBLE ADULT REQUIRED WHEN APPLICANT IS UNDER 18 YEARS OF AGE. MUST BE SIGNED BY OWNER(S), OFFICER(S) OF CORPORATION, OR PARTNER IN PARTNERSHIP.

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): Records Mill Motors Sales & Service of Taneytown LLC
Address of Buyer(s): 5011 E. Baltimore St, Taneytown, MD 21787
STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

SIGNATURE OF BUYER(S):
PRINTED NAME OF BUYER(S):
SIGNATURE OF CO-BUYER(S):
PRINTED NAME OF CO-BUYER(S):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 88819 (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

DATE OF DELIVERY: 2/20/2021
CERTIFIED SELLING PRICE: Resale
TRADE IN ALLOWANCE:

SIGNATURE OF AUTHORIZED AGENT: [signature]
PRINTED NAME OF AUTHORIZED AGENT: Michelle Rubrock
DEALER'S NO.:
PRINTED NAME OF DEALERSHIP: JONES JUNCTION, INC. U5792

TAXABLE PRICE:
GROSS TAX COLLECTED:

VIN OF TRADE-IN | STATE | COLL. FEE 0.6% OF GROSS OR $12 MAX. FEE ALLOW.
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | NET TAX REMITTED
NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s):
Address of Buyer(s):
STREET ADDRESS — CITY OR TOWN — COUNTY — STATE — ZIP CODE

SIGNATURE OF BUYER(S):
PRINTED NAME OF BUYER(S):
SIGNATURE OF CO-BUYER(S):
PRINTED NAME OF CO-BUYER(S):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

DATE OF DELIVERY:
CERTIFIED SELLING PRICE:
TRADE IN ALLOWANCE:

SIGNATURE OF AUTHORIZED AGENT: DEALER'S NO.:
PRINTED NAME OF AUTHORIZED AGENT:
PRINTED NAME OF DEALERSHIP:

TAXABLE PRICE:
GROSS TAX COLLECTED:

VIN OF TRADE-IN | STATE | COLL. FEE 0.6% OF GROSS OR $12 MAX. FEE ALLOW.
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | NET TAX REMITTED
NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

**ANY ALTERATION OR ERASURE VOIDS THIS TITLE.**

IMPORTANT NOTICE: This certificate is transferable only when recorded and filed with the Motor Vehicle Administration and is valid only while the vehicle described on the face is owned by the individual, firm or corporation named thereon. TITLE AND SECURITY INTEREST FILING FEES ARE REQUIRED. Maryland excise tax is assessed on the total purchase price if verified by the Administration's notarized Bill of Sale (VR-181) signed by buyer(s) and seller(s) or minimum allowed by law. When Bill of Sale (VR-181) does not accompany the title, tax is based on the valuation shown in a national publication of used car values used by this Administration. If the vehicle is over seven (7) model years of age the tax is based on the greater of purchase price or minimum allowed by law. No Maryland Certificate of Title will be issued until all security interest or liens filed with the Motor Vehicle Administration have been officially released on the face. However, this vehicle may be subject to liens or encumbrances not filed with the Motor Vehicle Administration. If this is a Duplicate Title it may be subject to the rights of a person under the Original Certificate. MARYLAND MOTOR VEHICLE ADMINISTRATION - 6601 RITCHIE HIGHWAY, N.E. - GLEN BURNIE, MARYLAND 21062.

ODOMETER COPY
BEL AIR AUTO AUCTION INC (EIN 99-9999999)
P.O. BOX 200
BELCAMP, MD 21017

BID# 210   KEY 2021-012-060044 / JONSPIVEY
SALE DATE 10:04:28 1/28/2021
ENTRY NO. 06-0044

(410) 879-7950 FAX(410) 893-1515

VIN 1C4RJFBG8EC447201
TITLE NO./STATE 48593703 MD 1/27/2021
INVOICE NO. 1019930

CTA

| YEAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS | SI | RD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | JEEP | GR CHERO 4X4 V6 LIMITED 4X4 | SUV | GOLD | 6G | | | | | | | | | | | | | X | | | | |

Payment Due in Full on Day of Sale - Late Fees Assessed Thereafter.

ANN COND:
BWC   CLEAN AUTOCHECK CARFAX

NOTES:   GATEPASS 11913413

RED   :AS IS

IF   CLERK   SOLD BY
me   LIB

I, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREED TO PAY THE INDICATED SALE PRICE AND FEE FOR THE VEHICLE DESCRIBED IN THE ATTACHED VOUCHER UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUTO AUCTION AND AGENCY DISCLOSURE AGREEMENT.

LICENSE NO.   TAB

***C***
5433482   3   210
ROBS TOWER MOTORS SALES & SERVICE OF TANEYTOWN L
529 EAST BALTIMORE ST
TANEYTOWN, MD 21787
(410) 756-6633
ROBERT J FREELS

X
PRINTED PURCHASER'S NAME (BUYER)

X
PURCHASER'S SIGNATURE (BUYER)

RECEIPT OF ODOMETER STATEMENT ACKNOWLEDGED
PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 49 C.F.R. 580.5(f).

SELLER
5334792   1588226
JONES TOYOTA
1508 BELAIR ROAD
BEL AIR, MD 21014
X800004001834

DEALER PLEASE CHECK ONE
☐ CLEAN   ☐ ROUGH   ☐ AVERAGE
(1)   (2)   (3)

NOTICE
• No retail sales.
• All vehicles sold to dealers for resale only without warranty.
• Auction assumes no responsibility nor guarantees the accuracy of the odometer reading.
• Auction accepts no responsibility for theft, liability or property damage.

ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
-WARNING - ODOMETER DISCREPANCY

I, JONES TOYOTA _____ STATE THAT THE ODOMETER NOW READS
88815 MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED ABOVE, UNLESS ONE OF THE ABOVE STATEMENTS IS CHECKED.

X
TRANSFEROR'S SIGNATURE (SELLER)

X
PRINTED NAME OF (SIGNOR)

***CASH***

DOCUMENT NOT VALID FOR EXPORT

BSCAmerica
NOT A RECEIPT OF PAYMENT
THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERSE SIDE.




# MARYLAND CERTIFICATE OF TITLE
## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.

R511626

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1C4PJMDB2EW190466 | 2014 | JEEP | TK | M | 63412A | | 53818289 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | | | 0.00 | 03/26/18 | 01/19/21 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.   CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

LUIS GERARDO GUTIERREZ RAMOS
2001 BEL AIR RD
FALLSTON MD  21047-2721

DUPLICATE OR CORRECTED

CONTROL NO.
(This is not a Title No.)

R511626

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE; AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

ALLY FINANCIAL
PO BOX 8140
COCKEYSVILLE, MD 21030-8140

LIEN RELEASE

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)

R511626

VR-032 (06/19)

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) ~~JONES JUNCTION, INC~~

Address of Buyer(s) ~~1510 BEL AIR ROAD~~
~~BEL AIR, MD 21014~~
STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 91586 (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

SELLING PRICE: Resale
DATE OF SALE: 1/26/2021

SIGNATURE OF SELLER(S): _____
PRINTED NAME OF SELLER(S): _____
SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____

SIGNATURE OF CO-SELLER(S): _____
PRINTED NAME OF CO-SELLER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

## APPLICATION FOR TITLE AND REGISTRATION

Name(s) of Buyer(s): _____
Address of Buyer(s): _____
STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

Give Maryland Driver's License Number and Date of Birth. If you do not have a Driver's License, give Date of Birth.
BUYER'S DRIVER'S LICENSE NO. | DATE OF BIRTH | CO-BUYER'S DRIVER'S LICENSE NO. | FEIN# | DATE OF BIRTH

IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | KIND OF LIEN (DESCRIBE)

NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

I/we hereby make application for: ☐ New Tags ☐ Transfer of Tags ☐ 30-Day Inspection Tags ☐ New Title Only
MOTORCYCLE, ENGINE NUMBER | IF TRUCK/TRACTOR/TRAILER, LIST WEIGHT G.V.W. / G.C.W.

If you are transferring tags from a vehicle that you sold to this vehicle, give the following (if applicable)
CLASS OF VEHICLE | TAG NUMBER | VALIDATION STICKER NUMBER

CERTIFICATION OF INSURANCE:
NAME OF INSURANCE COMPANY (COPY FROM YOUR POLICY)
POLICY OR BINDER NUMBER | NAME OF AGENT

IS THIS VEHICLE TO BE TITLED AS JOINT TENANTS OR TENANTS BY ENTIRETIES?
☐ JOINT TENANTS ☐ TENANTS BY ENTIRETIES

"I AM AWARE OF ODOMETER CERTIFICATION MADE BY SELLER"
SIGNATURE OF BUYER(S): _____
PRINTED NAME OF BUYER(S): _____
SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF CO-BUYER(S): _____

NOTARY NOT REQUIRED
I/we certify, under penalty of perjury that the statements made herein are true and correct to the best of my/our knowledge, information and belief and hereby state that the manufacturer's identification number shown on the face hereof agrees with the number plate on the vehicle.
Witness My/Our Hand(s) And Seal

This _____ Day of _____ 20___

CO-SIGNATURE OF PARENT, GUARDIAN OR RESPONSIBLE ADULT REQUIRED WHEN APPLICANT IS UNDER 18 YEARS OF AGE.
MUST BE SIGNED BY OWNER(S), OFFICER(S) OF CORPORATION, OR PARTNER IN PARTNERSHIP

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): Rees Power Motors Sales & Service of Taneytown LLC
Address of Buyer(s): 525 E Baltimore St, Taneytown, MD 21787
STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

SIGNATURE OF BUYER(S): _____ | SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF BUYER(S): _____ | PRINTED NAME OF CO-BUYER(S): _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 91586 (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

DATE OF DELIVERY: 1/28/2021
CERTIFIED SELLING PRICE: Resale
TRADE IN ALLOWANCE: _____
TAXABLE PRICE: _____
GROSS TAX COLLECTED: _____

SIGNATURE OF AUTHORIZED AGENT: _____
PRINTED NAME OF AUTHORIZED AGENT: Michelle ___
DEALER'S NO.: _____
PRINTED NAME OF DEALERSHIP: JONES JUNCTION, INC. U5792

VIN OF TRADE-IN | STATE | COLL. FEE 0.6% OF GROSS OR $12 MAX. FEE ALLOW.
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | NET TAX REMITTED
NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s): _____
Address of Buyer(s): _____
STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

SIGNATURE OF BUYER(S): _____ | SIGNATURE OF CO-BUYER(S): _____
PRINTED NAME OF BUYER(S): _____ | PRINTED NAME OF CO-BUYER(S): _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: _____ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING - ODOMETER DISCREPANCY

DATE OF DELIVERY: _____
CERTIFIED SELLING PRICE: _____
TRADE IN ALLOWANCE: _____
TAXABLE PRICE: _____
GROSS TAX COLLECTED: _____

SIGNATURE OF AUTHORIZED AGENT: _____
DEALER'S NO.: _____
PRINTED NAME OF AUTHORIZED AGENT: _____
PRINTED NAME OF DEALERSHIP: _____

VIN OF TRADE-IN | STATE | COLL. FEE 0.6% OF GROSS OR $12 MAX. FEE ALLOW.
IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | NET TAX REMITTED
NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

IMPORTANT NOTICE: This certificate is transferable only when recorded and filed with the Motor Vehicle Administration and is valid only while the vehicle described on the face is owned by the individual, firm or corporation named thereon. TITLE AND SECURITY INTEREST FILING FEES ARE REQUIRED. Maryland excise tax is assessed on the greater of the total purchase price if verified by the Administration's notarized Bill of Sale (VR-181) signed by buyer(s) and seller(s) or minimum allowed by law. When Bill of Sale (VR-181) does not accompany the title, tax is based on the valuation shown in a national publication of used car value used by this Administration. If the vehicle is over seven (7) model years of age the tax is based on the greater of purchase price or minimum allowed by law. No Maryland Certificate of Title will be issued until all security interest or liens filed with the Motor Vehicle Administration have been officially released on the face. However, this vehicle may be subject to liens or encumbrances not filed with the Motor Vehicle Administration. If this is a Duplicate Title it may be subject to the rights of a person under the Original Certificate. MARYLAND MOTOR VEHICLE ADMINISTRATION - 6601 RITCHIE HIGHWAY, N.E.- GLEN BURNIE, MARYLAND 21062.

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

## MARYLAND NOTICE OF SECURITY INTEREST FILING
### DO NOT ACCEPT THIS DOCUMENT SHOWING ANY ERASURES, ALTERATIONS OR VOIDS

T010810A

**THIS IS NOT A TITLE**

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1C4PJMDB2EW190466 | 14 | JEEP | TK | M | 63412 | A | 50359007 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | +3700 | 00N/A | $76.50 | 03/26/18 | 04/21/18 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.              CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**

LUIS GERARDO GUTIERREZ RAMOS
117 WALDON RD APT C
ABINGDON   MD 21009-2121

**ODOMETER CODES**
A. Actual Mileage

LIENV R 001. 039680048
0000161271L4 /00082 BPULL
PFOLD 1C4PJMDB2EW190466

CAL LE\

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME
PARTY BELOW ON THE VEHICLE DESCRIBED.

**TERMINATION STATEMENT**
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED

TRT       1-5-21

SIGNATURE OF SECURED PARTY           OFFICIAL CAPACITY

NAME AND ADDRESS OF SECURED PARTIES

ALLY FINANCIAL
P O BOX 8141
COCKEYSVILLE   MD 21030

ALLY FINANCIAL

ADMINISTRATOR OF MOTOR VEHICLES

OFFICIALLY ISSUED ON THE DATE SET FORTH

VR-002 (10/12)

THIS DOCUMENT CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

```
ODOMETER COPY
BSC AUCTION INC (EIN 99-9999999)           BID#   210   2021-012-060035      9:58:00    06-0035
P.O. BOX 200                                         JONSPIVEY              1/28/2021
BELCAMP, MD   21017
                                                     53818289
(410) 879-7950 FAX(410) 893-1515   1C4PJMDB2EW190466  MD   1/27/2021          1019917    CTA
```

| YEAR | MAKE | MODEL/SUB SERIES | BODY | COLOR | ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS | SI | RD |
|------|------|------------------|------|-------|-----|-----|-----|---|-----|----|----|----|----|----|-----|----|----|----|----|-----|----|----|
| 2014 | JEEP | CHEROKEE 4X4 4C LIMITED MAX | SUV | BLACK | 4G | | | | | | | | | | | | | X | | | | |

Payment Due in Full on Day of Sale - Late Fees Assessed Thereafter.

ANN COND:
BWC   CLEAN AUTOCHECK CARFAX                    NOTES:        GATEPASS   11905848

GREEN  GUAR'TEE                                                         IF   CLERK   SOLD BY
                                                                             me     LIB

I, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREED TO PAY
THE INDICATED SALE PRICE AND FEE FOR THE VEHICLE DESCRIBED IN THE ATTACHED        LICENSE NO.        TAB
VOUCHER UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUTO AUCTION AND
AGENCY DISCLOSURE AGREEMENT.
                                        5334792  1578590                DEALER PLEASE CHECK ONE
    ***C***                             JONES TOYOTA                    ☐ CLEAN  ☐ ROUGH  ☐ AVERAGE
B  5433482   3   210                    1508 BELAIR ROAD                  (1)      (2)       (3)
                                        BEL AIR, MD   21014
U  ROBS TOWER MOTORS SALES & SERVICE OF TANEYTOWN          X800004001834   N  • No retail sales.
Y  529 EAST BALTIMORE ST                                                   O  • All vehicles sold to dealers for resale
E                                                                          T    only without warranty.
R  TANEYTOWN, MD   21787                                                   I  • Auction assumes no responsibility
   (410) 755-6633                                                          C    nor guarantees the accuracy of the
                                                                           E    odometer reading.
   ROBERT J FREELS                                                            • Auction accepts no responsibility for
                                                                                theft, liability or property damage.

                                        ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form
                                        FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE
                                        MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR
X                                       PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
PRINTED PURCHASER'S NAME (BUYER)        ☐ (1) I hereby certify to the best of my knowledge the odometer reading    ***CASH***
                                            reflects the amount of mileage in excess of its mechanical limits.
X
PURCHASER'S SIGNATURE (BUYER)           ☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
RECEIPT OF ODOMETER STATEMENT ACKNOWLEDGED    -WARNING - ODOMETER DISCREPANCY
PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT &
BACK OF TITLE) IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL &   JONES TOYOTA
CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986;48 C.F.R. 580.5(f).
                                                                STATE THAT THE ODOMETER NOW READS
DOCUMENT NOT VALID FOR EXPORT              91586               MILES (NO TENTHS) AND TO THE BEST OF
                                        MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE
                                        VEHICLE DESCRIBED ABOVE, UNLESS ONE OF THE ABOVE STATEMENTS
                                        IS CHECKED.

        BSCAmerica                      X
                                        TRANSFEROR'S SIGNATURE (SELLER)
                                        X
    NOT A RECEIPT OF PAYMENT            PRINTED NAME OF (SIGNOR)

THIS SALE IS SOLELY A TRANSACTION BETWEEN THE BUYING AND SELLING PARTIES. NO REPRESENTATION OF TITLE TO THIRD PARTIES IS MADE OR INTENDED. SUBJECT TO AGREEMENT ON REVERSE SIDE.