IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & § | |
| SERVICE OF TANEYTOWN, LLC, § | |
| § | CHAPTER 11 |
| Debtor § | (Subchapter V) |
| § | |

## ORDER DENYING USE OF CASH COLLATERAL

The Court heard the Motion for Interim Use of Cash Collateral [Docket # 7] (the "Motion") brought by Rob's Tower Motors Sales & Service of Taneytown, LLC to Use Cash Collateral, the ("Debtor"), pursuant to Sections 361, 363, and 552 of the United States Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure. Based on the Motion, the argument of counsel, the evidence presented at the hearing on April 12, 2021, the Court finds as follows:

**IT IS HEREBY ORDERED** that the Debtor's Motion is **DENIED** and that Debtor is not entitled to use of any claimed or potential cash collateral pursuant to section 363(c) of the Bankruptcy Code.

###SO ORDERED###

**ORDER DENYING USE OF CASH COLLATERAL –** Page 1