## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April, 2021, a copy of the Debtor's Amended Schedule G will be mailed electronically to creditors registered through the Court's CM/ECF system for electronic notification, with a copy mailed electronically to Gerard R. Vetter, Office of the U.S. Trustee, gerard.r.vetter@usdoj.gov, and Jolene Wee, Chapter 11, Subchapter V Trustee, jwee@jw-infinity.com.

/s/ Edward M. Miller
Edward M. Miller
Federal Bar No.: 024281
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
410-751-5444
E-mail: mmllplawyers @verizon.net
Attorneys for Debtor

1