IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | § |
| | § Case No. 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & | § |
| SERVICE OF TANEYTOWN, LLC, | § |
| | § CHAPTER 11 |
| Debtor | § (Subchapter V) |
| | § |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Westlake Flooring Company, LLC (hereafter "Movant") files this Notice of Appearance and Request for Service of Notice and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

 Jason T. Kutcher
 Troutman Pepper Hamilton Sanders LLP
 401 9th Street NW, Ste. 1000
 Washington, DC 20004
 Tel: (202) 274-2915
 Email: jason.kutcher@troutman.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the forgoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise: (1) which affect or seek to affect in any way the rights or interest with respect to: (a) the Debtor; (b)

property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

Dated: April 12, 2021          Respectfully submitted,

**WESTLAKE FLOORING COMPANY, LLC**

/s/ Jason T. Kutcher
Jason T. Kutcher, Esq., Bar No. 20033
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 274.2915
E-mail: jason.kutcher@troutman.com
*Counsel for Westlake Flooring Company, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will cause electronic notice of the filing to be served on all registered parties.

/s/ Jason T. Kutcher