## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 12th day of April, 2021, a copy of the Debtor's Amended Schedule E/F, along with a Notice of Filing of Bankruptcy Case, will be mailed by first class, postage prepaid, U.S. Mail, to U.S. Small Business Administration, 100 S. Charles St. #1210, Baltimore, MD 21201, and a copy of Amended Schedule E/F will be mailed electronically to creditors registered through the Court's CM/ECF system for electronic notification, and to Gerard R. Vetter, Office of the U.S. Trustee, gerard.r.vetter@usdoj.gov, and Jolene Wee, Chapter 11, Subchapter V Trustee, jwee@jw-infinity.com.

                /s/ Edward M. Miller
                Edward M. Miller
                Federal Bar No.: 024281
                Miller & Miller, LLP
                39 N. Court St.
                Westminster, MD 21157
                410-751-5444
                E-mail: mmllplawyers @verizon.net
                Attorneys for Debtor