U.S. Small Business Administration
100 S. Charles St. #1210
Baltimore, MD 21201