# United States Bankruptcy Court
### District of Maryland

In re  **Rob's Tower Motor Sales & Service of Taneytown, LLC**　　　　　　Case No. **21-11670-NVA**
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 12, 2021**　　　　　　　　　　**/s/ Robert J. Freels, Jr.**
　　　　　　　　　　　　　　　　　　　　　　**Robert J. Freels, Jr.**/**Member**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title