**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| | * | |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### BUDGET FOR 90-DAY PERIOD FROM 4/14/2021 TO 7/14/2021 (CASH BASIS)

INCOME:

| | |
|---|---:|
| Proceeds from used vehicle sales | $33,150.00 |
| Service contracts | 14,040.00 |
| Auto auction sales | 22,500.00 |
| TOTAL | $69,690.00 |

EXPENSES:

| | |
|---|---:|
| Rent - building | $ 5,988.00 |
| Wages | 7,200.00 |
| Supplies | 205.00 |
| Utilities | 3,340.00 |
| Advertising | 8,242.00 |
| Bookkeeper | 460.35 |
| Property Insurance | 1,093.00 |
| Worker's Comp. | 411.43 |
| Gas | 175.00 |
| SDAT Filing Fee | 300.00 |
| TOTAL | $27,414.78 |
| | |
| Payments to Auction Credit | $19,127.00 |
| Payments to Vehicle Acceptance | 20,632.80 |
| | $39,759.98 |
| | |
| PROFIT | $ 2,515.24 |

1

Explanatory Notes:

1. Proceeds from used vehicle sales are net amount to Debtor after deduction of floor plan payment on sold vehicle or split with consigner; average for projection $850.00 per vehicle. Sales projection are for 39 vehicle sales for 90 day period (3.25 per week). Projections are based on 2020 sales: April, Debtor sold 13 vehicles, May, 9 vehicles, June, 19 vehicles, and July, 6 vehicles.

2. Service contracts are sold by Debtor to vehicle buyers. Debtor historically sells warranties to 90% of vehicle buyers. Average $400.00 profit per contract. Calculation is 39 vehicles x 90% x 400 = $14,040.00

3. Auto auction sales are net amount to Debtor from sale of trade-in vehicles at auto auctions at average $1,500.00 profit. For the 90-day period, Debtor expects to sell 15 vehicles.

4. Debtor leases premises from Tevis Oil (unrelated) and pays its share of monthly rent of $3,990.00. Balance of rent paid by KandC Services.

5. Debtor presently employs 0 but anticipates hiring salesperson/manager in final 60-days of budget period. Members do not presently draw a salary from Debtor.

6. Debtor uses bookkeeping service (Otterdale) and pays 1/3 of monthly expense. Bookkeeping contract is between Otterdale and KandC Services.

7. Advertising includes Carfax, Cargurus, CarsforSale.

Debtor does not provide MD State Inspection or repairs for vehicles it sells. KandC Service, LLC, a Maryland limited liability company owned by Catherine Freels, a member of Debtor, provides these services and pays its own rent, wages and operating expenses.

Payments to Auction Credit and Vehicle Acceptance are balance owed on pre-petition "out of trust" floor plan sales.

/s/ Robert J. Freels, Jr.
Robert J. Freels, Jr., Member

2