# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–11670 – NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

# NOTICE OF CONTINUANCE

PLEASE TAKE NOTICE that a hearing will be held

on 4/19/21 at 02:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

7 – Motion to Use Cash Collateral Filed by Rob's Tower Motors Sales & Service of Taneytown, LLC. (Attachments: # 1 Exhibits A – D # 2 Proposed Order) (Miller, Edward)

22 – Support Document to Motion for Interim Use of Cash Collateral (14–Day Budget) Filed by Edward M. Miller (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Miller, Edward)

23 – Amended Certificate of Service (Second Amended Certificate of Service) Filed by Edward M. Miller (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Miller, Edward)

54 – Objection on behalf of Auction Credit Enterprises, LLC Filed by Alan Bartlett Padfield (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E" # 6 Proposed Order) (Padfield, Alan)

60 – Support Document (Debtor's 90–Day Proposed Budget) Filed by Edward M. Miller (related document(s) Hearing (Bk)). (Miller, Edward). Related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC. Modified on 4/12/2021 (Kaniowski, Amanda).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/13/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410–962–4104

Form ntchrgmdb (rev. 06/08/2020)