# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **21–11670 – NVA**    Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Status Conference will be held

on 4/19/21 at 02:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

20 – Scheduling Order for Chapter 11 Small Business Subchapter V . Objection to Designation Due By 4/7/2021. Pre–Status Conf Report Due By 4/7/2021. Status Conference set for 4/21/2021 at 01:00 PM at Courtroom 2–A, Baltimore – Judge Alquist. Request to Extend Deadline to File Plan Due By 5/17/2021. Chapter 11 Plan and Certificate of Service due by 6/15/2021. (Kaniowski, Amanda)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/13/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410–962–4104

Form stathrgmdb (rev. 07/29/2020)