✓ RETAIN

**Nancy V. Alquist, U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y / N (circled)
                                                      Exhibits Filed: Y / N (circled)

PROCEEDING MEMO - CHAPTER 11

Date: 04/12/2021  Time: 04:00

**CASE: 21-11670 Rob's Tower Motors Sales & Service of Taneyto**

(Edward M. Miller) and Pierce C Murphy representing Rob's Tower Motors Sales & Service of Taneytown, LLC (Debtor)   *[handwritten: Robert Freels (principal)]*

representing Pierce C Murphy (Jolene E. Wee (Trustee))

(Gerard R. Vetter) and Pierce C Murphy representing US Trustee - Baltimore (U.S. Trustee)

[54] Objection on behalf of Auction Credit Enterprises, LLC Filed by Alan Bartlett Padfield (related document(s) 6 Proposed Order)

**MOVANT**: Auction Credit Enterprises, LLC BY (P Murphy) A Padfield

[60] Support Document (Debtor's 90-Day Proposed Budget) Filed by Edward M. Miller (related document(s) Hearing (Bk)). (Miller, Edward).
Related document(s)s7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC. Modified on 4/12/2021 (Kaniowski, Amanda).

*[handwritten: Westlake / Jason Kutcher]*

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller P Murphy

→ [7] Motion to Use Cash Collateral Filed by Rob's Tower Motors Sales & Service of Taneytown, LLC. (Attachments: #s2 Proposed Order)

*[handwritten: Vehicle Acceptance Corp. / Dennis Shaffer]*

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller P Murphy

[22] Support Document to Motion for Interim Use of Cash Collateral (14-Day Budget) Filed by Edward M. Miller (related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC).

*[handwritten: SBA / Ashley Hoy (UST)]*

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller P Murphy

[23] Amended Certificate of Service (Second Amended Certificate of Service) Filed by Edward M. Miller (related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC).

**MOVANT**: Rob's Tower Motors Sales & Service of Taneytown, LLC BY E Miller P Murphy

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _April 19, 2021 @ 2pm via Zoom.gov_

DECISION:

[ ] Signed by Court        [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel       [ ] Court
    [ ] Respondent's counsel   [ ] Other _____

NOTES:

By noon on Friday, April 16, 2021, Debtor's counsel is to provide a draft of proposed (consent) order to chambers or inform chambers that no draft will be forthcoming