# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **21–11670 – NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 4/19/21 at 04:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688)

to consider and act upon the following:

7 – Motion to Use Cash Collateral Filed by Rob's Tower Motors Sales & Service of Taneytown, LLC. (Attachments: # 1 Exhibits A – D # 2 Proposed Order) (Miller, Edward)

22 – Support Document to Motion for Interim Use of Cash Collateral (14−Day Budget) Filed by Edward M. Miller (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Miller, Edward)

23 – Amended Certificate of Service (Second Amended Certificate of Service) Filed by Edward M. Miller (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Miller, Edward)

54 – Objection on behalf of Auction Credit Enterprises, LLC Filed by Alan Bartlett Padfield (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E" # 6 Proposed Order) (Padfield, Alan)

60 – Support Document (Debtor's 90−Day Proposed Budget) Filed by Edward M. Miller (related document(s) Hearing (Bk)). (Miller, Edward). Related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC. Modified on 4/12/2021 (Kaniowski, Amanda).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/15/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410−962−4104

Form ntchrgmdb (rev. 06/08/2020)