United States Bankruptcy Court
District of Maryland

In re:  Case No. 21-11670-NVA
Rob's Tower Motors Sales & Service  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: akaniowsk      Page 1 of 2
Date Rcvd: Apr 13, 2021      Form ID: ntchrgbk      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| cr | + | Auction Credit Enterprises, LLC, 14951 Dallas Parkway, #200, Dallas, TX 75254-6883 |
| cr | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, Business and Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046 UNITED STATES 21046-1081 |
| cr | + | U.S. Small Business Administration, 100 S. Charles Street, Suite 1201, Baltimore, MD 21201-2714 |
| 31775223 | + | Auction Credit Enterpriises LLC, Bankruptcy Notification, 14951 Dallas Parkway #200, Dallas, TX 75254-6883 |
| 31775224 | + | Bizfund.com, Bankruptcy Notification, 2371 McDonald Ave., 2nd Fl., Brooklyn, NY 11223-4738 |
| 31775242 | + | Carroll County, County Attorney's Office, 225 N. Center Street, Westminster, MD 21157-5194 |
| 31775225 | + | Complete Business Solutions Group, Inc., d/b/a Par Funding, Bankruptcy Notification, 2000 PGA Blvd. #4440, North Palm Beach, FL 33408-2738 |
| 31775226 | + | Dallas Growth Capital and Funding LLC, dba Sprout Funding, Bankruptcy Notification, 4890 Alpha Rd. #200, Dallas, TX 75244-4639 |
| 31775227 | + | Dave Barnett, 289 Carnes Lane, Sykesville, MD 21784-7136 |
| 31775228 | + | David Stair, 1727 Hughes Shop Rd., Westminster, MD 21158-2917 |
| 31775231 | + | Lloyd Griffith, 821 Deer Ridge Dr., Westminster, MD 21158-2935 |
| 31775232 | + | LoanMe, Inc. Small Business Loan, Bankruptcy Notification, P.O. Box 5645, Orange, CA 92863-5645 |
| 31775239 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31775241 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |
| 31795448 | + | U.S. Small Business Administration, 100 S. Charles St. #1210, Baltimore, MD 21201-2725 |
| 31775235 | | U.S. Small Business Administration, Bankruptcy Notification, 2 North St. #320, Birmingham, AL 35203 |
| 31775236 | + | Vehicle Acceptance Corporation, Bankruptcy Notification, 901 Main St. #3450, Dallas, TX 75202-3752 |
| 31775237 | + | Westlake Flooring Company, LLC, Bankruptcy Notification, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 13 2021 19:32:00 | US Trustee, 101 W Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| 31775222 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Apr 13 2021 19:32:00 | Ascentium Capital,LLC, Bankruptcy Notification, c/o Hunter Warfield, Inc., 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 31775244 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 13 2021 19:31:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31775229 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2021 19:31:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31775233 | + | Email/Text: bankruptcy@ondeck.com | Apr 13 2021 19:33:00 | On Deck, Bankruptcy Notification, 901 N. Stuart St. #700, Arlington, VA 22203-4129 |
| 31775243 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Apr 13 2021 19:33:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31775238 | | Email/Text: atlreorg@sec.gov | Apr 13 2021 19:32:00 | Branch of Reorganization, Sec. & Exch. |

District/off: 0416-1     User: akaniowsk     Page 2 of 2
Date Rcvd: Apr 13, 2021     Form ID: ntchrgbk     Total Noticed: 26

Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31775230 | | Itrivia Ventures LLC, Bankruptcy Notification |
| 31775234 | | Slate Advance LLC, INVALID ADDRESS PROVIDED |
| 31775240 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | shopkins@padfieldstout.com |
| Ashley H. Hou | ashley.hou@sba.gov |
| Christopher S. Young | cyoung@btlg.us sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Dennis J. Shaffer | dshaffer@wtplaw.com kmccruden@wtplaw.com,pbowling@wtplaw.com |
| Edward M. Miller | mmllplawyers@verizon.net |
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Jason Kutcher | jason.kutcher@troutman.com Sharron.fay@troutman.com,Natalya.diamond@troutman.com,FSLECFIntake@troutmansanders.com |
| Jolene E. Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |
| Pierce C Murphy | pmurphy@mdattorney.com efiling@silvermanthompson.com,dcaimona@silvermanthompson.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **21−11670 − NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## NOTICE OF CONTINUANCE

PLEASE TAKE NOTICE that a hearing will be held

on 4/19/21 at 02:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688)

to consider and act upon the following:

7 − Motion to Use Cash Collateral Filed by Rob's Tower Motors Sales & Service of Taneytown, LLC. (Attachments: # 1 Exhibits A − D # 2 Proposed Order) (Miller, Edward)

22 − Support Document to Motion for Interim Use of Cash Collateral (14−Day Budget) Filed by Edward M. Miller (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Miller, Edward)

23 − Amended Certificate of Service (Second Amended Certificate of Service) Filed by Edward M. Miller (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Miller, Edward)

54 − Objection on behalf of Auction Credit Enterprises, LLC Filed by Alan Bartlett Padfield (related document(s)7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC). (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E" # 6 Proposed Order) (Padfield, Alan)

60 − Support Document (Debtor's 90−Day Proposed Budget) Filed by Edward M. Miller (related document(s) Hearing (Bk)). (Miller, Edward). Related document(s) 7 Motion to Use Cash Collateral filed by Debtor Rob's Tower Motors Sales & Service of Taneytown, LLC. Modified on 4/12/2021 (Kaniowski, Amanda).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/13/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410−962−4104

Form ntchrgmdb (rev. 06/08/2020)