Entered: April 26th, 2021
Signed: April 26th, 2021
**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| IN RE: | * | Case No.: 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & SERVICE OF TANEYTOWN, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

The Debtor's application to approve employment and retention of Edward M. Miller and Miller & Miller, LLP as Attorneys for Debtor, having been read and considered; good cause having been shown, it is, as of the date this Order is signed;

ORDERED, by the United States Bankruptcy Court for the District of Maryland, that the Debtor's application is granted and the Debtor is authorized to employ and retain Edward M. Miller, and Miller & Miller, LLP as attorneys in the above-captioned case as set forth in the

aforesaid application; and

IT IS FURTHER ORDERED, that payment of all fees and expenses of said attorney are subject to further Order of this Court.

cc:

Debtor
Debtor's Counsel
U.S. Trustee
Subchapter V Trustee
Creditors
Parties-in-Interest

**END OF ORDER**