**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 5th day of May, 2021, a copy of the foregoing Amended Statement of Financial Affairs was mailed by postage prepaid, first class, U.S. Mail, to each creditor on the attached mailing matrix; and electronically to:

Alan B. Padfield, Esq., abp@padfieldstout.com;
Dennis J. Shaffer, Esq., dshaffer@wtplaw.com;
Jason T. Kutcher, Esq., jason.kutcher@troutman.com;
Gerard R. Vetter, Office of U.S. Trustee, gerard.r.vetter@usdoj.gov;
Jolene E. Wee, Subchapter V Trustee, jwee@jw-infinity.com;
Ashley H. Hou, Esq., ashley.hou@sba.gov;
U.S. Trustee - Baltimore, USTPRegion04.BA.ECF@USDOJ.GOV.

                                                 /s/ Edward M. Miller
                                                 Edward M. Miller

DocuCom PDF Trial www.pdfwizard.com