```
Label Matrix for local noticing          Auction Credit Enterprises, LLC           Dallas Growth Capital and Funding, LLC d/b/a
0416-1                                   14951 Dallas Parkway                      C/o Christopher S. Young, Esq.
Case 21-11670                            #200                                      Business and Technology Law Group
District of Maryland                     Dallas, TX 75254-6883                     6310 Hillside Court
Baltimore                                                                          Suite 160
Wed May  5 11:26:56 EDT 2021                                                       Columbia, MD 21046-1081

Rob's Tower Motors Sales & Service of T  U.S. Small Business Administration        Baltimore
529 E. Baltimore St.                     100 S. Charles Street                     Baltimore Division
Taneytown, MD 21787-2423                 Suite 1201                                101 West Lombard Street, Ste. 8530
                                         Baltimore, MD 21201-2714                  Baltimore, MD 21201-2605


Ascentium Capital,LLC                    Auction Credit Enterpriises LLC           Bizfund.com
Bankruptcy Notification                  Bankruptcy Notification                   Bankruptcy Notification
c/o Hunter Warfield, Inc.                14951 Dallas Parkway #200                 2371 McDonald Ave., 2nd Fl.
4620 Woodland Corporate Blvd.            Dallas, TX 75254-6883                     Brooklyn, NY 11223-4738
Tampa, FL 33614-2415


(p)U S SECURITIES AND EXCHANGE COMMISSION  Carroll County                          Complete Business Solutions Group, Inc.
ATLANTA REG OFFICE AND REORG             County Attorney's Office                  d/b/a Par Funding
950 E PACES FERRY RD NE STE 900          225 N. Center Street                      Bankruptcy Notification
ATLANTA GA 30326-1382                    Westminster, MD 21157-5194                2000 PGA Blvd. #4440
                                                                                   North Palm Beach, FL 33408-2738


(p)COMPTROLLER OF MAYLAND                Dallas Growth Capital and Funding LLC     Dave Barnett
BANKRUPTCY UNIT                          dba Sprout Funding                        289 Carnes Lane
301 W PRESTON ST ROOM 409                Bankruptcy Notification                   Sykesville, MD 21784-7136
BALTIMORE MD 21201-2396                  4890 Alpha Rd. #200
                                         Dallas, TX 75244-4639


David Stair                              Department of Treasury                    Fountainhead SBF LLC
1727 Hughes Shop Rd.                     Internal Revenue Service                  Shutts & Bowen LLP c/o Harris J. Koroglu
Westminster, MD 21158-2917               PO Box 7346                               200 South Biscayne Blvd.
                                         Philadelphia PA 19101-7346                Suite 4100
                                                                                   Miami, FL 33131-2362


Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE               Lloyd Griffith
Centralized Insolvency Operation         CENTRALIZED INSOLVENCY OPERATIONS         821 Deer Ridge Dr.
P.O. Box 7346                            PO BOX 7346                               Westminster, MD 21158-2935
Philadelphia, PA 19101-7346              PHILADELPHIA PA 19101-7346


LoanMe, Inc                              LoanMe, Inc. Small Business Loan          On Deck
1900 S State College Blvd                Bankruptcy Notification                   Bankruptcy Notification
Suite 300                                P.O. Box 5645                             901 N. Stuart St. #700
Anaheim, CA 92806-6152                   Orange, CA 92863-5645                     Arlington, VA 22203-4129


Secretary of the Treasury                State of Maryland DLLR                    U.S. Attorney-District of MD
15 & Pennsylvania Avenue                 Division of Unemployment Insurance        4th floor
Washington, DC 20220-0001                1100 N. Eutaw Street, Room 401            36 S. Charles St.
                                         Baltimore, MD 21201-2225                  Baltimore, MD 21201-3020


U.S. Small Business Administration       U.S. Small Business Administration        US Trustee - Baltimore
100 S. Charles St. #1210                 Bankruptcy Notification                   Garmatz Federal Courthouse
Baltimore, MD 21201-2725                 2 North St. #320                          101 West Lombard Street
                                         Birmingham, AL 35203                      Suite 2625
                                                                                   Baltimore, MD 21201-2668
```

| | | |
|---|---|---|
| Vehicle Acceptance Corporation<br>Bankruptcy Notification<br>901 Main St. #3450<br>Dallas, TX 75202-3752 | Westlake Flooring Company, LLC<br>Bankruptcy Notification<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3827 | Edward M. Miller<br>Miller and Miller, LLP<br>39 N. Court St.<br>Westminster, MD 21157-5135 |

Jolene E. Wee
447 Broadway
2nd Fl #502
New York, ny 10013-2562

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Vehicle Acceptance Corporation | (u)Westlake Flooring Company, LLC | (u)Itrivia Ventures LLC<br>Bankruptcy Notification |

(u)Slate Advance LLC
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    33
Bypassed recipients     4
Total                  37

DocuCom PDF Trial
www.pdfwizard.com