| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rob's Tower Motor Sales & Service of Taneytown, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-11670-NVA |

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   E/F
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May  5, 2021          X /s/ Robert J. Freels, Jr.
                                      Signature of individual signing on behalf of debtor

                                      **Robert J. Freels, Jr.**
                                      Printed name

                                      **Member**
                                      Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rob's Tower Motor Sales & Service of Taneytown, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-11670-NVA |

■ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,497.78 | $2,497.78 |
| | Date or dates debt was incurred<br>**9/2019** | Basis for the claim:<br>**941-taxes** | | |
| | Last 4 digits of account number **7210** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Ascentium Capital,LLC**<br>**Bankruptcy Notification**<br>**c/o Hunter Warfield, Inc.**<br>**4620 Woodland Corporate Blvd.**<br>**Tampa, FL 33614** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,281.86 |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid balance** | |
| | Last 4 digits of account number **4531** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Dave Barnett**<br>**289 Carnes Lane**<br>**Sykesville, MD 21784** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Rob's Tower Motor Sales & Service of Taneytown, LLC** <br> Name | Case number (if known) | 21-11670-NVA |
|---|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address** <br> **David Stair** <br> **1727 Hughes Shop Rd.** <br> **Westminster, MD 21158** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Notice Only** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Fountainhead** <br> **Bankruptcy Notification** <br> **3216 W. Lake Mary Blvd.** <br> **Lake Mary, FL 32746** <br><br> Date(s) debt was incurred  **2/25/2021** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **2nd PPP Loan** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | $16,855.00 |
| 3.5 | **Nonpriority creditor's name and mailing address** <br> **Lloyd Griffith** <br> **821 Deer Ridge Dr.** <br> **Westminster, MD 21158** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Creditor was going to join Debtor's business, invested $80,000, he became ill and could not proceed.** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | $40,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address** <br> **LoanMe, Inc. Small Business Loan** <br> **Bankruptcy Notification** <br> **P.O. Box 5645** <br> **Orange, CA 92863** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number  **1085** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Unpaid balance** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | $67,500.00 |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **On Deck** <br> **Bankruptcy Notification** <br> **901 N. Stuart St. #700** <br> **Arlington, VA 22203** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Notice Only** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.8 | **Nonpriority creditor's name and mailing address** <br> **U.S. Small Business Administration** <br> **Bankruptcy Notification** <br> **100 S. Charles St. #1210** <br> **Baltimore, MD 21201** <br><br> Date(s) debt was incurred  **5/2020** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **PPP Loan (issued through BB&T)** <br><br> Is the claim subject to offset?  ■ No   ☐ Yes | $20,300.00 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **Rob's Tower Motor Sales & Service of Taneytown, LLC** | Case number (if known) | **21-11670-NVA** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **2,497.78** |
| 5b. Total claims from Part 2 | 5b. + $ | **153,936.86** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | **156,434.64** |