## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 5th day of May, 2021, a copy of the foregoing Amended Schedule E/F, with the Notice of Filing of Bankruptcy Case, was mailed by postage prepaid, first class, U.S. Mail, to: Fountainhead, 3216 W. Lake Mary Blvd., Lake Mary, FL 32746, and a copy of Amended Schedule E/F was also mailed by postage prepaid, first class, U.S. Mail, to each creditor on the attached mailing matrix, and will be mailed electronically through the Court's CM/ECF system to:

     Alan B. Padfield, Esq., abp@padfieldstout.com;
     Dennis J. Shaffer, Esq., dshaffer@wtplaw.com;
     Jason T. Kutcher, Esq., jason.kutcher@troutman.com;
     Gerard R. Vetter, Office of U.S. Trustee, gerard.r.vetter@usdoj.gov;
     Jolene E. Wee, Subchapter V Trustee, jwee@jw-infinity.com;
     Ashley H. Hou, Esq., ashley.hou@sba.gov;
     U.S. Trustee - Baltimore, USTPRegion04.BA.ECF@USDOJ.GOV.

                                   /s/ Edward M. Miller
                                   Edward M. Miller
                                   Federal Bar No.: 024281
                                   Miller & Miller, LLP
                                   39 N. Court St.
                                   Westminster, MD 21157
                                   410-751-5444
                                   E-mail: mmllplawyers @verizon.net
                                   Attorneys for Debtor