Fountainhead
Bankruptcy Notification
3216 W. Lake Mary Blvd.
Lake Mary, FL 32746