**Fill in this information to identify the case:**

Debtor Name  Rob's Tower Motor Sales & Service of Taneytown, LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 21-11670-NVA

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  March 2021                                                 Date report filed:  05/06/2021
                                                                                      MM / DD / YYYY
Line of business:  Used auto sales                                 NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                   Robert J. Freels, Jr., Member
Original signature of responsible party   /s/ Robert J. Freels, Jr.
Printed name of responsible party    Robert J. Freels, Jr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rob's Tower Motor Sales & Service of Taneytown, LLC          Case number 21-11670-NVA

17. Have you paid any bills you owed before you filed bankruptcy?                                    ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                $ 1,811.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                           $ 5,465.36

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                                           − $ 1,675.26

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.                   + $ 3,790.12

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 5,601.12

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                                $ 0.00

    *(Exhibit E)*

Debtor Name  Rob's Tower Motor Sales & Service of Taneytown, LLC          Case number 21-11670-NVA

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____13,203.27_____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  _____1_____
27. What is the number of employees as of the date of this monthly report?  _____0_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____
30. How much have you paid this month in other professional fees?  $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?  $ _____0.00_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected | | *Column B* Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ _____ | − | $ 5,465.38 | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ 1,675.26 | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ 3,790.12 | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____23,230.00_____
36. Total projected cash disbursements for the next month:  − $ _____28,265.26_____
37. Total projected net cash flow for the next month:  = $ _____

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page **3**

Debtor Name  Rob's Tower Motor Sales & Service of Taneytown, LLC         Case number 21-11670-NVA

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Exhibit B

BB&T accounts 5449 & 4017 remained open. DIP account not yet set-up.

Pre-petition obligation of $200.00 paid to Stanley Snap On.



Exhibit C

| Date | Amount | Description |
|---|---|---|
| 3/22/21 | $2,436.34 | Car or warranty sale |
| 3/24/21 | $2,329.02 | Car or warranty sale |
| 3/22/21 | $300.00 | Owner contribution |
| 3/24/21 | $400.00 | Owner contribution |
|  | ----------- |  |
|  | $5,465.36 |  |

Exhibit D

| Date | Payee | Description | Amount |
|---|---|---|---|
| 3/17/21 | Slate Funding | Curtailment fee | $50 |
| 3/18/21 | Slate Funding | Curtailment fee | $50 |
| 3/19/21 | WB Mason | Office Supplies/Sundries | $199.01 |
| 3/19/21 | Slate Funding | Curtailment fee | $50 |
| 3/19/21 | BB&T | Overdraft fee | $36 |
| 3/22/21 | Stanley Snap On | Tools/Subscription | $200 (likely for previous month) |
| 3/22/21 | Slate Funding | Curtailment fee | $50 |
| 3/22/21 | BB&T | Service charges | $79.50 |
| 3/23/21 | Slate Funding | Curtailment fee | $50 |
| 3/24/21 | Slate Funding | Curtailment fee | $50 |
| 3/25/21 | Slate Funding | Curtailment fee | $50 |
| 3/26/21 | Slate Funding | Curtailment fee | $50 |
| 3/29/21 | Stanley Snap On | Tools/Subscription | $200 |
| 3/29/21 | Slate Funding | Curtailment fee | $50 |
| 3/30/21 | Slate Funding | Curtailment fee | $50 |
| 3/31/21 | Slate Funding | Curtailment fee | $50 |
| 3/17/21 | BBB | Subscription | $45.90 |
| 3/17/21 | Carsforsale.com | Advertising | $99.00 |
| 3/19/21 | BB&T | Overdraft fee | $36.00 |
| 3/22/21 | BB&T | Service charges | $20.00 |
| 3/25/21 | Taneytown Tire & Auto | Wheel Alignment | $69.95 |
| 3/30/21 | Taneytown Tire & Auto | Wheel Alignment | $69.95 |
| 3/31/21 | Taneytown Tire & Auto | Wheel Alignment | $69.95 |
|  |  |  | $1,675.26 |

Exhibit F

Pre-petition notes receivables for customer down payments.



Page 1 of 3    03/31/21
FL    1100014635449



874-03-01-00 11166  0 C 001 30   50 004
ROBS TOWER MOTORS SALES & SERVICE OF
TANEYTOWN LLC
SALES TAX ACCT
529 E BALTIMORE ST
TANEYTOWN MD  21787-2423

# Your account statement
For 03/31/2021

Contact us



BBT.com

(800) BANK-BBT or
(800) 226-5228

■ BUSINESS VALUE 200 ######5449

## Account summary

| | |
|---|---|
| Your previous balance as of 02/26/2021 | $-727.58 |
| Checks | − 10,750.45 |
| Other withdrawals, debits and service charges | − 5,974.54 |
| Deposits, credits and interest | + 17,554.12 |
| Your new balance as of 03/31/2021 | = $101.55 |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/03 | 1250 | 745.00 | 03/01 | *1308 | 80.00 | 03/19 | 1314 | 213.64 |
| 03/01 | *1301 | 1,913.10 | 03/05 | 1309 | 597.00 | 03/17 | 1315 | 4,000.00 |
| 03/01 | *1305 | 229.50 | 03/15 | *1312 | 89.00 | 03/26 | 1316 | 2,500.00 |
| 03/03 | 1306 | 83.21 | 03/16 | 1313 | 300.00 | | | |

* indicates a skip in sequential check numbers above this item          Total checks          = $10,750.45

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/01 | DEBIT CARD PURCHASE FORD GENE LATTA FO 02-26 717-6331999    PA 6003 | 278.60 |
| 03/01 | ACH CORP DEBIT 8883356838 CARS PROTECTION ROBS TOWER MOTORS LLC CUSTOMER ID M62873797816 | 1,099.00 |
| 03/01 | OVERDRAFT ITEM FEE ($36/ITEM) 36 | 144.00 |
| 03/02 | PRIOR DAY RET ITEM FEE-$36/ITM | 36.00 |
| 03/03 | DEBIT CARD PURCHASE HIGHS 45 03-01 TANEYTOWN    MD 6003 | 14.89 |
| 03/03 | PRIOR DAY RET ITEM FEE-$36/ITM | 108.00 |
| 03/03 | ACH CORP DEBIT FEES    CVR ROBS TOWER MOTORS SALE CUSTOMER ID 76167338 | 30.00 |
| 03/03 | OVERDRAFT ITEM FEE ($36/ITEM) 36 | 72.00 |
| 03/05 | ACH CORP DEBIT FEES    CVR ROBS TOWER MOTORS SALE CUSTOMER ID 76167338 | 15.00 |
| 03/05 | ACH CORP DEBIT Collection BIZ FUND Collect robs tower motors CUSTOMER ID robs tower moto | 2,500.00 |
| 03/05 | OVERDRAFT ITEM FEE ($36/ITEM) 36 | 72.00 |
| 03/08 | DEBIT CARD PURCHASE AUTONIQ, LLC 03-06 866-482-8421    IN 6003 | 65.00 |
| 03/08 | PRIOR DAY RET ITEM FEE-$36/ITM | 36.00 |
| 03/08 | OVERDRAFT ITEM FEE ($36/ITEM) 36 | 36.00 |
| 03/09 | PRIOR DAY RET ITEM FEE-$36/ITM | 36.00 |
| 03/12 | ACH CORP DEBIT FEES    CVR ROBS TOWER MOTORS SALE | 15.00 |
| 03/15 | ACH CORP DEBIT BILLING    CVR ROBS TOWER MOTORS SALE CUSTOMER ID 76167338 | 145.20 |
| 03/16 | DEBIT CARD PURCHASE-PIN 03-13-21 TANEYTOWN    MD 6003 KANDC SERVICE LLC | 1.00 |
| 03/16 | DEBIT CARD PURCHASE 03-14-21 LATTA    SC 6003 PILOT_04584 | 59.00 |

continued

■ BUSINESS VALUE 200 ▓▓▓▓▓▓▓5449 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/16 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING ▓▓▓▓▓▓▓4017 03-16-21 | 200.00 |
| 03/16 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING ▓▓▓▓▓▓▓4017 03-16-21 | 600.00 |
| 03/17 | DEBIT CARD PURCHASE BBB OF GREATER MAR 03-16 410-7351815   MD  6003 | 45.90 |
| 03/17 | INTERNET PAYMENT CARSFORSAL CARSFORSALE.COM, M42559117868 | 99.00 |
| 03/19 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 03/22 | SERVICE CHARGES - PRIOR PERIOD | 20.00 |
| 03/25 | DEBIT CARD PURCHASE TANEYTOWN TIRE AND 03-24 TANEYTOWN        MD  6003 | 69.95 |
| 03/30 | DEBIT CARD PURCHASE TANEYTOWN TIRE AND 03-29 TANEYTOWN        MD  6003 | 69.95 |
| 03/30 | ACH CORP DEBIT BBV 599724 GUSTO Robs Tower Motors Sale CUSTOMER ID 6semjpj9n83 | 0.41 |
| 03/30 | ACH CORP DEBIT BBV 599724 GUSTO Robs Tower Motors Sale CUSTOMER ID 6semjpj9n8r | 0.69 |
| 03/31 | DEBIT CARD PURCHASE TANEYTOWN TIRE AND 03-30 TANEYTOWN        MD  6003 | 69.95 |

Total other withdrawals, debits and service charges = $5,974.54

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/01 | COUNTER DEPOSIT | 2,000.00 |
| 03/03 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING ▓▓▓▓▓▓▓4017 03-03-21 | 3,000.00 |
| 03/04 | COUNTER DEPOSIT | 1,000.00 |
| 03/05 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING ▓▓▓▓▓▓▓4017 03-05-21 | 300.00 |
| 03/10 | COUNTER DEPOSIT | 724.00 |
| 03/11 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING ▓▓▓▓▓▓▓4017 03-11-21 | 2,500.00 |
| 03/15 | COUNTER DEPOSIT | 5,000.00 |
| 03/22 | COUNTER DEPOSIT | 300.00 |
| 03/24 | COUNTER DEPOSIT | 400.00 |
| 03/24 | COUNTER DEPOSIT | 2,329.02 |
| 03/30 | BVC 599723 GUSTO Robs Tower Motors Sale CUSTOMER ID 6semjpj9n7k | 0.41 |
| 03/30 | BVC 599723 GUSTO Robs Tower Motors Sale CUSTOMER ID 6semjpj9n8h | 0.69 |

Total deposits, credits and interest = $17,554.12

DocuCom PDF Trial www.pdfwizard.com


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week.  BB&T Care Center Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center.  To locate a BB&T financial center in your area, please visit BBT.com.

**Electronic fund transfers (For Consumer Accounts Only.  Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-800-226-5228 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important Information about your Constant Credit Account**
Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
In case of errors or questions about your Constant Credit statement
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

Bankcard Services Division
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.  In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| | How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount.  Add up all of the credits and enter the sum here: | | | | | |
| | | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local BB&T branch, visit BBT.com or contact us at 1-800 BANK BBT (1-800-226-5228).  MEMBER FDIC



Page 1 of 3    03/31/21
MD   0005252074017

409-07-01-00 24307  3 C 001 30 S  66 002
ROBS TOWER MOTORS SALES & SERVICE OF
529 E BALTIMORE ST
TANEYTOWN MD  21787-2423

# Your account statement
For 03/31/2021

Contact us

(800) BANK-BBT or
(800) 226-5228

BBT.com

■ BUSINESS VALUE 50 CHECKING ### #### 4017

**Account summary**

| | |
|---|---:|
| Your previous balance as of 02/26/2021 | $342.37 |
| Checks | − 21,000.00 |
| Other withdrawals, debits and service charges | − 12,136.64 |
| Deposits, credits and interest | + 34,497.81 |
| Your new balance as of 03/31/2021 | = $1,703.54 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 03/10 | 7084586 | 10,000.00 | 03/10 | 7084587 | 2,000.00 | 03/03 | *7084795 | 9,000.00 |
| | | | | | | Total checks | | = $21,000.00 |

* indicates a skip in sequential check numbers above this item

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 03/01 | DEBIT CARD PURCHASE S STANLEY SNAP ON 02-26 443-375-8977   MD 5672 | 200.00 |
| 03/01 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92199847 | 50.00 |
| 03/02 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92223863 | 50.00 |
| 03/02 | ACH CORP DEBIT ACH PAYMTS VAC4 ROBS TOWER MOTOR CUSTOMER ID 2017/KIA/SPOR/B | 1,250.50 |
| 03/02 | ACH CORP DEBIT ACH PAYMTS VAC4 ROBS TOWER MOTOR CUSTOMER ID 2013/FORD/F150/ | 1,917.00 |
| 03/03 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING ####### 5449 03-03-21 | 3,000.00 |
| 03/03 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92237319 | 50.00 |
| 03/04 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92252206 | 50.00 |
| 03/05 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING ####### 5449 03-05-21 | 300.00 |
| 03/05 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92267047 | 50.00 |
| 03/08 | DEBIT CARD PURCHASE S STANLEY SNAP ON 03-05 443-375-8977   MD 5672 | 280.00 |
| 03/08 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92281468 | 50.00 |
| 03/09 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92302456 | 50.00 |
| 03/09 | ACH CORP DEBIT ACH PAYMTS VAC4 ROBS TOWER MOTOR CUSTOMER ID 562434 DEALER B | 89.10 |
| 03/10 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92316319 | 50.00 |
| 03/11 | BB&T BUSINESS ONLINE TRANSFER TRANSFER TO CHECKING ####### 5449 03-11-21 | 2,500.00 |
| 03/11 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92330155 | 50.00 |
| 03/12 | DEBIT CARD RECURRING PYMT AOL* SERVICE 03-12 800-827-6364   VA 5672 | 39.99 |
| 03/12 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92344400 | 50.00 |
| 03/15 | DEBIT CARD RECURRING PYMT Netflix.com 03-12 netflix.com   CA 5672 | 13.99 |
| 03/15 | DEBIT CARD PURCHASE S STANLEY SNAP ON 03-12 443-375-8977   MD 5672 | 200.00 |
| 03/15 | DEBIT CARD RECURRING PYMT FRAZER COMPUTING I 03-13 888-9635369   NY 5672 | 49.00 |
| 03/15 | TELEPHONE PAYMENT PAYMENT   HOME DEPOT 210355035910029 | 28.00 |

*continued*



■ BUSINESS VALUE 50 CHECKING ############4017 (continued)

| DATE  | DESCRIPTION | AMOUNT($) |
|-------|-------------|-----------|
| 03/15 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92360437 | 50.00 |
| 03/16 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92378036 | 50.00 |
| 03/16 | ACH CORP DEBIT ACH PAYMTS VAC4 ROBS TOWER MOTOR CUSTOMER ID 2008/CHEV/SUB/B | 404.55 |
| 03/17 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92391028 | 50.00 |
| 03/18 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92405348 | 50.00 |
| 03/19 | DEBIT CARD PURCHASE WB Mason Co 03-17 508-588-5167   MA  5672 | 199.01 |
| 03/19 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92419885 | 50.00 |
| 03/19 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 03/22 | DEBIT CARD PURCHASE S STANLEY SNAP ON 03-19 443-375-8977   MD  5672 | 200.00 |
| 03/22 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92432852 | 50.00 |
| 03/22 | SERVICE CHARGES - PRIOR PERIOD | 79.50 |
| 03/23 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92453231 | 50.00 |
| 03/24 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92466611 | 50.00 |
| 03/25 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92480182 | 50.00 |
| 03/26 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92494927 | 50.00 |
| 03/29 | DEBIT CARD PURCHASE S STANLEY SNAP ON 03-26 443-375-8977   MD  5672 | 200.00 |
| 03/29 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92510688 | 50.00 |
| 03/30 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92529784 | 50.00 |
| 03/31 | ACH CORP DEBIT 6464376010 Slate Funding ROBS TOWER MOTOR SALES CUSTOMER ID 92542396 | 50.00 |

Total other withdrawals, debits and service charges = $12,136.64

Deposits, credits and interest

| DATE  | DESCRIPTION | AMOUNT($) |
|-------|-------------|-----------|
| 03/01 | COUNTER DEPOSIT | 15,978.21 |
| 03/08 | COUNTER DEPOSIT | 1,567.26 |
| 03/09 | COUNTER DEPOSIT | 13,716.00 |
| 03/16 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING ############85449 03-16-21 | 200.00 |
| 03/16 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING ############85449 03-16-21 | 600.00 |
| 03/22 | COUNTER DEPOSIT | 2,436.34 |

Total deposits, credits and interest = $34,497.81



## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Care Center Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-800-226-5228 or write to:
Fraud Management
P.O. Box 1014
Charlotte, NC 28201
Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

Important information about your Constant Credit Account
Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

Billing Rights Summary
In case of errors or questions about your Constant Credit statement
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:
Bankcard Services Division
PO Box 200
Wilson NC 27894-0200
We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

Mail-in deposits
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

Change of address
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local BB&T branch, visit BBT.com or contact us at 1-800 BANK BBT (1-800-226-5228). MEMBER FDIC

# Rob's Tower Motors Sales & Service of Taneytown

Profit and Loss

March 17-31, 2021

|  | TOTAL |
|---|---:|
| Income |  |
|   Sales of Product Income | 4,765.36 |
| **Total Income** | **$4,765.36** |
| Cost of Goods Sold |  |
|   Cost of Goods Sold |  |
|     AUTO SALE EXPENSE | 6,500.00 |
|     Curtailment Fee | 550.00 |
|     Wheel Alignment | 209.85 |
|   Total Cost of Goods Sold | 7,259.85 |
| **Total Cost of Goods Sold** | **$7,259.85** |
| **GROSS PROFIT** | **$ -2,494.49** |
| Expenses |  |
|   Advertising and Promotion | 99.00 |
|   Bank Service Charges | 99.50 |
|     Overdraft Fee | 72.00 |
|   Total Bank Service Charges | 171.50 |
|   Dues | 45.90 |
|   Office Supplies | 199.01 |
|   Shop Expense | 400.00 |
|   Uniforms | 213.64 |
| **Total Expenses** | **$1,129.05** |
| **NET OPERATING INCOME** | **$ -3,623.54** |
| **NET INCOME** | **$ -3,623.54** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

IN RE:                                   *    Case No.: 21-11670-NVA

ROB'S TOWER MOTORS SALES & SERVICE    *    Chapter 11
OF TANEYTOWN, LLC
       Debtor                                 *

* * * * * * * * * * * * * * * * * * * * * *

## BUDGET FOR 90-DAY PERIOD FROM 4/14/2021 TO 7/14/2021 (CASH BASIS)

INCOME:

| | |
|---|---|
| Proceeds from used vehicle sales | $33,150.00 |
| Service contracts | 14,040.00 |
| Auto auction sales | 22,500.00 |
| TOTAL | $69,690.00 |

EXPENSES:

| | |
|---|---|
| Rent - building | $ 5,988.00 |
| Wages | 7,200.00 |
| Supplies | 205.00 |
| Utilities | 3,340.00 |
| Advertising | 8,242.00 |
| Bookkeeper | 460.35 |
| Property Insurance | 1,093.00 |
| Worker's Comp. | 411.43 |
| Gas | 175.00 |
| SDAT Filing Fee | 300.00 |
| TOTAL | $27,414.78 |
| | |
| Payments to Auction Credit | $19,127.00 |
| Payments to Vehicle Acceptance | 20,632.80 |
| | $39,759.98 |
| | |
| PROFIT | $ 2,515.24 |

1

Explanatory Notes:

1. Proceeds from used vehicle sales are net amount to Debtor after deduction of floor plan payment on sold vehicle or split with consigner; average for projection $850.00 per vehicle. Sales projection are for 39 vehicle sales for 90 day period (3.25 per week). Projections are based on 2020 sales: April, Debtor sold 13 vehicles, May, 9 vehicles, June, 19 vehicles, and July, 6 vehicles.

2. Service contracts are sold by Debtor to vehicle buyers. Debtor historically sells warranties to 90% of vehicle buyers. Average $400.00 profit per contract. Calculation is 39 vehicles x 90% x 400 = $14,040.00

3. Auto auction sales are net amount to Debtor from sale of trade-in vehicles at auto auctions at average $1,500.00 profit. For the 90-day period, Debtor expects to sell 15 vehicles.

4. Debtor leases premises from Tevis Oil (unrelated) and pays its share of monthly rent of $3,990.00. Balance of rent paid by KandC Services.

5. Debtor presently employs 0 but anticipates hiring salesperson/manager in final 60-days of budget period. Members do not presently draw a salary from Debtor.

6. Debtor uses bookkeeping service (Otterdale) and pays 1/3 of monthly expense. Bookkeeping contract is between Otterdale and KandC Services.

7. Advertising includes Carfax, Cargurus, CarsforSale.

Debtor does not provide MD State Inspection or repairs for vehicles it sells. KandC Service, LLC, a Maryland limited liability company owned by Catherine Freels, a member of Debtor, provides these services and pays its own rent, wages and operating expenses.

Payments to Auction Credit and Vehicle Acceptance are balance owed on pre-petition "out of trust" floor plan sales.

/s/ Robert J. Freels, Jr.
Robert J. Freels, Jr., Member

2