**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

In re:                                          *

**ROB'S TOWER MOTORS SALES &**    *          **Case No: 21-11670-NVA**
**SERVICE OF TANEYTOWN, INC.,**              **Chapter 11**
      **Debtor,**                          *

    *    *    *    *    *    *    *    *    *    *    *

**LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH**
**RESPECT TO FINAL USE OF CASH COLLATERAL**

By and through undersigned counsel, Vehicle Acceptance Corporation ("VAC" or "Creditor") hereby files its limited objection (the "Limited Objection") to the above-captioned debtor's (the "Debtor") request for authority to use cash collateral on a final basis, and respectfully states in support thereof:

1.      On March 17, 2021, the Debtor filed a voluntary petition under Chapter 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and has elected to proceed under Subchapter V of Chapter 11.

2.      On April 26, 2021, following a hearing, the Court entered a consent order authorizing the Debtor's use of cash collateral on an interim basis (the "Interim Order") and setting a hearing to consider final use of cash collateral for May 19, 2021 at 1:00 p.m. The Interim Order further established a deadline to object to the final use of cash collateral by the Debtor as May 14, 2021.

3.      During the pendency of this case, VAC has engaged in numerous discussions and negotiations with the Debtor regarding the use of VAC's cash collateral in an effort to allow the Debtor to remain operating its business, while protecting VAC's secured interests. To that end,

VAC and the Debtor, along with other secured creditors, negotiated the terms of the Interim Order.

4.    VAC does not object to the continued use of cash collateral provided that the final order approving such use (or further interim order as the case may be) includes the same protections afforded VAC under the Interim Order including, but not limited to, terms of adequate protection, required payments and timing thereof and the modification/lifting of the automatic stay to proceed with state court actions, if necessary.[1]

Dated:  May 14, 2021                          Respectfully submitted,


                                              /s/ *Dennis J. Shaffer*
                                              Dennis J. Shaffer, Esq. (Bar No. 25680)
                                              WHITEFORD, TAYLOR & PRESTON, LLP
                                              7 Saint Paul Street, Suite 1500
                                              Baltimore, Maryland 21202
                                              (410) 347-8700
                                              (410) 223-4302 (facsimile)

                                              -and-

                                              Christopher A. Jones (VSB # 40064)
                                              WHITEFORD, TAYLOR & PRESTON, LLP
                                              3190 Fairview Park Drive, Suite 300
                                              Falls Church, Virginia 22042
                                              (703) 280-9263
                                              (703) 280-8942 (facsimile)

                                              *Counsel for Vehicle Acceptance Corporation*

---

[1]    VAC notes that the payment of $4,763.63 to be made by May 10, 2021 under the Interim Order was not received by VAC's counsel until May 14, 2021 (amount actually received = $4,869.70).  This delay in payment under the Interim Order causes VAC concern regarding the Debtor's ability to comply with any cash collateral order.

**Certificate of Service**

I hereby certify that on May 14, 2021, the foregoing was served on the parties below via the Court's CM/ECF system.

/s/ *Dennis J. Shaffer*
Dennis J. Shaffer (Bar No. 25680)
Seven Saint Paul Street, 15th Floor
Baltimore, Maryland 21202-1636
Phone:  (410) 347-9437
Fax: (410) 223-4337
dshaffer@wtplaw.com

- **Ashley H. Hou**     ashley.hou@sba.gov
- **Jason Kutcher**     jason.kutcher@troutman.com, Sharron.fay@troutman.com;Natalya.diamond@troutman.com;FSLECFIntake @troutmansanders.com
- **Edward M. Miller**     mmlllplawyers@verizon.net
- **Pierce C Murphy**     pmurphy@mdattorney.com, efiling@silvermanthompson.com;dcaimona@silvermanthompson.com
- **Alan Bartlett Padfield**     , shopkins@padfieldstout.com
- **Dennis J. Shaffer**     dshaffer@wtplaw.com, kmccruden@wtplaw.com;pbowling@wtplaw.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV
- **Gerard R. Vetter**     gerard.r.vetter@usdoj.gov
- **Jolene E. Wee**     jwee@jw-infinity.com, cjew11@trustesolutions.net
- **Christopher S. Young**     cyoung@btlg.us, sphillips@btlg.us;hconnolly@btlg.us;edonohue@btlg.us;hyeung@btlg.us;klohmeyer@btlg.us

*11710030*