IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & § | |
| SERVICE OF TANEYTOWN, LLC, § | |
| § | CHAPTER 11 |
| Debtor § | (Subchapter V) |
| § | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS**
**WITH RESPECT TO FINAL USE OF CASH COLLATERAL**

Westlake Flooring Company, LLC ("Westlake"), by counsel, hereby files its limited objection to the above-captioned debtor's request for authority to use cash collateral on a final basis, and respectfully states as follows in support:

1. On March 17, 2021, Rob's Tower Motors Sales & Service of Taneytown, LLC ("Debtor") filed a voluntary petition under Chapter 11 of the United States Code.

2. On April 26, 2021, following a hearing, the Court entered a consent order authorizing Debtor's use of cash collateral on an interim basis (the "Interim Order") and set a hearing to consider final use of cash collateral for May 19, 2021. [ECF 70.] Objections to the final use of cash collateral were to be filed on or before May 14, 2021. *Id*.

3. Exhibit C to the Interim Order identified those vehicles financed by Westlake to which it claims a perfected first-priority security interest. *See id*., at Ex. C. One such vehicle is a Ford F-150, VIN IFTEWIEG6KFA98113 (the "Vehicle"). *Id*.

4. Debtor sold the Vehicle.

5. Westlake has not received payment as required by the Interim Order.

6. As of May 10, 2021, the outstanding balanced owed to Westlake with respect to the Vehicle is $36,330.04.

7. Following the last creditor's meeting, the undersigned requested an update as to when Westlake should expect to receive payment. To date, the undersigned has not received a response.

8. Thus, Westlake notes this limited objection to preserve its rights as provided for in the Interim Order.

9. As evidenced by the Interim Order, Westlake has worked with Debtor regarding the use of Westlake's cash collateral to allow Debtor to remain in business while protecting Westlake's secured interest.

10. Westlake is amenable to continue to do so but insists on receiving prompt payment for any of the vehicles listed in Exhibit C to the Interim Order.

11. Westlake does not object to the continued use of cash collateral provided Debtor satisfies what is owed to Westlake, and that the final order approving such use (or any further interim order as may be required) includes the same protections afforded to Westlake under the Interim Order including, but not limited to, terms of adequate protection, required payments and timing thereof, and the modification/lifting of the automatic stay to proceed with state court actions if necessary.

Dated: May 14, 2021  Respectfully submitted,

**WESTLAKE FLOORING COMPANY, LLC**

/s/ Jason T. Kutcher
Jason T. Kutcher, Esq., Bar No. 20033
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 274.2915
E-mail: jason.kutcher@troutman.com
*Counsel for Westlake Flooring Company, LLC*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will cause electronic notice of the filing to be served on all registered parties.

/s/ Jason T. Kutcher