**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

IN RE:                                              *      Case No.: 21-11670-NVA

ROB'S TOWER MOTORS SALES & SERVICE      *      Chapter 11
OF TANEYTOWN, LLC                                       (Subchapter V)
                Debtor                              *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

<u>**ORDER CONVERTING CASE TO CHAPTER 7**</u>

The Motion of the Debtor having been read and considered, it is, as of the date this

Order is signed;

ORDERED, by the United States Bankruptcy Court for the District of Maryland, that the

above-captioned case be, and is hereby, converted to a case under Chapter 7 of the United

States Bankruptcy Code.

1

cc:

Debtor
Debtor's Counsel
Creditors
Parties-in-Interest
U.S. Trustee-Baltimore

**END OF ORDER**