✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: (Y) N
Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 11

## SCHEDULING CONFERENCE CONDUCTED

Date: 04/19/2021   Time: 04:00

CASE: 21-11670 Rob's Tower Motors Sales & Service of Taneyto
*and Robert Freels (principal)*

(Edward M. Miller) representing Rob's Tower Motors Sales & Service of
Taneytown, LLC (Debtor)

PRO SE (Jolene E. Wee) (Trustee)

(Gerard R. Vetter) representing US Trustee - Baltimore (U.S. Trustee)

[54] Objection on behalf of Auction Credit Enterprises,
LLC Filed by Alan Bartlett Padfield (related document(s)
6 Proposed Order)

**MOVANT** : Auction Credit Enterprises, LLC BY (P Murphy) (A) Padfield

[60] Support Document (Debtor's 90-Day Proposed
Budget) Filed by Edward M. Miller (related document(s) Hearing (Bk))
(Miller, Edward).
Related document(s)s7 Motion to Use Cash Collateral
filed by Debtor Rob's Tower Motors Sales &
Service of Taneytown, LLC. Modified on 4/12/2021
(Kaniowski, Amanda).

*Dennis Shaffer
Re
VAC*

**MOVANT** : Rob&#039 s Tower Motors Sales & Service of Taneytown, LLC BY E Miller

→ [7] Motion to Use Cash Collateral Filed by Rob'
s Tower Motors Sales & Service of Taneytown, LLC.
(Attachments: #s2 Proposed Order)

**MOVANT** : Rob&#039 s Tower Motors Sales & Service of Taneytown, LLC BY E Miller

[20] Scheduling Order for Chapter 11 Small Business Subchapter
V . Objection to Designation Due By 4/7/2021. Pre-Status
Conf Report Due By 4/7/2021. Status Conference set
for 4/21/2021 at 01:00 PM at Courtroom 2-A, Baltimore
- Judge Alquist. Request to Extend Deadline to File
Plan Due By 5/17/2021. Chapter 11 Plan and Certificate
of Service due by 6/15/2021.

*Jason Kutcher
for Westlake*

[22] Support Document to Motion for Interim Use of Cash
Collateral (14-Day Budget) Filed by Edward M. Miller
(related document(s) 7 Motion to Use Cash Collateral
filed by Debtor Rob's Tower Motors Sales &
Service of Taneytown, LLC).

**MOVANT** : Rob&#039 s Tower Motors Sales & Service of Taneytown, LLC BY E Miller

[23] Amended Certificate of Service (Second Amended Certificate
of Service) Filed by Edward M. Miller (related document(s)
7 Motion to Use Cash Collateral filed by Debtor
Rob's Tower Motors Sales & Service of Taneytown,

LLC).

**MOVANT** : Rob&#039;s Tower Motors Sales & Service of Taneytown, LLC BY E Miller

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS: *Debtor's counsel will submit revised form of Consent Order.*

    Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel   [ ] Other _____

NOTES: