IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | § |
| | § Case No. 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & | § |
| SERVICE OF TANEYTOWN, LLC, | § |
| | § CHAPTER 11 |
| Debtor | § (Subchapter V) |
| | § |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE NOTICE the appearance of S. Mohsin Reza of the firm Troutman Pepper Hamilton Sanders LLP and WITHDRAW the appearance of Jason T. Kutcher of the same firm, as counsel for Movant Westlake Flooring Company, LLC for all purposes herein.

Dated:  May 28, 2021                    Respectfully submitted,

**WESTLAKE FLOORING COMPANY, LLC**

/s/ S. Mohsin Reza
S. Mohsin Reza, Esq. MD Bar No. 19015
Jason T. Kutcher, Esq., MD Bar No. 20033
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274 1927
Fax:  (702) 488-6510
Email:  mohsin.reza@troutman.com
Email: jason.kutcher@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will cause electronic notice of the filing to be served on all registered parties.

/s/ S. Mohsin Reza