Entered: June 8th, 2021
Signed: June 8th, 2021
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **21–11670 – NVA**   Chapter: **11**

**Rob's Tower Motors Sales & Service of Taneytown, LLC**
Debtor

## ORDER CONVERTING FROM CHAPTER 11
## TO A CASE UNDER CHAPTER 7 ON DEBTOR'S REQUEST

Upon consideration of the motion/application of the Debtor requesting conversion of this Chapter 11 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(a), and it appearing that no trustee was appointed herein and that this Chapter 11 case was commenced by the filing of a voluntary petition of the Debtor or by the voluntary conversion by the Debtor to Chapter 11, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 11 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor
      Attorney for Debtor – Edward M. Miller
      Case Trustee – Jolene E. Wee
      U.S. Trustee

**End of Order**

13x03 (rev. 11/07/2005) – AmandaKaniowski