## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 9, 2021, a copy of the Application for Authority to Employ Counsel for Trustee was served via CM/ECF on :

Edward M. Miller
Miller and Miller, LLP
39 N. Court St.
Westminster, MD 21157

and via 1st Class Mail on:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

              */s/ Zvi Guttman*