IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

In re:

Rob's Tower Motors Sales & Service of Taneytown, LLC

    Debtor(s)

Case 21-11670-NVA

(Chapter 7)

**VERIFIED STATEMENT OF COUNSEL**
**(The Law Offices of Zvi Guttman, P.A.)**

I, Zvi Guttman, a principal of the law firm of above named (the "Firm") state:

1. I am an attorney duly admitted to practice law in the State of Maryland and before the United States Bankruptcy Court for the District of Maryland.

2. I and the Firm:

    A. do not have any connections with the Debtors, Trustee, creditor or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee (except that I am a panel trustee and that I and the Firm represent me and other panel trustees in other cases);

    B. have not served as an examiner in connection with these bankruptcy cases;

    C. are "disinterested persons" within the meaning of Section 101(14) of the Bankruptcy Code and are eligible to serve as an attorney for the Trustee.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

I state under penalty of perjury that the foregoing is true and correct

*/s/ Zvi Guttman*
Zvi Guttman, (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500