United States Bankruptcy Court
District of Maryland

In re:                                                                                              Case No. 21-11670-NVA
Rob's Tower Motors Sales & Service                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                                                   User: admin                                                   Page 1 of 3
Date Rcvd: Jun 08, 2021                                   Form ID: 309D                                          Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| aty | + | Alan Bartlett Padfield, Padfielld & Stout LLP, 420 Throckmorton St., Ste 1210, Fort Worth, TX 76102-3792 |
| aty | + | Ashley H. Hou, U.S. Small Business Admin., 100 S. Charles Street, Suite 1201, Baltimore, MD 21201-2714 |
| aty | + | Christopher S. Young, Business & Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| aty | + | Dennis J. Shaffer, Whiteford, Taylor & Preston L.L.P., 7 Saint Paul St., Baltimore, MD 21202-1697 |
| aty | + | Pierce C Murphy, Silverman Thompson Slutkin & White LLC, 201 N. Charles Street, 26th Floor, Baltimore, MD 21201-4149 |
| aty | + | Syed Mohsin Reza, Troutman Sanders, LLP, 401 9th Street, N.W., Suite 100, Washignton, DC 20004-2138 |
| cr | + | Auction Credit Enterprises, LLC, 14951 Dallas Parkway, #200, Dallas, TX 75254-6883 |
| cr | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, Business and Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046 UNITED STATES 21046-1081 |
| cr | + | U.S. Small Business Administration, 100 S. Charles Street, Suite 1201, Baltimore, MD 21201-2714 |
| 31775223 | + | Auction Credit Enterpriises LLC, Bankruptcy Notification, 14951 Dallas Parkway #200, Dallas, TX 75254-6883 |
| 31825966 | + | Auction Credit Enterprises, LLC, c/o Alan B. Padfield, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 31775224 | + | Bizfund.com, Bankruptcy Notification, 2371 McDonald Ave., 2nd Fl., Brooklyn, NY 11223-4738 |
| 31775242 | + | Carroll County, County Attorney's Office, 225 N. Center Street, Westminster, MD 21157-5194 |
| 31775225 | + | Complete Business Solutions Group, Inc., d/b/a Par Funding, Bankruptcy Notification, 2000 PGA Blvd. #4440, North Palm Beach, FL 33408-2738 |
| 31775226 | + | Dallas Growth Capital and Funding LLC, dba Sprout Funding, Bankruptcy Notification, 4890 Alpha Rd. #200, Dallas, TX 75244-4639 |
| 31824995 | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, c/o Christopher S. Young, Esq., 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| 31775227 | + | Dave Barnett, 289 Carnes Lane, Sykesville, MD 21784-7136 |
| 31775228 | + | David Stair, 1727 Hughes Shop Rd., Westminster, MD 21158-2917 |
| 31813552 | + | Fountainhead, Bankruptcy Notification, 3216 W. Lake Mary Blvd., Lake Mary, FL 32746-3491 |
| 31803158 | + | Fountainhead SBF LLC, Shutts & Bowen LLP c/o Harris J. Koroglu, 200 South Biscayne Blvd., Suite 4100, Miami, FL 33131-2362 |
| 31775231 | + | Lloyd Griffith, 821 Deer Ridge Dr., Westminster, MD 21158-2935 |
| 31775232 | + | LoanMe, Inc. Small Business Loan, Bankruptcy Notification, P.O. Box 5645, Orange, CA 92863-5645 |
| 31817424 | + | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 31775239 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31775241 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |
| 31795448 | + | U.S. Small Business Administration, 100 S. Charles St. #1210, Baltimore, MD 21201-2725 |
| 31775235 | | U.S. Small Business Administration, Bankruptcy Notification, 2 North St. #320, Birmingham, AL 35203 |
| 31775236 | + | Vehicle Acceptance Corporation, Bankruptcy Notification, 901 Main St. #3450, Dallas, TX 75202-3752 |
| 31826015 | + | Westlake Flooring Company, LLC, c/o Jason Kutcher, Esq., Troutman Pepper, 401 9th St. NW, Ste., 1000, Washington, DC 20004-2186 |
| 31775237 | + | Westlake Flooring Company, LLC, Bankruptcy Notification, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mmllplawyers@verizon.net | Jun 08 2021 19:23:00 | Edward M. Miller, Miller and Miller, LLP, 39 N. Court St., Westminster, MD 21157 |
| tr | EDI: BZGUTTMAN.COM | Jun 08 2021 23:23:00 | Zvi Guttman, c/o The Law Offices of Zvi Guttman, P.A., P. O. Box 32308, Baltimore, MD 21282-2308 |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 309D | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 31775222 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 08 2021 19:26:00 | Ascentium Capital,LLC, Bankruptcy Notification, c/o Hunter Warfield, Inc., 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 31775244 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 08 2021 19:25:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31775240 | + | EDI: IRS.COM | Jun 08 2021 23:23:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 31812858 | + | Email/Text: bankruptcy@servicingsolutions.com | Jun 08 2021 19:27:00 | LoanMe, Inc, 1900 S State College Blvd, Suite 300, Anaheim, CA 92806-6152 |
| 31775233 | + | Email/Text: bankruptcy@ondeck.com | Jun 08 2021 19:27:00 | On Deck, Bankruptcy Notification, 901 N. Stuart St. #700, Arlington, VA 22203-4129 |
| 31775243 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jun 08 2021 19:28:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31775238 | | Email/Text: atlreorg@sec.gov | Jun 08 2021 19:26:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31775230 | | Itrivia Ventures LLC, Bankruptcy Notification |
| 31775234 | | Slate Advance LLC, INVALID ADDRESS PROVIDED |
| 31810027 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31775229 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | shopkins@padfieldstout.com |
| Ashley H. Hou | ashley.hou@sba.gov |
| Christopher S. Young | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 08, 2021 | Form ID: 309D | Total Noticed: 40 |

cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us

Dennis J. Shaffer

dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com

Edward M. Miller

mmllplawyers@verizon.net

Gerard R. Vetter

gerard.r.vetter@usdoj.gov

Jolene E. Wee

jwee@jw-infinity.com  cjew11@trustesolutions.net

Pierce C Murphy

pmurphy@mdattorney.com  efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

Syed Mohsin Reza

mohsin.reza@troutmansanders.com  sharron.fay@troutmansanders.com,jason.kutcher@troutman.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 11

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Rob's Tower Motors Sales & Service of Taneytown, LLC <br> Name | EIN | 46–2167210 |
| United States Bankruptcy Court | District of Maryland | Date case filed in chapter 11 | 3/17/21 |
| Case number: 21–11670 NVA | Chapter: 7 | Date case converted to chapter 7 | 6/8/21 |

Official Form 309D (For Corporations or Partnerships)

*REISSUED* **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Rob's Tower Motors Sales & Service of Taneytown, LLC | |
| 2. | **All other names used in the last 8 years** | dba Rob's Tower Motors | |
| 3. | **Address** | 529 E. Baltimore St. <br> Taneytown, MD 21787 | |
| 4. | **Debtor's attorney** <br> Name and address | Edward M. Miller <br> Miller and Miller, LLP <br> 39 N. Court St. <br> Westminster, MD 21157 | Contact phone (410) 751–5444 <br> Email: mmllplawyers@verizon.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Zvi Guttman <br> c/o The Law Offices of Zvi Guttman, P.A. <br> P. O. Box 32308 <br> Baltimore, MD 21282–2308 | Contact phone (410) 580–0500 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division <br> 101 West Lombard Street, Ste. 8530 <br> Baltimore, MD 21201 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br> Contact phone   (410) 962–2688 <br> Date:                     6/8/21 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 7, 2021 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **See the included UST Notice for meeting participation details.** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page 1

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines.<br><br>All claims actually filed by a creditor *before conversion of the case are* deemed filed in the Chapter 7 case.<br>You need not re–file your proof of claim. | **Deadline for all creditors to file a proof of claim** Filing deadline: 8/17/21<br>**(except governmental units):**<br><br>**Deadline for governmental units to file a proof**   Filing deadline: 12/6/21<br>**of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| 11. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |

**Case converted.**