United States Bankruptcy Court
District of Maryland

In re:     Case No. 21-11670-NVA
Rob's Tower Motors Sales & Service     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2021 | Form ID: ustinst | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| aty | + | Alan Bartlett Padfield, Padfielld & Stout LLP, 420 Throckmorton St., Ste 1210, Fort Worth, TX 76102-3792 |
| aty | + | Ashley H. Hou, U.S. Small Business Admin., 100 S. Charles Street, Suite 1201, Baltimore, MD 21201-2714 |
| aty | + | Christopher S. Young, Business & Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| aty | + | Dennis J. Shaffer, Whiteford, Taylor & Preston L.L.P., 7 Saint Paul St., Baltimore, MD 21202-1697 |
| aty | + | Edward M. Miller, Miller and Miller, LLP, 39 N. Court St., Westminster, MD 21157-5135 |
| aty | + | Pierce C Murphy, Silverman Thompson Slutkin & White LLC, 201 N. Charles Street, 26th Floor, Baltimore, MD 21201-4149 |
| aty | + | Syed Mohsin Reza, Troutman Sanders, LLP, 401 9th Street, N.W., Suite 100, Washignton, DC 20004-2138 |
| cr | + | Auction Credit Enterprises, LLC, 14951 Dallas Parkway, #200, Dallas, TX 75254-6883 |
| cr | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, Business and Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046 UNITED STATES 21046-1081 |
| cr | + | U.S. Small Business Administration, 100 S. Charles Street, Suite 1201, Baltimore, MD 21201-2714 |
| 31775223 | + | Auction Credit Enterpriises LLC, Bankruptcy Notification, 14951 Dallas Parkway #200, Dallas, TX 75254-6883 |
| 31825966 | + | Auction Credit Enterprises, LLC, c/o Alan B. Padfield, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 31775224 | + | Bizfund.com, Bankruptcy Notification, 2371 McDonald Ave., 2nd Fl., Brooklyn, NY 11223-4738 |
| 31775242 | + | Carroll County, County Attorney's Office, 225 N. Center Street, Westminster, MD 21157-5194 |
| 31775225 | + | Complete Business Solutions Group, Inc., d/b/a Par Funding, Bankruptcy Notification, 2000 PGA Blvd. #4440, North Palm Beach, FL 33408-2738 |
| 31775226 | + | Dallas Growth Capital and Funding LLC, dba Sprout Funding, Bankruptcy Notification, 4890 Alpha Rd. #200, Dallas, TX 75244-4639 |
| 31824995 | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, c/o Christopher S. Young, Esq., 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| 31775227 | + | Dave Barnett, 289 Carnes Lane, Sykesville, MD 21784-7136 |
| 31775228 | + | David Stair, 1727 Hughes Shop Rd., Westminster, MD 21158-2917 |
| 31813552 | + | Fountainhead, Bankruptcy Notification, 3216 W. Lake Mary Blvd., Lake Mary, FL 32746-3491 |
| 31803158 | + | Fountainhead SBF LLC, Shutts & Bowen LLP c/o Harris J. Koroglu, 200 South Biscayne Blvd., Suite 4100, Miami, FL 33131-2362 |
| 31775231 | + | Lloyd Griffith, 821 Deer Ridge Dr., Westminster, MD 21158-2935 |
| 31775232 | + | LoanMe, Inc. Small Business Loan, Bankruptcy Notification, P.O. Box 5645, Orange, CA 92863-5645 |
| 31817424 | + | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 31775239 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31775241 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |
| 31795448 | + | U.S. Small Business Administration, 100 S. Charles St. #1210, Baltimore, MD 21201-2725 |
| 31775235 | | U.S. Small Business Administration, Bankruptcy Notification, 2 North St. #320, Birmingham, AL 35203 |
| 31775236 | + | Vehicle Acceptance Corporation, Bankruptcy Notification, 901 Main St. #3450, Dallas, TX 75202-3752 |
| 31826015 | + | Westlake Flooring Company, LLC, c/o Jason Kutcher, Esq., Troutman Pepper, 401 9th St. NW, Ste., 1000, Washington, DC 20004-2186 |
| 31775237 | + | Westlake Flooring Company, LLC, Bankruptcy Notification, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: zguttman@gmail.com | Jun 08 2021 19:27:00 | Zvi Guttman, c/o The Law Offices of Zvi Guttman, P.A., P. O. Box 32308, Baltimore, MD 21282-2308 |
| 31775222 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 08 2021 19:26:00 | Ascentium Capital,LLC, Bankruptcy Notification, |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: ustinst | Total Noticed: 40 |

| Recip ID | | Notice Type/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | c/o Hunter Warfield, Inc., 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 31775244 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 08 2021 19:25:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31775240 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 19:26:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 31812858 | + | Email/Text: bankruptcy@servicingsolutions.com | Jun 08 2021 19:27:00 | LoanMe, Inc, 1900 S State College Blvd, Suite 300, Anaheim, CA 92806-6152 |
| 31775233 | + | Email/Text: bankruptcy@ondeck.com | Jun 08 2021 19:27:00 | On Deck, Bankruptcy Notification, 901 N. Stuart St. #700, Arlington, VA 22203-4129 |
| 31775243 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jun 08 2021 19:28:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31775238 | | Email/Text: atlreorg@sec.gov | Jun 08 2021 19:26:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31775230 | | Itrivia Ventures LLC, Bankruptcy Notification |
| 31775234 | | Slate Advance LLC, INVALID ADDRESS PROVIDED |
| 31810027 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31775229 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | shopkins@padfieldstout.com |
| Ashley H. Hou | ashley.hou@sba.gov |
| Christopher S. Young | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |

| District/off: 0416-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: ustinst | Total Noticed: 40 |

Dennis J. Shaffer
    dshaffer@wtplaw.com   kmccruden@wtplaw.com,pbowling@wtplaw.com

Edward M. Miller
    mmllplawyers@verizon.net

Gerard R. Vetter
    gerard.r.vetter@usdoj.gov

Jolene E. Wee
    jwee@jw-infinity.com   cjew11@trustesolutions.net

Pierce C Murphy
    pmurphy@mdattorney.com   efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

Syed Mohsin Reza
    mohsin.reza@troutmansanders.com   sharron.fay@troutmansanders.com,jason.kutcher@troutman.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zguttman@gmail.com   zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 11

# NOTICE FROM THE OFFICE OF THE UNITED STATES TRUSTEE

# INSTRUCTIONS AND INFORMATION FOR PARTICIPATION IN TELEPHONIC SECTION 341 MEETINGS IN THE DISTRICT OF MARYLAND

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, all § 341 Meetings of Creditors ("Meetings") will be conducted remotely. The information to participate in § 341 Meeting of Creditors ("Meeting") is set forth below. All parties are encouraged to contact the case trustee or check the docket for up−to−date information.

**The guiding principle to this procedure is to avoid in−person contact, both during the Meetings and in preparation for the Meetings, even if that means that Meetings cannot be concluded because certain documents have to be provided at a later time.**

### Zoom Instructions:

- By Video: Five minutes before the scheduled time, go to: zoom.us/join and enter the Zoom ID and password listed next to the presiding trustee. Wait in the waiting room until you are brought into the conference. Mute your mic until your case is called.
- By Telephone: Five minutes before the scheduled time, dial 301−715−8592 and enter the Zoom ID and password listed below next to the presiding trustee. Place your phone on mute until your case is called.

### Telephonic Instructions:

- Five minutes before the scheduled time, dial the call−in number and enter the passcode listed below next to the presiding trustee. Place your phone on mute until your case is called.

### Conference Guidelines:

1. Attend from a quiet area where there is as little background noise as possible.
2. As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute and identify yourself.
3. Please do not speak while the trustee is talking.
4. If any party is attending the Meeting from the same location as another party, which is discouraged, except for persons who live in the same household, use separate devices to participate.
5. Once the Meeting is finished, hang up or disconnect.
6. If you become disconnected before your Meeting is finished, call back.
7. If you are participating by phone:
    a. When speaking during your case, identify yourself.
    b. You must use a touch−tone phone to participate. A landline is preferred, do not use a speakerphone.
    c. Do not put the phone on hold at any time after the call is connected.
8. **No Recording**: The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited by law.

**Bankruptcy Documents**: Subject to the guiding principle of avoiding in−person contact, Debtors should be prepared and have in front of them copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning. Documents should be provided to the trustee according to normal requirements when possible.

**Debtor Identification**: Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee at least 5 days prior to the Meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if unrepresented. If such proof has not been provided, the 341 meeting will be held as scheduled, but will not be concluded until the trustee has received proof of identification. You will receive more specific instructions prior to your Meeting. Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the Meeting.

**Baltimore and Salisbury Meetings**

| Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|
| 11 | U.S. Trustee | Telephonic | Call: (866) 626−4103 | Passcode: 2560365# |
| 7 | Monique Almy | Telephonic | Call: (866) 560−7013 | Passcode: 1944549# |
| 7 | Marc Baer | Telephonic | Call: (877) 602−8949 | Passcode: 9376532# |
| 7 | Morgan Fisher | Zoom | Zoom ID: 3893−4937−02 | Password: 471235 |
| 7 | Charles Goldstein | Zoom | Zoom ID: 8725−8767−61 | Password: 676157 |
| 7 | Zvi Guttman | Zoom | Zoom ID: 4105−8005−00 | Password: 613613 |
| 7 | Craig Leavers | Zoom | Zoom ID: 6371−3538−61 | Password: 209327 |
| 7 | Patricia Jefferson | Zoom | Zoom ID: 3431−0354−11 | Password: 555101 |
| 13&12 | Rebecca Herr | Zoom | Zoom ID: 4941−3185−18 | Password: 132513 |
| 13&12 | Robert Thomas | Telephonic | Call: (866) 619−6346 | Passcode: 8577515# |

**Greenbelt and Hagerstown Meetings**

| Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|
| 11 | U.S. Trustee | Telephonic | Call: (866) 917−2025 | Passcode: 2926743# |
| 7 | Merrill Cohen | Zoom | Zoom ID: 7412−3367−61 | Password: 264367 |
| 7 | Steven Greenfeld | Zoom | Zoom ID: 8890−1099−34 | Password: 111225 |
| 7 | Laura Margulies | Zoom | Zoom ID: 3399−3591−37 | Password: 341362 |
| 7 | Janet Nesse | Zoom | Zoom ID: 9198−1897−06 | Password: 681437 |
| 7 | Cheryl Rose | Telephonic | Call: (877) 953−9751 | Passcode: 3784925# |
| 7 | Gary Rosen | Zoom | Zoom ID: 6386−6946−87 | Password: 082183 |
| 7 | Roger Schlossberg | Zoom | Zoom ID: 8605−5658−92 | Password: 091101 |
| 7 | Michael Wolff | Zoom | Zoom ID: 6975−9781−91 | Password: 374948 |
| 13&12 | Rebecca Herr | Zoom | Zoom ID: 9282−0661−46 | Password: 132613 |
| 13&12 | Timothy Branigan | Telephonic | Call: (866) 626−4088 | Passcode: 5446001# |