IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| ROB'S TOWER MOTORS SALES & | * | Case No. 21-11670-NVA |
| SERVICE OF TANEYTOWN, LLC, | * | Chapter 11 (Subchapter V) |
| | * | |
| Debtor. | * | |
| | * | |

* * * * * * * * * * * * *

### *AMENDED* APPLICATION FOR COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Jolene E. Wee, Subchapter V Trustee herein, (the "Applicant"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By this Application, Applicant requests that the Court allow an administrative claim for fees of **$5,940.00** and expenses of **$29.60**. Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1. Date petition filed: March 17, 2021

2. Date plan confirmed: N/A

3. The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on March 18, 2021 [Docket No. 11].

4. Amount of fees and expenses previously approved:

   a. Fees: $0

   b. Expenses: $0

5. Amounts of fees and expenses received to date:

   a. Fees: $0

   b. Expenses: $0

6. Time period covered by this Application: March 18, 2021 – June 4, 2021

7. Fees requested in this Application: $5,940.00

    a. Trustee: $550 x 10.8 hours = $5,940.00

8. Total hours in this Application: 10.8

9. Total expenses requested in this Application: $29.60

10. Total fees and expenses requested: $5,969.60

11. A brief billing statement is attached as Exhibit A.

12. Brief description of services: Applicant served as Subchapter V trustee on this matter and: (1) reviewed documents and information related to the Debtor and the case; (2) participated in the Initial Debtor's Interview, three 341 meetings of creditors and two hearings on cash collateral motion; (3) communicated with the Debtor and US Trustee's office throughout the case; (4) provided oversight of the Debtor's financial performance over the course of the bankruptcy case through financial reviews of the Debtor's budgets, MOR and bank statements; (5) explored various subchapter V plan solutions with Debtor's counsel, such as: introduced Debtor's counsel to a potential DIP lender to consolidate its secured debts and pay off its secured lenders; and proposed that potential subchapter V plan payments be supplemented by KandC Service, LLC, a company owned by Catherine Freels, a member of the Debtor. Despite best efforts made by the Applicant to help the Debtor propose and confirm a viable Subchapter V plan, the Debtor failed to achieve projected sales needed to fulfill its debt obligations to its secured lenders under the Consent Order Authorizing Interim Use of Cash Collateral that was entered by the Court and decided to file a motion to convert to Chapter 7.

13. Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14. Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

15. No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

16. Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on March 24, 2021 [Docket No. 20]

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

Dated: June 14, 2021.

/s/ Jolene E. Wee
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com

*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

**I hereby certify** that on June 14, 2021, a copy of the Amended Application for Compensation in a Case under Subchapter V of Chapter 11, Amended Notice of Trustee's Application for Compensation in a Case under Subchapter V of Chapter 11, and the proposed Order was served by electronic mail per CM/ECF guidelines to those persons and entities entitled to receive Notice of Electronic Filing in this case, including the following:

- Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
- Ashley H. Hou ashley.hou@sba.gov
- Edward M. Miller mmllplawyers@verizon.net
- Pierce C Murphy pmurphy@mdattorney.com, efiling@silvermanthompson.com, dcaimona@silvermanthompson.com
- Alan Bartlett Padfield shopkins@padfieldstout.com
- Syed Mohsin Reza mohsin.reza@troutmansanders.com, sharron.fay@troutmansanders.com, jason.kutcher@troutman.com
- Dennis J. Shaffer dshaffer@wtplaw.com, kmccruden@wtplaw.com, pbowling@wtplaw.com
- US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
- Gerard R. Vetter gerard.r.vetter@usdoj.gov
- Jolene E. Wee jwee@jw-infinity.com, cjew11@trustesolutions.net
- Christopher S. Young cyoung@btlg.us, sphillips@btlg.us, hconnolly@btlg.us, edonohue@btlg.us, hyeung@btlg.us, klohmeyer@btlg.us

/s/ Jolene E. Wee
Jolene E. Wee