

EXHIBIT A

## Billing Details For Serving as Subchapter V Trustee for Rob's Tower Motors Sales & Service of Taneytown, LLC

District of Maryland

03/18/2021 through 06/04/2021

| Record No. | Timekeeper | Date | Hours | Amount | Detail |
|---|---|---|---|---|---|
| 1 | J. Wee | 3/18/2021 | 0.2 | $ 110.00 | Reviewed filing and case documents |
| 2 | J. Wee | 3/26/2021 | 0.1 | $ 55.00 | Reviewed 14 day budget |
| 3 | J. Wee | 3/29/2021 | 0.1 | $ 55.00 | Reviewed cash collateral motion |
| 4 | J. Wee | 3/29/2021 | 0.2 | $ 110.00 | Call with E. Miller, G. Vetter regarding cash collateral motion |
| 5 | J. Wee | 3/29/2021 | 0.8 | $ 440.00 | Hearing on cash collateral motion |
| 6 | J. Wee | 3/29/2021 | 0.1 | $ 55.00 | Call with E. Miller regarding cash collateral motion |
| 7 | J. Wee | 4/7/2021 | 0.3 | $ 165.00 | Call with E. Miller regarding the debtor's business |
| 8 | J. Wee | 4/7/2021 | 0.1 | $ 55.00 | Call and corresponded with E. Miller and G. Vetter regarding the debtor's plan report |
| 9 | J. Wee | 4/8/2021 | 1.0 | $ 550.00 | Attended IDI |
| 10 | J. Wee | 4/8/2021 | 0.4 | $ 220.00 | Corresponded with E. Miller regarding follow up requests from IDI |
| 11 | J. Wee | 4/11/2021 | 0.2 | $ 110.00 | Corresponded with E. Miller regarding 3 month budget |
| 12 | J. Wee | 4/12/2021 | 0.3 | $ 165.00 | Call with E. Miller regarding the 3 month budget |
| 13 | J. Wee | 4/12/2021 | 1.4 | $ 770.00 | Attended 341 meeting |
| 14 | J. Wee | 4/12/2021 | 1.7 | $ 935.00 | Attended cash collateral hearing |
| 15 | J. Wee | 4/16/2021 | 0.1 | $ 55.00 | Reviewed proposed cash collateral order |
| 16 | J. Wee | 4/19/2021 | 0.1 | $ 55.00 | Call with E. Miller regarding the debtor's business |
| 17 | J. Wee | 4/22/2021 | 0.1 | $ 55.00 | Corresponded with G. Vetter regarding bookkeeping and accounting issues; discrepancies |
| 18 | J. Wee | 4/26/2021 | 0.3 | $ 165.00 | 341 meeting (continued) |
| 19 | J. Wee | 5/2/2021 | 0.7 | $ 385.00 | Reviewed BB&T bank statements to verify cash balance and PPP loan |
| 20 | J. Wee | 5/3/2021 | 0.2 | $ 110.00 | Corresponded with J. Heck regarding bank statements |
| 21 | J. Wee | 5/6/2021 | 0.5 | $ 275.00 | Reviewed MOR - identified concerns and issues |
| 22 | J. Wee | 5/6/2021 | 0.1 | $ 55.00 | Call with E. Miller regarding case issues |
| 23 | J. Wee | 5/6/2021 | 0.4 | $ 220.00 | Call with G. Vetter and J. Heck to prepare for 341 meeting |
| 24 | J. Wee | 5/6/2021 | 0.7 | $ 385.00 | Attended 341 meeting (continued) |
| 25 | J. Wee | 5/17/2021 | 0.1 | $ 55.00 | Call with E. Miller regarding debtor's decision to file the motion to convert the case to Chapter 7 |
| 26 | J. Wee | 6/4/2021 | 0.5 | $ 275.00 | Prepared fee application |
| 27 | J. Wee | 6/4/2021 | 0.1 | $ 55.00 | Prepared trustee's no distribution report |

**Total Fees for Services Performed as Subchapter V Trustee**     10.8  $ 5,940.00



## Billing Details For Serving as Subchapter V Trustee for Rob's Tower Motors Sales & Service of Taneytown, LLC

District of Maryland

03/18/2021 through 06/04/2021

**EXPENSES**

Noticing Cost for Fee Application

|  | **Stamps** | **Mailing** | **Creditors (#)** | **Total** |
|---|---|---|---|---|
| Domestic creditors | $ 0.55 | $ 0.25 | 37 | $ 29.60 |
| **Total Expenses** | | | | |
| | | | | **$ 29.60** |

**Total Fees and Expenses**

**$ 5,969.60**

## Check Payments

Please make checks payable to JW Infinity Consulting, LLC to be mailed to:

JW Infinity Consulting, LLC
Attn: Accounting Department
19813 Leitersburg Pike #190
Hagerstown, MD 21742