### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:                                    *
                                          *
ROB'S TOWER MOTORS SALES &                *     Case No. 21-11670-NVA
SERVICE OF TANEYTOWN, LLC,                *     Chapter 11 (Subchapter V)
                                          *
         Debtor.                          *
                                          *
*     *     *     *     *     *     *     *     *     *     *     *     *

### *AMENDED* NOTICE OF TRUSTEE'S APPLICATION FOR
### COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

**NOTICE IS HEREBY GIVEN** that Jolene E. Wee, Subchapter V Trustee ("Applicant"), has filed her Application for Compensation in a Case under Subchapter V of Chapter 11 (the "Application") pursuant to 11 U.S.C. §§ 330 and 503.  A copy of the Application is available for review at the Office of the Clerk of the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Baltimore, MD 21201.

The Applicant seeks approval of her fees and expenses totaling **$5,969.60** for the period from March 18, 2021 through June 4, 2021, which may be paid by the Debtor for the compensation for the Applicant's services as Subchapter V Trustee in the Debtor's bankruptcy case.

**IF ANY PARTY OBJECTS TO THE RELIEF REQUESTED, THE PARTY MUST RESPOND IN WRITING, SPECIFICALLY STATING THE OBJECTION AND ALL LEGAL AND FACTUAL GROUNDS ON WHICH THE OBJECTION IS BASED.  THE PARTY MUST FILE THE RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE OF THIS NOTICE IN ADDITION TO SERVING THE RESPONSE ON THE UNDERSIGNED AND ALL PARTIES ON THE**

**SERVICE LIST.  ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THE APPLICATION AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.**

Any party in interest with questions about the foregoing may contact the undersigned.

Dated: June 14, 2021

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com

*Subchapter V Trustee*