IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| ROB'S TOWER MOTORS SALES & | * | Case No. 21-11670-NVA |
| SERVICE OF TANEYTOWN, LLC, | * | Chapter 11 (Subchapter V) |
| | * | |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE OF
AMENDED NOTICE OF APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO SUBCHAPTER V TRUSTEE

**I hereby certify** that on June 14, 2021, a copy of the Amended Notice of Trustee's Application for Compensation in a Case under Subchapter V of Chapter 11 was served by electronic mail per CM/ECF guidelines to those persons and entities entitled to receive Notice of Electronic Filing in this case, including the following:

- Zvi Guttman zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
- Ashley H. Hou ashley.hou@sba.gov
- Edward M. Miller mmllplawyers@verizon.net
- Pierce C Murphy pmurphy@mdattorney.com, efiling@silvermanthompson.com, dcaimona@silvermanthompson.com
- Alan Bartlett Padfield shopkins@padfieldstout.com
- Syed Mohsin Reza mohsin.reza@troutmansanders.com, sharron.fay@troutmansanders.com, jason.kutcher@troutman.com
- Dennis J. Shaffer dshaffer@wtplaw.com, kmccruden@wtplaw.com, pbowling@wtplaw.com
- US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
- Gerard R. Vetter gerard.r.vetter@usdoj.gov
- Jolene E. Wee jwee@jw-infinity.com, cjew11@trustesolutions.net
- Christopher S. Young cyoung@btlg.us, sphillips@btlg.us, hconnolly@btlg.us, edonohue@btlg.us, hyeung@btlg.us, klohmeyer@btlg.us

*/s/ Jolene E. Wee*
Jolene E. Wee

**I hereby certify** that on June 14, 2021, a copy of the Amended Notice of Trustee's Application for Compensation in a Case under Subchapter V of Chapter 11 was served via first class mail, postage prepaid on the parties identified below <u>and</u> on those parties on the attached mailing matrix associated with this case.

Gerard R. Vetter
Assistant U.S. Trustee
101 W. Lombard St. #2625
Baltimore, MD 21201

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
*Chapter 7 Trustee*

Rob's Tower Motors Sales & Service of Taneytown, LLC
529 E. Baltimore St.
Taneytown, MD 21787
*Debtor*

Edward M. Miller
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
*Attorney for Debtor*

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston LLP
7 St. Paul St., Ste.15
Baltimore, MD 21202
*Attorney for Vehicle Acceptance Corporation*

Ashley H. Hou
Special Assistant U.S. Attorney
U.S. Small Business Administration
100 S. Charles St. #1201
Baltimore, MD 21201

S. Mohsin Reza, Esq.
Jason T. Kutcher, Esq.
Troutman Pepper Hamilton Sanders LLP
401 9th St. N.W. #1000
Washington, DC, 20004
*Attorney for Westlake Flooring Company, LLC*

Alan B. Padfield, Esq.
Padfield & Stout LLP
420 Throckmorton St., Ste. 1260
Fort Worth, TX 76102
*Attorney for Auction Credit Enterprises LLC*

    */s/ Jolene E. Wee*
    Jolene E. Wee

```
Label Matrix for local noticing          Auction Credit Enterprises, LLC          Dallas Growth Capital and Funding, LLC d/b/a
0416-1                                   14951 Dallas Parkway                     C/o Christopher S. Young, Esq.
Case 21-11670                            #200                                     Business and Technology Law Group
District of Maryland                     Dallas, TX 75254-6883                    6310 Hillside Court
Baltimore                                                                         Suite 160
Tue Jun  1 13:25:09 EDT 2021                                                      Columbia, MD 21046-1081

Rob's Tower Motors Sales & Service of T  U.S. Small Business Administration       Ascentium Capital,LLC
529 E. Baltimore St.                     100 S. Charles Street                    Bankruptcy Notification
Taneytown, MD 21787-2423                 Suite 1201                               c/o Hunter Warfield, Inc.
                                         Baltimore, MD 21201-2714                 4620 Woodland Corporate Blvd.
                                                                                  Tampa, FL 33614-2415

Auction Credit Enterpriises LLC          Auction Credit Enterprises, LLC          Bizfund.com
Bankruptcy Notification                  c/o Alan B. Padfield                     Bankruptcy Notification
14951 Dallas Parkway #200                Padfield & Stout, LLP                    2371 McDonald Ave., 2nd Fl.
Dallas, TX 75254-6883                    420 Throckmorton Street, Suite 1210      Brooklyn, NY 11223-4738
                                         Fort Worth, Texas 76102-3792

(p)U S SECURITIES AND EXCHANGE COMMISSION Carroll County                          Complete Business Solutions Group, Inc.
ATLANTA REG OFFICE AND REORG             County Attorney's Office                 d/b/a Par Funding
950 E PACES FERRY RD NE STE 900          225 N. Center Street                     Bankruptcy Notification
ATLANTA GA 30326-1382                    Westminster, MD 21157-5194               2000 PGA Blvd. #4440
                                                                                  North Palm Beach, FL 33408-2738

(p)COMPTROLLER OF MAYLAND                Dallas Growth Capital and Funding LLC    Dallas Growth Capital and Funding, LLC d/b/a
BANKRUPTCY UNIT                          dba Sprout Funding                       c/o Christopher S. Young, Esq.
301 W PRESTON ST ROOM 409                Bankruptcy Notification                  6310 Hillside Court, Suite 160
BALTIMORE MD 21201-2396                  4890 Alpha Rd. #200                      Columbia, MD 21046-1081
                                         Dallas, TX 75244-4639

Dave Barnett                             David Stair                              Department of Treasury
289 Carnes Lane                          1727 Hughes Shop Rd.                     Internal Revenue Service
Sykesville, MD 21784-7136                Westminster, MD 21158-2917               PO Box 7346
                                                                                  Philadelphia PA 19101-7346

Fountainhead                             Fountainhead SBF LLC                     Internal Revenue Service
Bankruptcy Notification                  Shutts & Bowen LLP c/o Harris J. Koroglu Centralized Insolvency Operation
3216 W. Lake Mary Blvd.                  200 South Biscayne Blvd.                 P.O. Box 7346
Lake Mary, FL 32746-3491                 Suite 4100                               Philadelphia, PA 19101-7346
                                         Miami, FL 33131-2362

(p)INTERNAL REVENUE SERVICE              Lloyd Griffith                           LoanMe, Inc
CENTRALIZED INSOLVENCY OPERATIONS        821 Deer Ridge Dr.                       1900 S State College Blvd
PO BOX 7346                              Westminster, MD 21158-2935               Suite 300
PHILADELPHIA PA 19101-7346                                                        Anaheim, CA 92806-6152

LoanMe, Inc. Small Business Loan         NextGear Capital, Inc.                   On Deck
Bankruptcy Notification                  11799 North College Avenue               Bankruptcy Notification
P.O. Box 5645                            Carmel, IN 46032-5605                    901 N. Stuart St. #700
Orange, CA 92863-5645                                                             Arlington, VA 22203-4129

Secretary of the Treasury                State of Maryland DLLR                   U.S. Attorney-District of MD
15 & Pennsylvania Avenue                 Division of Unemployment Insurance       4th floor
Washington, DC 20220-0001                1100 N. Eutaw Street, Room 401           36 S. Charles St.
                                         Baltimore, MD 21201-2225                 Baltimore, MD 21201-3020
```

| | | |
|---|---|---|
| U.S. Small Business Administration<br>100 S. Charles St. #1210<br>Baltimore, MD 21201-2725 | U.S. Small Business Administration<br>Bankruptcy Notification<br>2 North St. #320<br>Birmingham, AL 35203 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 |
| Vehicle Acceptance Corporation<br>Bankruptcy Notification<br>901 Main St. #3450<br>Dallas, TX 75202-3752 | Westlake Flooring Company, LLC<br>Bankruptcy Notification<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3827 | Westlake Flooring Company, LLC<br>c/o Jason Kutcher, Esq.<br>Troutman Pepper<br>401 9th St. NW, Ste., 1000<br>Washington, DC 20004-2186 |
| Edward M. Miller<br>Miller and Miller, LLP<br>39 N. Court St.<br>Westminster, MD 21157-5135 | Jolene E. Wee<br>447 Broadway<br>2nd Fl #502<br>New York, ny 10013-2562 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Vehicle Acceptance Corporation | (u)Westlake Flooring Company, LLC | (u)Itrivia Ventures LLC<br>Bankruptcy Notification |
| (u)Slate Advance LLC<br>INVALID ADDRESS PROVIDED | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     4<br>Total                  41 | |