Entered: July 1st, 2021
Signed: July 1st, 2021

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

In re:                                        (
                                              (
Rob's Tower Motors Sales & Service            (       Case 21-11670-NVA
of Taneytown, LLC                             (
                                              (            (Chapter 7)
                                              (
            Debtor(s)                         (
(      (      (      (      (      (      (      (      (      (      (      (      (

**<u>ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR TRUSTEE</u>**

Upon consideration of the Application for Authority to Employ Counsel for

Trustee, and it appearing that the appointment of The Law Offices of Zvi Guttman, P.A.

(the "Firm") as counsel for Zvi Guttman, Trustee, is in the best interest of the creditors

and the estate, and that such counsel represent no interests adverse to the estate in

matters upon which they are to be retained, it is by the United States Bankruptcy Court

for the District of Maryland --

ORDERED, that the Trustee is authorized to employ the Firm as counsel to

perform such professional and paraprofessional legal services as are necessary or

desirable in the administration of the captioned Estate; and it is

FURTHER ORDERED, that the allowance and payment of fees and expenses

shall be as described in the Application, subject to approval of this Court.

S**uggested Distribution List:**

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Edward M. Miller
Miller and Miller, LLP
39 N. Court St.
Westminster, MD 21157

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

CM/ECF Parties

**END OF ORDER**