United States Bankruptcy Court
District of Maryland

In re:  
Rob's Tower Motors Sales & Service  
    Debtor

Case No. 21-11670-NVA  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: zguttman@gmail.com | Jul 01 2021 19:29:00 | Zvi Guttman, The Law Offices of Zvi Guttman, P.A., P.O. Box 32308, Baltimore, MD 21282-2308 |
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 01 2021 19:28:00 | Office of the U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | shopkins@padfieldstout.com |
| Ashley H. Hou | ashley.hou@sba.gov |
| Christopher S. Young | cyoung@btlg.us sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Dennis J. Shaffer | dshaffer@wtplaw.com kmccruden@wtplaw.com,pbowling@wtplaw.com |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdfparty | Total Noticed: 2 |

Edward M. Miller
    mmllplawyers@verizon.net

Gerard R. Vetter
    gerard.r.vetter@usdoj.gov

Pierce C Murphy
    pmurphy@mdattorney.com  efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

Syed Mohsin Reza
    mohsin.reza@troutmansanders.com
    sharron.fay@troutmansanders.com,fslecfintake@troutmansanders.com,allison.melton@troutman.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 10

Entered: July 1st, 2021
Signed: July 1st, 2021
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | |
|---|---|
| In re: | ( |
| Rob's Tower Motors Sales & Service of Taneytown, LLC | ( Case 21-11670-NVA ( |
| | ( (Chapter 7) |
| Debtor(s) | ( |

## **<u>ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR TRUSTEE</u>**

Upon consideration of the Application for Authority to Employ Counsel for Trustee, and it appearing that the appointment of The Law Offices of Zvi Guttman, P.A. (the "Firm") as counsel for Zvi Guttman, Trustee, is in the best interest of the creditors and the estate, and that such counsel represent no interests adverse to the estate in matters upon which they are to be retained, it is by the United States Bankruptcy Court for the District of Maryland --

ORDERED, that the Trustee is authorized to employ the Firm as counsel to perform such professional and paraprofessional legal services as are necessary or desirable in the administration of the captioned Estate; and it is

FURTHER ORDERED, that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

S**<u>uggested Distribution List:</u>**

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Edward M. Miller
Miller and Miller, LLP
39 N. Court St.
Westminster, MD 21157

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

CM/ECF Parties

**END OF ORDER**