Entered: July 14th, 2021
Signed: July 13th, 2021
**SO ORDERED**



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| In re: | \* | |
| | \* | |
| ROB'S TOWER MOTORS SALES & | \* | Case No. 21-11670-NVA |
| SERVICE OF TANEYTOWN, LLC, | \* | Chapter 11 (Subchapter V) |
| | \* | |
| Debtor. | \* | |
| | \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING APPLICATION FOR COMPENSATION IN A
<u>CASE UNDER SUBCHAPTER V OF CHAPTER 11</u>**

UPON CONSIDERATION of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Jolene E. Wee, Subchapter V Trustee herein, ("Applicant" or "Trustee"), seeking an order allowing payment of Trustee's fees as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Application be and hereby is GRANTED; and it is further

**ORDERED,** that the Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of **<u>$5,969.60</u>** for Trustee's fees and expenses; and it is further

**ORDERED,** that the Court shall retain jurisdiction over all matters related to this Order.

~ 2 ~

Copies to:

Gerard R. Vetter
Assistant U.S. Trustee
101 W. Lombard St. #2625
Baltimore, MD 21021

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
*Chapter 7 Trustee*

S. Mohsin Reza, Esq.
Jason T. Kutcher, Esq.
Troutman Pepper Hamilton Sanders LLP
401 9th St. N.W. #1000
Washington, DC, 20004
*Attorney for Westlake Flooring Company, LLC*

Rob's Tower Motors Sales & Service of Taneytown, LLC
529 E. Baltimore St.
Taneytown, MD 21787
*Debtor*

Alan B. Padfield, Esq.
Padfield & Stout LLP
420 Throckmorton St., Ste. 1260
Fort Worth, TX 76102
*Attorney for Auction Credit Enterprises LLC*

Edward M. Miller
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
*Attorney for Debtor*

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston LLP
7 St. Paul St., Ste.15
Baltimore, MD 21202
*Attorney for Vehicle Acceptance Corporation*

Ashley H. Hou
Special Assistant U.S. Attorney
U.S. Small Business Administration
100 S. Charles St. #1201
Baltimore, MD 21201

Jolene E. Wee
447 Broadway 2nd Fl. #502
New York, NY 10013
*Subchapter V Trustee*

**All creditors requesting notice**

**END OF ORDER**