UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:  | Case No. 21-11670-NVA

ROB'S TOWER MOTORS SALES &
SERVICE OF TANEYTOWN, LLC

      Debtor

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Jolene E. Wee*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on 07/14/2021 the Court ordered compensation of $5,969.60 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: 7/15/2021     By: /s/Jolene E. Wee
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**