United States Bankruptcy Court
District of Maryland

In re: Case No. 21-11670-NVA
Rob's Tower Motors Sales & Service Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3
Date Rcvd: Jul 14, 2021      Form ID: pdfall      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| cr | + | Auction Credit Enterprises, LLC, 14951 Dallas Parkway, #200, Dallas, TX 75254-6883 |
| cr | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, Business and Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046 UNITED STATES 21046-1081 |
| | | Jolene E. Wee, 447 Broadway 2nd Fl. #502, New York, NY 10013 |
| cr | + | U.S. Small Business Administration, 100 S. Charles Street, Suite 1201, Baltimore, MD 21201-2714 |
| 31775223 | + | Auction Credit Enterpriises LLC, Bankruptcy Notification, 14951 Dallas Parkway #200, Dallas, TX 75254-6883 |
| 31825966 | + | Auction Credit Enterprises, LLC, c/o Alan B. Padfield, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 31854191 | + | Bizfund, LLC, C/O Kind & Dashoff, LLC, One Church Lane, Baltimore, MD 21208-3709 |
| 31775224 | + | Bizfund.com, Bankruptcy Notification, 2371 McDonald Ave., 2nd Fl., Brooklyn, NY 11223-4738 |
| 31775242 | + | Carroll County, County Attorney's Office, 225 N. Center Street, Westminster, MD 21157-5194 |
| 31840635 | #+ | Complete Business Solutions Group Inc., 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 31775225 | + | Complete Business Solutions Group, Inc., d/b/a Par Funding, Bankruptcy Notification, 2000 PGA Blvd. #4440, North Palm Beach, FL 33408-2738 |
| 31775226 | + | Dallas Growth Capital and Funding LLC, dba Sprout Funding, Bankruptcy Notification, 4890 Alpha Rd. #200, Dallas, TX 75244-4639 |
| 31824995 | + | Dallas Growth Capital and Funding, LLC d/b/a Sprou, c/o Christopher S. Young, Esq., 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| 31775227 | + | Dave Barnett, 289 Carnes Lane, Sykesville, MD 21784-7136 |
| 31775228 | + | David Stair, 1727 Hughes Shop Rd., Westminster, MD 21158-2917 |
| 31813552 | + | Fountainhead, Bankruptcy Notification, 3216 W. Lake Mary Blvd., Lake Mary, FL 32746-3491 |
| 31803158 | + | Fountainhead SBF LLC, Shutts & Bowen LLP c/o Harris J. Koroglu, 200 South Biscayne Blvd., Suite 4100, Miami, FL 33131-2362 |
| 31812858 | ++ | LOANME INC, 1900 S STATE COLLEGE BLVD, SUITE 300, ANAHEIM CA 92806-6152 address filed with court:, LoanMe, Inc, 1900 S State College Blvd, Suite 300, Anaheim, CA 92806 |
| 31775231 | + | Lloyd Griffith, 821 Deer Ridge Dr., Westminster, MD 21158-2935 |
| 31775232 | + | LoanMe, Inc. Small Business Loan, Bankruptcy Notification, P.O. Box 5645, Orange, CA 92863-5645 |
| 31817424 | + | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 31854190 | + | Richard M. Kind, Esquire, Kind & Dashoff, LLC, One Church Lane, Baltimore, MD 21208-3709 |
| 31775239 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31775241 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |
| 31795448 | + | U.S. Small Business Administration, 100 S. Charles St. #1210, Baltimore, MD 21201-2725 |
| 31775235 | | U.S. Small Business Administration, Bankruptcy Notification, 2 North St. #320, Birmingham, AL 35203 |
| 31775236 | + | Vehicle Acceptance Corporation, Bankruptcy Notification, 901 Main St. #3450, Dallas, TX 75202-3752 |
| 31775237 | + | Westlake Flooring Company, LLC, Bankruptcy Notification, 4751 Wilshire Blvd., Los Angeles, CA 90010-3827 |
| 31826015 | + | Westlake Flooring Company, LLC, c/o Jason Kutcher, Esq., Troutman Pepper, 401 9th St. NW, Ste., 1000, Washington, DC 20004-2186 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: zguttman@gmail.com | Jul 14 2021 19:15:00 | Zvi Guttman, The Law Offices of Zvi Guttman, P.A., P.O. Box 32308, Baltimore, MD 21282-2308 |
| 31775222 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jul 14 2021 19:15:00 | Ascentium Capital,LLC, Bankruptcy Notification, |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: pdfall | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | c/o Hunter Warfield, Inc., 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 31845415 | + | Email/Text: bankruptcy@bbandt.com | Jul 14 2021 19:15:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 31775244 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 14 2021 19:15:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31775240 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2021 19:15:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 31812858 | | Email/Text: bankruptcy@loanme.com | Jul 14 2021 19:15:00 | LoanMe, Inc, 1900 S State College Blvd, Suite 300, Anaheim, CA 92806 |
| 31775233 | + | Email/Text: bankruptcy@ondeck.com | Jul 14 2021 19:15:00 | On Deck, Bankruptcy Notification, 901 N. Stuart St. #700, Arlington, VA 22203-4129 |
| 31775243 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 14 2021 19:15:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31775238 | | Email/Text: atlreorg@sec.gov | Jul 14 2021 19:15:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31775230 | | Itrivia Ventures LLC, Bankruptcy Notification |
| 31775234 | | Slate Advance LLC, INVALID ADDRESS PROVIDED |
| 31810027 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31775229 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | shopkins@padfieldstout.com |
| Ashley H. Hou | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdfall | Total Noticed: 38 |

|  |  |
|---|---|
|  | ashley.hou@sba.gov |
| Christopher S. Young | |
|  | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |
| Dennis J. Shaffer | |
|  | dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com |
| Edward M. Miller | |
|  | mmllplawyers@verizon.net |
| Gerard R. Vetter | |
|  | gerard.r.vetter@usdoj.gov |
| Pierce C Murphy | |
|  | pmurphy@mdattorney.com  efiling@silvermanthompson.com,dcaimona@silvermanthompson.com |
| Syed Mohsin Reza | |
|  | mohsin.reza@troutmansanders.com<br>sharron.fay@troutmansanders.com,fslecfintake@troutmansanders.com,allison.melton@troutman.com |
| US Trustee - Baltimore | |
|  | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | |
|  | zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 10

Entered: July 14th, 2021
Signed: July 13th, 2021
**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| ROB'S TOWER MOTORS SALES & | * | Case No. 21-11670-NVA |
| SERVICE OF TANEYTOWN, LLC, | * | Chapter 11 (Subchapter V) |
| | * | |
| Debtor. | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

### ORDER GRANTING APPLICATION FOR COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

UPON CONSIDERATION of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Jolene E. Wee, Subchapter V Trustee herein, ("Applicant" or "Trustee"), seeking an order allowing payment of Trustee's fees as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Application be and hereby is GRANTED; and it is further

**ORDERED,** that the Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of **$5,969.60** for Trustee's fees and expenses; and it is further

**ORDERED,** that the Court shall retain jurisdiction over all matters related to this Order.

~ 1 ~

Copies to:

Gerard R. Vetter
Assistant U.S. Trustee
101 W. Lombard St. #2625
Baltimore, MD 21021

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
*Chapter 7 Trustee*

S. Mohsin Reza, Esq.
Jason T. Kutcher, Esq.
Troutman Pepper Hamilton Sanders LLP
401 9th St. N.W. #1000
Washington, DC, 20004
*Attorney for Westlake Flooring Company, LLC*

Rob's Tower Motors Sales & Service of Taneytown, LLC
529 E. Baltimore St.
Taneytown, MD 21787
*Debtor*

Alan B. Padfield, Esq.
Padfield & Stout LLP
420 Throckmorton St., Ste. 1260
Fort Worth, TX 76102
*Attorney for Auction Credit Enterprises LLC*

Edward M. Miller
Miller & Miller, LLP
39 N. Court St.
Westminster, MD 21157
*Attorney for Debtor*

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston LLP
7 St. Paul St., Ste.15
Baltimore, MD 21202
*Attorney for Vehicle Acceptance Corporation*

Ashley H. Hou
Special Assistant U.S. Attorney
U.S. Small Business Administration
100 S. Charles St. #1201
Baltimore, MD 21201

Jolene E. Wee
447 Broadway 2nd Fl. #502
New York, NY 10013
*Subchapter V Trustee*

**All creditors requesting notice**

**END OF ORDER**