IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>Baltimore Division</u>

In re:                                              (
                                                    (
Rob's Tower Motors Sales & Service     (        Case No.: 21-11670-NVA
 of Taneytown, LLC                            (
                                                    (        (Chapter 7)
                                                    (
            Debtor

(      (      (      (      (      (      (      (      (      (      (      (      (

## APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT FOR TRUSTEE

Zvi Guttman, Trustee, pursuant to Section 327 of the Bankruptcy Code, applies for authority to employ an accountant, and in support thereof, states:

1.      This case was commenced by the filing of a voluntary petition for relief under Chapter 11 Subchapter V of the Bankruptcy Code on March 17, 2021 and converted to a case under Chapter 7 on June 8, 2021.

2.      The employment of an accountant is necessary for the efficient administration of this case.

3.      Specifically, it is necessary for the Trustee to engage an accountant to review the books and records of the Debtor, determine the Debtor's income/loss, and assist and advise the Trustee with respect to any pre- or post-petition transfers

4.       The Trustee requests authority to employ Larry Strauss, CPA and his firm, Larry Strauss Esq. CPA & Associates, Inc. as his accountant to assist him with these matters.

5.      The Trustee has selected this accountant because of his experience and knowledge and believes that he is qualified to perform said accounting services on behalf of the Trustee in this case.

6.      The accountant is willing to act as accountant for the Trustee in exchange for fees based on his normal hourly rates ($450-partners; $350-managers; $310-supervisors; $250-seniors; $145-staff for 2020, adjusted annually), subject to approval of this Court. There is also $95 per calendar year charge for copying and filing fees.

7.      To the best of the Trustee's knowledge, the accountant represents no

interest adverse to the estate and the accountant has no connection with the Debtor, the Trustee, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that the accountant serves as the accountant to this Trustee and other panel trustees in connection with other cases and prepares tax returns for and provides tax advice to Zvi Guttman on an *ad hoc* basis

7.     Attached hereto as <u>Exhibit A</u> is the Verified Statement of Larry Strauss in support of this Application.

WHEREFORE, Zvi Guttman, Trustee, requests the entry of an order substantially in the form attached hereto authorizing him to employ Larry Strauss, CPA and his firm, Larry Strauss Esq. CPA & Associates, Inc. as his accountant to perform the accounting services described herein, at his normal hourly rate, payment to be subject to further order of the Court.

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax