## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this November 1, 2021, a copy of the foregoing Application for Authority to Employ Accountant for Trustee, was mailed, 1st class mail, postage prepaid, to:

Larry I. Strauss, Esq., CPA
Larry Strauss Esq. CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209

Office of the U.S. Trustee
101 W. Lombard St., Room 2650
Baltimore, MD 21201

and served by CM/ECF service on:

Edward M. Miller, Esq.
Miller and Miller LLP
39 N. Court St.
Westminster, MD 21157

                                                           /s/ Zvi Guttman