IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| | ( | |
| Rob's Tower Motors Sales & Service of Taneytown, LLC | ( ( ( | Case No.: 21-11670-NVA |
| | ( | |
| Debtor(s) | | (Chapter 7) |

**STATEMENT OF ACCOUNTANT FOR TRUSTEE
<u>PURSUANT TO BANKRUPTCY RULE 2014</u>**

I, Larry I. Strauss, state:

1. I am the president of Larry Strauss, ESQ, CPA & Associates, Inc. (the "Firm").

2. I am a certified public accountant and a member of the Bar in the State of Maryland.

3. I and the Firm do not have any connections with the Debtor, the Trustee, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee other than that Zvi Guttman, the Trustee in this case, and other panel trustees are clients of mine in unrelated cases or receiverships and I prepare tax returns and provide tax advice to Zvi Guttman on an *ad hoc* basis.

4. We represent no interest adverse to the estate;

5. We have not served as an examiner in connection with this bankruptcy case;

6. We are "disinterested persons" within the meaning of Section 101(14) of the Bankruptcy Code and are eligible to serve as the accountant for the Trustee.

7. I state under penalty of perjury that the foregoing is true and correct.

<u>/s/ Larry I. Strauss</u>
Larry I. Strauss, CPA ,Esq.
Larry Strauss Esq CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209
(410) 484-2142
(443) 352-3282 (fax)
<u>larry@larrystraussesqcpa.com</u>