IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>Baltimore Division</u>

| | |
|---|---|
| In re: | ( |
| | ( |
| Rob's Tower Motors Sales & Service of Taneytown, LLC | ( Case No.: 21-11670-NVA |
| | ( |
| | ( (Chapter 7) |
| Debtor(s) | |

( ( ( ( ( ( ( ( ( ( ( (

**<u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE</u>**

Upon consideration of the Application for Authority to Employ Accountant for Trustee, and it appearing that the employment of Larry Strauss Esq. CPA & Associates, Inc. ("Accountant") as accountants for Zvi Guttman, Trustee, is in the best interest of the creditors and the estates, and that such accountant represents no interests adverse to the estate, it is by the United States Bankruptcy Court for the District of Maryland--

ORDERED, that the Trustee is authorized to employ the Accountant to perform the accounting services set forth in the Application; and it is

FURTHER ORDERED, that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

**<u>Suggested Distribution List:</u>**

Zvi Guttman, Trustee
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Larry I. Strauss, Esq.,CPA
Larry Strauss Esq. CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209

Office of the U.S. Trustee
101 W. Lombard St., Room 2650
Baltimore, MD 21201

Edward M. Miller, Esq.
Miller and Miller LLP
39 N. Court St.
Westminster, MD 21157

**END OF ORDER**