United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 21-11670-NVA |
| Rob's Tower Motors Sales & Service | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 24, 2021 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rob's Tower Motors Sales & Service of Taneytown, L, 529 E. Baltimore St., Taneytown, MD 21787-2423 |
| acc | + | Larry Strauss, Esq., CPA & Associates, Inc., 2310 Smith Avenue, Baltimore, MD 21209-2611 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Nov 24 2021 19:22:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Bartlett Padfield | shopkins@padfieldstout.com |
| Ashley H. Hou | ashley.hou@sba.gov |
| Christopher S. Young | cyoung@btlg.us  sphillips@btlg.us,hconnolly@btlg.us,edonohue@btlg.us,hyeung@btlg.us,klohmeyer@btlg.us |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 24, 2021 | Form ID: pdfall | Total Noticed: 3

Dennis J. Shaffer
    dshaffer@wtplaw.com  kmccruden@wtplaw.com,pbowling@wtplaw.com

Edward M. Miller
    mmllplawyers@verizon.net

Gerard R. Vetter
    gerard.r.vetter@usdoj.gov

Jolene E. Wee
    jwee@jw-infinity.com  cjew11@trustesolutions.net

Pierce C Murphy
    pmurphy@mdattorney.com  efiling@silvermanthompson.com,dcaimona@silvermanthompson.com

Syed Mohsin Reza
    mohsin.reza@troutmansanders.com
    sharron.fay@troutmansanders.com,fslecfintake@troutmansanders.com,allison.melton@troutman.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 11

Entered: November 24th, 2021
Signed: November 24th, 2021
**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>Baltimore Division</u>

In re:

Rob's Tower Motors Sales & Service
 of Taneytown, LLC

    Debtor(s)

Case No.: 21-11670-NVA

(Chapter 7)

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE

    Upon consideration of the Application for Authority to Employ Accountant for Trustee, and it appearing that the employment of Larry Strauss Esq. CPA & Associates, Inc. ("Accountant") as accountants for Zvi Guttman, Trustee, is in the best interest of the creditors and the estates, and that such accountant represents no interests adverse to the estate, it is by the United States Bankruptcy Court for the District of Maryland--

    ORDERED, that the Trustee is authorized to employ the Accountant to perform the accounting services set forth in the Application; and it is

    FURTHER ORDERED, that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

**Suggested Distribution List:**

Zvi Guttman, Trustee
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282

Larry I. Strauss, Esq.,CPA
Larry Strauss Esq. CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209

Office of the U.S. Trustee
101 W. Lombard St., Room 2650
Baltimore, MD 21201

Edward M. Miller, Esq.
Miller and Miller LLP
39 N. Court St.
Westminster, MD 21157

**END OF ORDER**