IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | § |
| | § Case No. 21-11670-NVA |
| ROB'S TOWER MOTORS SALES & | § |
| SERVICE OF TANEYTOWN, LLC, | § |
| | § |
| | § CHAPTER 11 |
| Debtor | § (Subchapter V) |
| | § |

## NOTICE OF APPEARANCE

PLEASE NOTICE the appearance of Richard E. Hagerty, Esq., of the firm Troutman Pepper Hamilton Sanders LLP, as counsel for creditor, Westlake Flooring Company, LLC, for all purposes herein.

Dated:  June 23, 2022           Respectfully submitted,

                        **WESTLAKE FLOORING COMPANY, LLC**

                        /s/ Richard E. Hagerty
                        Richard E. Hagerty, Esq. (MD Bar No. 05646)
                        Troutman Pepper Hamilton Sanders LLP
                        401 9th Street NW, Suite 1000
                        Washington, DC 20004
                        Telephone: (202) 274 1910
                        Fax: (703) 488-6520
                        Email:  richard.hagerty@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will cause electronic notice of the filing to be served on all registered parties.

/s/ Richard E. Hagerty
Richard E. Hagerty (MD Bar No. 05646)
