Entered: August 9, 2022
Signed:  August 9, 2022

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   21–11670 – NVA     Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Rob's Tower Motors Sales & Service of
Taneytown, LLC
dba Rob's Tower Motors
529 E. Baltimore St.
Taneytown, MD 21787

Social Security No.:

Employer's Tax I.D. No.:   46–2167210

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/17/21.

The estate of the above−named debtor has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

fnldec – *AdrienneFernandez*